**MEMO ENDORSED**, last page.

WILMERHALE

August 11, 2025

**VIA EMAIL**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Hon. Edgardo Ramos
United States District Court
   for the Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

    Re:    *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153

Dear Judge Ramos:

We represent Defendants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase") in this multidistrict litigation. Pursuant to Rule 1.A of this Court's Individual Practices, we submit this letter to respectfully request a status conference as soon as the cases centralized by the Judicial Panel on Multidistrict Litigation ("JPML") have all been transferred to this District.

By way of background, on August 7, 2025, the JPML ordered the transfer of seven cases[1] to Your Honor for coordinated or consolidated pretrial proceedings with four other cases already pending in this District (previously assigned to Judge Jesse M. Furman).[2] Dkts. 67 & 68. On August 8, the JPML also conditionally transferred four potential tag-along actions to this District (Dkt. 70).[3] Pursuant to JPML Rule 7.1, the JPML's August 8 conditional transfer order is stayed seven days from entry to allow parties to oppose; failure to respond to the conditional transfer order shall be treated as that party's acquiescence to it, and the transfer will then be finalized.

In light of the JPML's centralization and transfer order, and in anticipation of the final transfer of the tag-along actions to this Court, Coinbase respectfully requests that (1) the Court set a status

---

[1] These seven out-of-District cases are: *Eisenberg v. Coinbase Global, Inc.*, 2:25-cv-4460 (C.D. Cal.); *Balian v. Coinbase Global, Inc.*, 3:25-cv-4171 (N.D. Cal.); *Shakib v. Coinbase Global, Inc.*, 3:25-cv-4207 (N.D. Cal.); *Ortiz v. Coinbase, Inc.*, 3:25-cv-4235 (N.D. Cal.); *Neu v. Coinbase Global, Inc.*, 4:25-cv-4243 (N.D. Cal.); *Squeo v. Coinbase Global, Inc.*, 3:25-cv-4254 (N.D. Cal.); *Quito v. Coinbase Global, Inc.*, 2:25-cv-0940 (W.D. Wash.).

[2] These four cases are: *Panthaki v. Coinbase Global, Inc.*, 1:25-cv-4094 (S.D.N.Y.); *McAfee v. Coinbase, Inc.*, 1:25-cv-4137 (S.D.N.Y.); *Bender v. Coinbase Global Inc.*, 1:25-cv-4148 (S.D.N.Y.); and *Scheuber v. Coinbase, Inc.*, 1:25-cv-4151 (S.D.N.Y.).

[3] These four potential tag-along actions are: *Edlin v. Coinbase Global, Inc.*, 8:25-cv-1135 (C.D. Cal.); *McGurie v. Coinbase Global, Inc.*, 3:25-cv-4299 (N.D. Cal.); *Gonzalez v. Coinbase Global, Inc.*, 3:25-cv-4689 (N.D. Cal.); *Carmassi v. Coinbase Global, Inc.*, 3:25-CV-4838 (N.D. Cal.). Before the JPML's August 7 centralization and transfer order, three other potential tag-along actions had already been pending in this District (previously assigned to Judge Jesse M. Furman): *Rahman v. Coinbase, Inc.*, 1:25-cv-4577 (S.D.N.Y.); *Ramo v. Coinbase Global, Inc. et al.*, 1:25-cv-4811 (S.D.N.Y.); *Grove v. Coinbase Global, Inc.*, 1:25-cv-5338 (S.D.N.Y.). An additional potential tag-along action was filed in this District on August 8: *Sullivan v. Coinbase, Inc.*, 1:25-cv-6567 (S.D.N.Y.).

---

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

Hon. Edgardo Ramos
VIA EMAIL
Page 2

**WilmerHale**

conference as soon as the centralized cases have all been transferred to this Court to discuss, among other things, the filing of a consolidated amended complaint and Coinbase's anticipated motion to compel arbitration and (2) Coinbase's deadlines to respond to the complaints in each of the centralized cases be stayed pending the Court's initial scheduling order. Given the number of Plaintiffs' counsel and the variety of procedural statuses of the cases subject to transfer, Coinbase has not yet sought the consent of Plaintiffs to this request. We would be happy to facilitate communication and coordination with Plaintiffs' counsel as the Court directs.

We understand that another case against TaskUs, Inc. arising from the same data theft incident as the eighteen actions against Coinbase is pending before Your Honor. *Estrada v. TaskUs, Inc.*, 1:25-cv-4409 (S.D.N.Y.). In its centralization and transfer order, the JMPL noted that it "need not determine whether to include the . . . *Estrada* potential tag-along action in the MDL" and that "the transferee judge can determine whether the factual overlap between *Estrada* and the centralized actions merits" doing so. Dkt. 68. In light of the JPML's directive, Coinbase further respectfully requests that the parties in *Estrada* be included as participants in any status conference the Court may schedule. We are concurrently emailing this letter to counsel for both parties in *Estrada*.

We appreciate the Court's attention and are of course available to address any questions the Court may have.

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld

Cc: Counsel of record in *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153, and *Estrada v. Task Us, Inc.*, 1:25-cv-4409

A conference will be held on August 28, 2025, at 11 a.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/15/2025
New York, New York