# WILMERHALE

August 18, 2025

**VIA ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Hon. Edgardo Ramos
United States District Court
   for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153 - requesting brief adjournment of August 28 status conference

Dear Judge Ramos:

We write on behalf of Coinbase to respectfully request an adjournment of the status conference scheduled today for August 28. We very much appreciate the Court's prompt attention to our request to set a status conference. However, I will be on a long-planned family vacation on August 28, and so respectfully request that the Court adjourn the conference to either the week of September 2 or September 8. In particular, subject to the Court's availability, Coinbase is available to appear on the following dates:

- September 3
- September 4 (except 9:30-11 am)
- September 5 (except 10 am-noon)
- September 8
- September 9

Given the number of Plaintiffs' counsel and the need to make the Court aware of this scheduling conflict immediately, Coinbase has not yet sought the consent of Plaintiffs to this request. We would be happy to facilitate communication and coordination with Plaintiffs' counsel as the Court directs.

We appreciate the Court's attention and are of course available to address any questions the Court may have.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Hon. Edgardo Ramos
VIA ECF
Page 2

WILMERHALE

Respectfully submitted,

/s/ Alan Schoenfeld
Alan Schoenfeld

> The conference scheduled for August 28, 2025 is adjourned to September 9, 2025 at 11:30am in Courtroom 619 at the Thur good Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 19, 2025
> New York, New York