| | | |
|---|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>**230 Park Avenue**<br>**24th Floor**<br>**New York, NY 10169** | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>**135 Chestnut Ridge Road**<br>**Suite 200**<br>**Montvale, NJ 07645** | **CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**<br>**865 Howe Avenue**<br>**Sacramento, CA 95825** |

**+** Via ECF **+**

September 4, 2025

Hon. Edgardo Ramos
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

   Re: *In re Coinbase Customer Data Security Breach Litigation*,
     Case No. 1:25-md-03153 (S.D.N.Y.)
     **<u>Leave to File Motion to Appoint Interim Class Counsel</u>**

Dear Judge Ramos:

  Pursuant to Rule 1.A of this Court's Individual Practices and Local Civil Rule 7.1(e), we write on behalf of a broad coalition of plaintiffs' counsel in the above-captioned multidistrict litigation. Our coalition is presently supported by Counsel in 15 of the 21 cases filed in or transferred to this Court, reflecting broad support among plaintiffs' counsel for the proposed leadership structure outlined below.

  While one California firm filed the motion for centralization before the Judicial Panel on Multidistrict Litigation, the overwhelming majority of plaintiffs' counsel, including both California and East Coast counsel, support the proposed leadership structure outlined below. This broad support ensures continuity with the litigation's origins while promoting efficient case management going forward.

  The Proposed Leadership Team is the product of a private ordering process among independent firms that did not all file the same complaint but united in the interest of assembling a leadership team best suited to represent the class. This group is committed to litigating this matter zealously, cooperatively, and efficiently. Appointment of these firms is consistent with the guidance set forth by this Court as well as *The Manual for Complex Litigation*, (Fourth) §14.211.

Hon. Edgardo Ramos
September 4, 2025
Page 2

**Proposed Leadership Structure[1]:**

<u>Interim Co-Lead Counsel</u>

- Joseph P. Guglielmo, Scott+Scott Attorneys at Law LLP
- Melissa R. Emert, Kantrowitz, Goldhamer & Graifman P.C.
- M. Anderson Berry, Clayeo C. Arnold A Professional Corporation

<u>Liaison Counsel</u>

- Israel David, Israel David LLC

<u>Plaintiffs' Executive Committee</u>

- Sabita J. Soneji, Tycko & Zavareei LLP
- Ambert L. Schubert, Schubert Jonckheer & Kolbe LLP
- John M. Nelson, Milberg Coleman Bryson Phillips Grossman, PLLC
- Ken Grunfeld, Kopelowitz Ostrow, P.A.

Given the broad consensus among plaintiffs' counsel, we respectfully submit that full briefing in the form of competing leadership applications may be unnecessary and could serve to delay progress. Our coalition is prepared, however, to submit a comprehensive leadership application with full credentials at the Court's direction, or to proceed on any briefing schedule Your Honor deems appropriate.

The proposed leadership group brings extensive experience in data breach and complex class action litigation, possesses the resources necessary to manage a case of this magnitude, and an organizational plan designed to coordinate efficiently with all plaintiffs' counsel. Should the Court wish, we are prepared to provide firm resumes and detailed leadership submissions in support of these qualifications.

Appointment of leadership promptly following the September 9, 2025, status conference, after the Court has had the opportunity to review any materials it may require, would enable plaintiffs and the class to efficiently advance this litigation through the filing of a consolidated amended complaint, anticipated motion practice, and coordinated discovery.

We remain ready to submit a comprehensive leadership application or proceed according to any briefing schedule the Court directs.

---

[1] Details and responsibilities of the proposed leadership structure are attached as Exhibit A.

Hon. Edgardo Ramos
September 4, 2025
Page 3

      We thank the Court for its attention and look forward to addressing these matters at the September 9, 2025 conference.

      Respectfully submitted,

<u>/s/ Joseph P. Guglielmo</u>
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue
24th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

<u>/s/ Melissa R. Emert</u>
Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel.: 201-391-7000
Fax: 201-307-1086
memert@kgglaw.com

<u>/s/ M. Anderson Berry</u>
M. Anderson Berry, Esq.
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Tel.: 916-239-4778
Fax: 916-924-1829
aberry@justice4you.com

*Proposed Interim Co-Lead Counsel for the Class*

Cc: All Counsel of record in *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153, and *Estrada v. Task Us, Inc.*, 1:25-cv-4409