UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:25-md-03153 |
| THIS DOCUMENT RELATES TO ALL CASES | |

**MAJORITY PLAINTIFFS'[1] JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs Paul Bender, Gerard Belian, Giovanni Carmassi, Alexander Crous, Michael Eisenberg, Matthew Edlin, Zaal Panthanki, Anthony Quito, John Ramo, Aaron Rahman, Timothy Sheuber, and Rachel Sullivan, by and through undersigned counsel, respectfully move this Court for an Order appointing Joseph P. Guglielmo, Melissa R. Emert, and M. Anderson Berry as Interim Co-Lead Class Counsel, Israel David as Liaison Counsel, and Sabita J. Soneji, Amber L. Schubert, John J. Nelson and Ken Grunfeld as members of the Executive Committee for Plaintiffs in all of the Related and Consolidated Actions.

---

[1] This Application has the support of the following cases and their respective Counsel: *Belian v. Coinbase Global, Inc. et al*, No. 3:25-cv-04171, *Panthaki et al v. Coinbase Global, Inc. et al*, No. 1:25-cv-04094, *Eisenberg v. Coinbase Global, Inc. et al*, No. 2:25-cv-04460, *McAfee v. Coinbase, Inc. et al*, No. 1:25-cv-04137, *Quito v. Coinbase Global, Inc. et al*, No. 2:25-cv-00940, *Scheuber v. Coinbase, Inc. et al*, No. 1:25-cv-04151, *Bender v. Coinbase Global, Inc.*, No. 1:25-cv-04148, *Edlin v. Coinbase Global, Inc. et al*, No. 8:25-cv-01135, *Carmassi v. Coinbase Global Inc.*, No. 4:25-cv-04838, *Ramo v. Coinbase Global Inc. et al*, No. 1:25-cv-04811, *Sullivan v. Coinbase*, Inc. et al, No. 1:25-cv-06567, *Gonzalez v. Coinbase Global, Inc.*, No. 3:25-cv-04689, *Grove v. Coinbase Global, Inc. et al*, No. 1:25-cv-05338, *McAfee v. Coinbase, Inc. et al*, Case No. 1:25-cv-04137, *Neu et al v. Coinbase Global, Inc. et al*, No. 3:25-cv-04243, *Ortiz v. Coinbase, Inc.*, No. 4:25-cv-04235, and *Rahman v. Coinbase, Inc. et al*, No. 1:25-cv-04577.

DATED:  September 11, 2025	Respectfully submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
(212) 223-6444
jguglielmo@scott-scott.com

Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
(201) 391-7000
memert@kgglaw.com

M Anderson Berry
**CLAYEO C. ARNOLD APLC**
12100 Wilshire Boulevard Suite 800
Los Angeles, CA 90025
(916) 239-4778
aberry@justice4you.com

*Proposed Interim Co-Lead Counsel*

Israel David
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, NY 10004
(212)350-8850
israel.david@davidllc.com

*Proposed Liaison Counsel*

Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
ssoneji@tzlegal.com

1

Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St, Suite 200
San Francisco, CA 94123
(415) 788-4220
aschubert@sjk.law

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Ken Grunfeld
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
(954) 525-4100
grunfeld@kolawyers.com

*Proposed Plaintiffs' Executive Committee Members*