# EXHIBIT A

**PROPOSED STRUCTURE FOR PLAINTIFFS' LEADERSHIP**

**I. CO-LEAD COUNSEL**

Proposed Co-Lead recommend the following structure. Appointment of three Co-Lead Counsel, a Liaison Counsel, focused on ensuring direct local coordination with the Court, and a five member Plaintiffs' Executive Committee ("PEC").

**II. PLAINTIFFS' EXECUTIVE COMMITTEE (PEC)**

The PEC should consist of four to five members. Selected based on their relevant experience in class actions and privacy litigation, demonstrated commitment to collaborative work, and capacity to support the litigation through both time and resources.

**III. INTERNAL SUBCOMMITTEES**

To facilitate the efficient operation of the PEC and to ensure focused progress on critical areas of litigation, internal subcommittees should be formed with clear roles and responsibilities. One designated PEC member should serve as **Timekeeper**, responsible for collecting, reviewing, and maintaining time and expense records from all participating counsel. This role is essential to ensuring transparency, consistency, and Court compliance regarding common benefit work. Recommended subcommittees include:

**A. Briefing Committee** Responsible for coordinating and drafting all major pleadings, motions, and oppositions. This group will collaborate on legal strategy and ensure filings are timely, persuasive, and consistent.

**B. Discovery Committee** Charged with managing written discovery, document review, discovery disputes, depositions, and cooperation with defense counsel. This committee will also interface with the document depository and ensure discovery progress is aligned with litigation needs.

**C. Expert Committee** Tasked with identifying, retaining, and coordinating with consulting and testifying experts on liability, damages, data security, and class certification issues. Members will work closely with the Discovery and Trial Committees to integrate expert work across the case timeline.

**D. Settlement Committee** Responsible for developing and evaluating settlement proposals, coordinating with mediators or special masters, and working closely with Co-Lead Counsel during any court-supervised settlement discussions. This committee will also assist in structuring settlement terms and guiding the claims administration process.

**E. Trial Committee** Focused on trial strategy, witness development, exhibit preparation, and courtroom logistics. This committee will ensure early and consistent planning to position the case for successful resolution by trial or settlement.

**F. Vendor Defendants Subcommittee** To address claims against TaskUs and other vendors that may be identified through investigation or discovery. This subcommittee will be chaired by a PEC member and will coordinate closely with Co-Lead Counsel and the other subcommittees to ensure vendor-related claims proceed on the same track as the case against Coinbase. This reflects the "hub-and-spoke" structure used in comparable MDLs such as *In re: MOVEit Customer Data Security Breach Litigation, MDL No. 3083 (D. Mass. Oct. 4, 2023)* and *In re: Snowflake Inc. Customer Data Security Breach Litigation, MDL No. 3126 (D. Mont. Oct. 4, 2024)*, but tailored here on a smaller scale.