# EXHIBIT B



# FIRM RESUME



Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients.  The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases, and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in the US, UK, and EU courts, offering a one-stop shop for international recoupment.





# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997.  The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe.  Today, the Firm is comprised of more than 135 team members, including more than 100 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Arizona, Delaware, Nebraska, Ohio, Texas, and Virginia.  The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts.  The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance.  They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments.  Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives.  The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring.  The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.

SCOTT
+
SCOTT

# CONSUMER PRACTICE GROUP

Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has litigated and secured some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars in compensation to class members.  The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Insurance and Pharmaceutical Litigation, and Consumer Protection Litigation.

# DATA BREACH/DATA PRIVACY

Scott+Scott has extensive experience litigating data privacy and data breach class actions, advancing cutting-edge legal theories.  The Firm has achieved some of the largest recoveries in this area and currently serves in a leadership capacity in a number of data privacy and data breach class actions, including:

• *Lopez v. Apple Inc*., No. 4:19-cv-04577 (N.D. Cal.) (preliminary approval of $95 million settlement on behalf of class of consumers and their minor children alleging privacy violations by Apple through its Siri application);

• *In re Equifax, Inc. Customer Data Sec. Breach Litig*., No. 1:17-md-02800 (N.D. Ga.) ($32.5 million settlement on behalf of class of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers);

• *First Choice Fed. Credit Union v. The Wendy's Co*., No. 2:16-cv-00506, (W.D. Pa.) ($50 million settlement on behalf of class of financial institutions);

• *In re Google Assistant Privacy Litig*., No. 5:19-cv-04286 (N.D. Cal.) (class certification granted on behalf of a class of consumers alleging privacy violations whereby Google Assistant records and discloses their private confidential communications without consent);

• *Baker v. ParkMobile, LLC*, No. 1:21-cv-02182 (N.D. Ga.) ($32.8 settlement on behalf of class of consumers impacted by data breach); and

• *In re TikTok, Inc., Consumer Privacy Litigation,* No. 1:20-cv-04699 (N.D. Ill.) ($92 million settlement on behalf of consumers alleging violations of privacy claims).

**The Firm has been appointed to a number of leadership positions in data privacy and data breach litigation, including:**

• *In re MoveIT Customer Data Security Breach Litigation*, No. 1:23-md-0383 (D. Mass.) (Discovery Committee; claims on behalf of consumers arising out of data breach);

• *In re Consumer Vehicle Driving Data Tracking Litigation*, No. 1:24-MD-3115 (N.D. Ga.) (co-lead counsel; class action on behalf of consumers alleging that their driving data was unlawfully collected);

• *In re AT&T, Inc. Customer Data Sec. Breach Litig.*, MDL No. 3114 (N.D. Tex.) (PSC member; data breach case on behalf of customers of AT&T's wireless, internet, satellite, and cables services whose personally identifying information was compromised);

• *Anaya v. Cencora, Inc.*, No. 2:24-cv-02961 (E.D. Pa.) (co-lead counsel; claims on behalf of consumers arising out of data breach);

• *Gerber v. Twitter, Inc.*, No. 23-cv-00186 (N.D. Cal.) (co-lead counsel; class action on behalf of consumers arising out of data breach of approximately 200 million Twitter users);

• *In re Fortra File Transfer Software Data Security Breach Litig.*, MDL No. 24-03090 (S.D. Fla.) (track lead; claims on behalf of a class of consumers arising out of data breach involving file transfer software services);

• *In Re: TikTok, Inc., In-App Browser Privacy Litigation*, No. 1:24-cv-02110 (N.D. Ill.) (member of Plaintiffs' Steering Committee; privacy claims on behalf of users of TikTok's in-app browser);

• *In re Change Healthcare, Inc. Customer Data Security Breach Litig.*, MDL No. 24-3108 (D. Minn.) (PSC committee member; claims on behalf of consumers arising out of data breach of healthcare information services provider);

• *American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, No. 2:19-md-02904 (D. N.J.) (member of Other Labs Track Steering Committee; claims on behalf of consumers arising out of data breach of medical collection organization); and

• *In re Shields Healthcare Group, Inc. Data Breach Litigation*, No. 1:22-cv-10901 (D. Mass) (member of Plaintiffs' Interim Executive Committee in a lawsuit involving claims on behalf of consumers concerning a data breach of personal information).

**Additional data privacy and data breach settlements achieved by Scott+Scott for its clients include**:



• *The Home Depot, Inc., Customer Data Sec. Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel; $27.25 million settlement on behalf of financial institutions involving data breach and theft of the personal and financial information of over forty million credit and debit card holders);

• *In re Arkansas Fed. Credit Union v. Hudson's Bay Co.*, No. 1:19-cv-4492 (S.D.N.Y.) (lead counsel, $5.2 million settlement on behalf of consumers involving data breach of payment card information).   In granting final approval of the settlement, the Court acknowledged that Scott+Scott's attorneys "have extensive experience in litigating data breach class actions in federal courts" and commended Scott+Scott for a "job well done."

• *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by theft of sensitive payment card information);

• *Greater Chautauqua Fed. Credit Union v. Kmart Corp.*, No. 1:15-cv-02228 (N.D. Ill.) (settlement valued at $13.4 million on behalf of financial institutions injured by the theft of sensitive payment card information); and

• *Veridian Credit Union v. Eddie Bauer LLC*, No. 2:17-CV-00356 (W.D. Wash.) ($9.8 million settlement on behalf of financial institutions arising out of data breach of payment card information).



# INSURANCE AND PHARMACEUTICAL

Scott+Scott represents consumers and health and welfare funds throughout the United States that have been overcharged in connection with their insurance and pharmaceutical transactions. The Firm currently serves in a leadership capacity in a number of insurance and pharmaceutical class actions, representing both consumers and third-party payors, including:

• *Forth v. Walgreen Co.*, No. 1:17-cv-02246 (N.D. Ill.) (preliminary approval of $100 million settlement on behalf of class of consumers and third-party payors alleging unlawful overcharges for medically necessary prescription drugs);

• *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litig.*, MDL No. 3014 (E.D. Pa.) ($1.1 billion settlement reached on behalf of a class of consumers and hospital systems, as well as a class of third-party payors, that paid for defective devices);

• *Snyder v. The Cigna Group*, No. 3:23-cv-01451 (D. Conn.) (co-lead counsel on behalf of a putative class of insureds alleging they were wrongly denied an adequate medical claims review and thus were overcharged for medical care); and

• *State of Connecticut v. Assured Rx LLC et al.*, No. HHD-CV18-6101282-S (Connecticut Superior Court, Harford District) ($39 million trial verdict obtained against Assured Rx on behalf of the State of Connecticut alleging violations of false claims act resulting from scheme that had patients purchase compound prescription drugs through the State's healthcare plan).**The Firm's lawyers have obtained some of the largest settlements in consumer healthcare litigation, including:**

• *In re Managed Care Litig.*, MDL No. 1334 (S.D. Fla.) (settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint providing monetary and injunctive benefits exceeding $1 billion); and

• *In re Prudential Ins. Co. SGLI/VGLI Contract Litig.*, MDL No. 2208 (D. Mass.) ($40 million settlement was achieved on behalf of a class of military service members and their families who had purchased insurance contracts).



# CONSUMER PROTECTION

Scott+Scott has been at the forefront in prosecuting consumer protection actions against organizations engaging in unfair practices.  The Firm currently serves, or has recently served, in a leadership capacity in a number of consumer protection class actions, including:

• ∙*Kulwicki v. Aetna Life Ins. Co.*, No. 22-cv-0229 (D. Conn.) (co-lead counsel in class action alleging insureds were discriminated against under the Affordable Care Act).

Recently, in settling a class action for $35 million on behalf of consumers who had been victims of gift card scams, Judge Davila commended Scott+Scott for the "excellent result in large part because the Settlement Fund will fully reimburse all class members for the money they lost" and Scott+Scott's experience that the "firm has in handling class action cases . . . necessary in achieving an efficient yet positive result for clients."  *Barrett v. Apple Inc.,* No. 5:20-cv-04812 (N.D. Cal.) Dec. 12, 2024 Transcript at 4, 26.

**Additional consumer protection settlements achieved by Scott+Scott for its clients include**:

• *Aquilina v. Certain Underwriters at Lloyd's London*, No. 1:18-cv-00496 (D. Haw.) (class action settlement providing for 100% of damages on behalf of class of Hawaii homeowners who were placed into insurance excluding lava coverage and suffered devastating losses as a result of the 2018 eruption of Kilauea);

• *The Vulcan Society, Inc. v. City of New York*, No. 1:07-cv-02067 (E.D.N.Y.) ($100 million settlement and significant injunctive relief was obtained for a class of black applicants who sought to be New York City firefighters, but were denied or delayed employment due to racial discrimination);

• *In re Providian Fin. Corp. Credit Card Terms Litig.*, MDL No. 1301 (E.D. Pa.) ($105 million settlement was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

• *In re Pre-Filled Propane Tank Mktg. & Sales Pracs. Litig.*, MDL No. 2086 (W.D. Mo.) ($37 million settlement obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

• *Murr v. Cap. One Bank (USA)*, N.A., No. 1:13-cv-01091 (E.D. Va.) ($7.3 million settlement on behalf of class of consumers who were misled into accepting purportedly 0% interest credit card offers); and

• *Gunther v. Cap. One, N.A.*, No. 2:09-cv-02966 (E.D.N.Y.) (settlement resulting in class members receiving 100% of their damages in case alleging consumers were improperly charged undeliverable mail fees).



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT



### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., *cum laude*, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Delaware, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters.  He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels.  Among other cases, Mr. Scott served as co-lead counsel in Dahl v Bain Cap. Partners, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million.  He was lead counsel in Red Lion Med. Safety v. Ohmeda, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical

anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work.  He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world.  He has also received a highly recommended ranking by Benchmark Litigation for each of the years 20132015.  In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds.  For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors.  He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement.  This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360.  He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.

SCOTT
+
SCOTT

# JOSEPH P. GUGLIELMO

**PRACTICE EMPHASIS**

Joseph P. Guglielmo represents clients in consumer, antitrust and privacy litigation in federal and state courts throughout the United States.

**ADMISSIONS**

States of New York and Massachusetts; District of Columbia; United States Courts of Appeal: First, Second, Third, Sixth, Eighth, Ninth and Eleventh Circuits; United States District Courts: Southern, Eastern and Northern Districts of New York, Districts of Massachusetts, Connecticut, and Colorado, Northern District of Illinois, Eastern District of Wisconsin; United States Supreme Court

**EDUCATION**

Catholic University of America (J.D., 1995; B.A., *cum laude*, 1992; Certificate of Public Policy)

**HIGHLIGHTS**

Mr. Guglielmo is a partner in the firm's New York office and Chair of the Firm's Consumer Practice Group. Mr. Guglielmo currently serves in a leadership capacity in a number of complex class actions, including: *Forth v. Walgreen Co.*, No. 1:17-cv-02246 (N.D. Ill.) (lead counsel, preliminary approval of $100 million settlement on behalf of nationwide class of consumers and third-party payers alleging overcharges for prescription drugs); *Gerber v. Twitter, Inc.*, No. 23-cv-00186 (N.D. Cal.) (co-lead counsel, class action on behalf of consumer arising out of data breach of approximately 200 million Twitter users); *In re MovelT Customer Data Security Breach Litigation*, No. 1:23-md-0383 (D. Mass.) (Discovery Committee, claims on behalf of consumers arising out of data breach); *Barrett v. Apple, Inc.*, No. 20-cv-4812 (N.D. Cal.) (co-lead counsel, $35 million settlement on behalf of consumers who were victims of gift card scams); *Lopez v. Apple Inc.*, No. 4:19-cv-04577 (N.D. Cal.) (preliminary approval of $95 million settlement on behalf of class of consumers and their minor children alleging privacy violations by Apple through its Siri application); *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286 (N.D. Cal.) (co-lead counsel, class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private, confidential communications without consent); *In re Consumer Vehicle Driving Data Tracking Litigation*, No. 1:24-MD-3115 (N.D. Ga.) (co-lead counsel, class action on behalf of consumers alleging that their driving data was unlawfully collected); *In Re: TikTok, Inc., In-App Browser Privacy Litigation*, No. 1:24-cv-02110 (N.D. Ill.) (Plaintiffs' Steering Committee); and *In re AT&T, Inc. Customer Data Sec. Breach Litig.*, MDL No. 3114 (N.D. Tex.) (PSC member, $149 million settlement of data breach case on behalf of customers of AT&T's wireless, internet, satellite, and cables services whose personally identifying information was compromised).



Mr. Guglielmo was recently trial counsel in **State of Connecticut v. Assured Rx LLC, et al.**, Case No. HHD-CV18-6101282-S (Connecticut Superior Court, Harford District) and secured a landmark trial verdict of $39 million dollars in October 2024 on behalf of the State of Connecticut arising out of a kickback scheme perpetrated by Assured Rx in violation of the Connecticut False Claims Act.

Mr. Guglielmo was also co-lead and trial counsel in **In Re: Disposable Contact Lens Antitrust Litigation**, No. 3:15-md-2626 (M.D. Fla.), where settlements in excess of $118 million were obtained on behalf of a class of contact lens purchasers alleging violations of the antitrust laws. Mr. Guglielmo was also actively involved in **In re Foreign Exchange Benchmark Rates Antitrust Litigation**, No. 1:13-cv-07789 (S.D.N.Y), where Scott+Scott was co-lead counsel and obtained settlements against 16 of the largest financial institutions totaling in excess of $2.3 billion. Mr. Guglielmo was recognized for his efforts representing New York University in obtaining a monumental temporary restraining order seeking the recovery of over $200 million from a Bernard Madoff feeder fund.  Specifically, in approving the settlement, New York State Supreme Court Justice Richard B. Lowe III stated, "Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case.  The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court."

In the data breach and privacy arena, Mr. Guglielmo has achieved significant victories and obtained numerous settlements for his clients, including: **In re Equifax, Inc. Customer Data Security Breach Litigation**, No. 1:17-md-02800 (N.D. Ga.) (settlement valued at $32.5 million on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers); **In re The Home Depot, Inc., Customer Data Security Breach Litigation**, MDL No. 2583 (N.D. Ga.) ($27.25 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 40 million credit and debit card holders); **First Choice Federal Credit Union v. The Wendy's Company**, No. 16-cv-00506 (W.D. Pa.) ($50 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 18.5 million credit and debit card holders); **In re TikTok, Inc., Consumer Privacy Litigation**, No. 1:20-cv-04699 (N.D. Ill.) ($92 million settlement on behalf of consumers alleging violations of privacy claims on behalf of consumers); **In re Target Corporation Customer Data Security Breach Litigation**, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by the theft of sensitive payment card information); **Baker v. ParkMobile, LLC**, No. 1:21-cv-02182 (N.D. Ga.) ($9 million settlement on behalf of consumers injured by data breach); **In Re: Overby-Seawell Company Customer Data Security Breach Litigation**, No. 1:23-md-03056 (N.D. Ga.) ($6 million settlement on behalf of class of consumers injured by data breach); **Veridian Credit Union v. Eddie Bauer LLC**, No. 2:17-CV-00356 (W.D. Wash.) ($9.8 million settlement on behalf of financial institutions arising out of data breach of payment card information); **Winsouth Credit Union v. Mapco Express Inc.**, No. 3:14-cv-1573 (M.D. Tenn.) (settlement of the



largest dollar-per-card recovery on behalf of financial institutions involving data breach of credit and debit card information); *Arkansas Federal Credit Union v. Hudson's Bay Co.*, No. 1:19-cv-4492 (S.D.N.Y.) (co-lead counsel, $5.1 settlement); and *Clarke, et al. v. Lemonade, Inc.*, No. 2022LA000308 (Ill. Cir. Ct. DuPage Cnty.) (co-lead counsel, settlement of $6.5 million in cash and injunctive relief arising out of collection of biometric information).

Throughout Mr. Guglielmo's career, he has been one of the principals involved in the litigation and settlement of *In re Managed Care Litigation*, MDL No. 1334 (S.D. Fla.), which included settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint, providing monetary and injunctive benefits exceeding $1 billion and played a leading role and obtained substantial recoveries for his clients, including *Love v. Blue Cross and Blue Shield Ass'n*, No. 03-cv-21296 (S.D. Fla.), which resulted in settlements of approximately $130 million and injunctive benefits valued in excess of $2 billion; *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1897 (D.N.J.), settlements in excess of $180 million; *In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.), consumer settlements in excess of $40 million; *Bassman v. Union Pacific Corp.*, No. 97-cv-02819 (N.D. Tex.), $35.5 million securities class action settlement; *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.), $26 million securities class action settlement; *Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1091 (E.D. Va.), $7.3 million settlement pending on behalf of class of consumers who were misled into accepting purportedly 0% interest offers; and *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.), $6.1 million settlement obtained on behalf of class of consumers who purchased Truvia, purported to be deceptively marketed as "all-natural." Mr. Guglielmo was the principle litigator and obtained a significant opinion from the Hawaii Supreme Court in *Hawaii Medical Association v. Hawaii Medical Service Association*, 113 Hawaii 77 (Haw. 2006), reversing the trial court's dismissal and clarifying rights for consumers under the state's unfair competition law.

Mr. Guglielmo lectures on antitrust law, complex litigation, intellectual property and electronic discovery and was a member of the Steering Committee of Working Group 1 of the Sedona Conference®, an organization devoted to providing guidance and information concerning issues such as discovery and production issues, and a member of the drafting team responsible for the *Sedona Principles, Third Edition*. Mr. Guglielmo was a contributing author to *The Federal Judges' Guide to Discovery 4th Ed.* (2025), published by The Electonic Discovery Institute. Presently, Mr. Guglielmo serves on the board of the Advanced eDiscovery Institute at Georgetown University Law Center. Mr. Guglielmo was also recognized for his achievements in litigation by his selection to The National Law Journal's "Plaintiffs' Hot List." In 2025, Mr. Guglielmo was recognized by Super Lawyers as a top Antitrust lawyer in the New York metro area and was named by Who's Who in Legal Litigation: Leading Practitioner-E-Discovery (2024). Mr. Guglielmo was also named by Lawdragon in 2025 as one of the 500 Leading Plaintiff Financial Lawyers in Securities, Antitrust and Consumer Litigation.



Mr. Guglielmo is also a member of the following associations: District of Columbia Bar Association, New York State Bar Association, American Association of Justice and American Bar Association.

SCOTT + SCOTT

# ERIN GREEN COMITE

## PRACTICE EMPHASIS

Erin Green Comite litigates complex class actions throughout the United States, representing the rights of consumers, insureds, and other individuals harmed by corporate misrepresentation and malfeasance.

## ADMISSIONS

State of Connecticut; United States Courts of Appeal: Second, Third, Ninth, and Eleventh Circuits; United States District Courts: Southern, Northern, and Eastern Districts of New York, District of Connecticut, Northern District of Illinois, Eastern District of Wisconsin, and District of Colorado

## EDUCATION

University of Washington School of Law (J.D., 2002); Dartmouth College (B.A., *magna cum laude*, 1994)

## HIGHLIGHTS

Ms. Comite is a partner in the firm's Connecticut office and Co-Chair of the firm's Consumer Practice Group.  Ms. Comite's practice focuses exclusively on consumer class action litigation, representing plaintiff classes relating to financial, insurance, and pharmaceutical fraud, unfair business practices, false and deceptive advertising, and data privacy.  She has represented plaintiffs in class action proceedings throughout the country, predominantly in federal court, representing purchasers of consumer products, food, supplements, pharmaceuticals, healthcare services, and financial and insurance products against companies such as Aetna, Cigna, Humana, United Healthcare, Lloyd's of London, Banco Popular, Apple Bank, L'Oreal, Clinique, Ann Taylor, Best Buy, Kohl's, Sears, Gerber, Nestle, R.J. Reynolds, Rite Aid, Walgreens, and Walmart.

Ms. Comite frequently serves in a leadership role in complex class actions.  For example, Ms. Comite currently represents a certified class of consumers alleging California state law claims challenging Google's disclosure of their private, confidential communications without consent in *In re Google Assistant Privacy Litig.*, No. 5:19-cv-04286 (N.D. Cal.), and recently received preliminary approval of a $95 million settlement on behalf of consumers and their minor children alleging privacy violations under California state law by Apple through its Siri application in *Lopez v. Apple Inc.*, No. 4:19-cv-04577 (N.D. Cal.).  She also is litigating deceptive trade practices claims against Walgreen Co. on behalf of consumers and third-party payors allegedly overcharged for generic prescription drugs, *Forth v. Walgreen Co.*, No. 1:17-cv-02246 (N.D. Ill.), and recently received preliminary approval of a $100 million settlement.  In addition, Ms. Comite has been appointed co-lead counsel in *In re Beech-Nut*



*Nutrition Company Baby Food Litig.*, No. 21-cv-00133 (N.D.N.Y), a case related to the sale of baby foods allegedly contaminated with toxic heavy metals, and is co-lead counsel in *Snyder v. The Cigna Group*, No. 3:23-cv-01451 (D. Conn.), a case alleging insureds were wrongly denied an adequate review of their medical claims and thus were overcharged for medical care, and in *Kulwicki v. Aetna Life Ins. Co.*, No. 22-cv-0229 (D. Conn.), a case alleging insureds were discriminated against under the Affordable Care Act.

Ms. Comite also is currently prosecuting a number of data breach actions in court-appointed leadership positions, including as co-lead counsel in *Anaya v. Cencora, Inc.*, No. 2:24-cv-02961 (E.D. Pa.); as one of the track leads in *In re Fortra File Transfer Software Data Security Breach Litig.*, MDL No. 24-03090 (S.D. Fla.); as a PSC member for the patient track in *In re Change Healthcare, Inc. Customer Data Security Breach Litig.*, MDL No. 24-3108 (D. Minn.); and *In re AT&T, Inc. Customer Data Sec. Breach Litig.*, MDL No. 24-3114 (N.D. Tex.) (PSC Briefing Committee).

Courts have recognized Ms. Comite's professionalism and competence. As court-appointed co-lead counsel in *First Choice Federal Credit Union v. The Wendy's Co.*, No. 16-cv-00506 (W.D. Pa.), Ms. Comite represented a class of financial institutions that incurred losses arising out of a data breach and achieved a $50 million settlement – one of the largest data breach settlements reached on behalf of financial institutions. In granting final approval to the settlement, U.S. Magistrate Judge Maureen Kelly commended Ms. Comite and her co-counsel, stating: "it's apparent to the Court that there was substantial and significant high-level work performed by counsel for the plaintiffs" and "as involved as this case was, if every case I had was as well-organized and professionally presented as this case has been, my life would be much easier." *Wendy's*, ECF No. 194, Nov. 6, 2019, Hrg. Tr. at 27-28, 32.

Ms. Comite has played an integral role in representing other classes of financial institutions that have suffered losses as a result of data breaches, in cases such as *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, MDL No. 2800 (N.D. Ga.) (chair of law and briefing committee) (settlement valued in excess of $32.5 million on behalf of financial institutions involving data breach of credit and debit card information); *In re The Home Depot, Inc., Customer Data Sec. Breach Litig.*, MDL No. 2583 (N.D. Ga.) (briefing and discovery committees; $27.25 million settlement); *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) (deposed apex witness; $59 million settlement); *Veridian Credit Union v. Eddie Bauer LLC*, No. 2:17-cv-00356 (W.D. Wash.) (briefing, discovery, and settlement committees; settlement valued at $9.8 million); *Greater Chautauqua Federal Credit Union v. Kmart Corp.*, No. 15-cv-02228 (N.D. Ill.) (chair of the Plaintiffs' Steering Committee; $8.1 million settlement); and *Arkansas Federal Credit Union v. Hudson's Bay Co.*, No. 19-cv-4492 (S.D.N.Y.) (co-lead counsel; $5.1 settlement);. Similarly, Ms. Comite has recovered millions of dollars on behalf of consumers, in cases such as *Aquilina v. Certain Underwriters at Lloyd's London*, No. 1:18-cv-



00496 (D. Haw.) (class action settlement providing for 100% of damages on behalf of class of Hawaii homeowners who were placed into insurance excluding lava coverage and suffered devastating losses as a result of the 2018 eruption of Kilauea); *In re Robinhood Outage Litig.*, No. 3:20-cv-01626 (N.D. Cal.) ($9.9 settlement);; *Morrow v. Ann, Inc.*, No. 1:16-cv-03340 (S.D.N.Y.) ($8.1 million settlement); *Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1 091 (E.D. Va.) ($7.3 million settlement); *Luca v. Wyndham Worldwide Corp.*, No. 2:16-cv-00746 (W.D. Pa.) ($7.6 settlement); *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.) ($6.1 settlement); *Valle v. Popular Community Bank*, No. 653936/2012 (N.Y. Supreme Ct.) ($5.2 million settlement); and *In re Nutella Mktg. & Sales Practices Litigation*, No. 11-cv-01086 (D.N.J.) ($2.5 million settlement).

While Ms. Comite is experienced in all aspects of complex pre-trial litigation, she is particularly accomplished in achieving favorable results in discovery disputes. In *Hohider v. United Parcel Service, Inc.*, Ms. Comite spearheaded a nearly year-long investigation into every facet of UPS's preservation methods, requiring intensive, full-time efforts by a team of attorneys and paralegals well beyond that required in the normal course of pre-trial litigation. Ms. Comite assisted in devising the plan of investigation in weekly conference calls with the Special Master, coordinated the review of over 30,000 documents that uncovered a blatant trail of deception and prepared dozens of briefs to describe the spoliation and its ramifications on the case to the Special Master. In reaction to UPS's flagrant discovery abuses brought to light through the investigation, the Court conditioned the parties' settlement of the three individual ADA cases on UPS adopting and implementing preservation practices that passed the approval of the Special Master.

Ms. Comite also was recently the sole trial counsel in a four-day jury trial in federal court of a prisoner civil rights case brought pursuant to 42 U.S.C. §1983 for violation of constitutional rights under the First Amendment and was awarded Special Recognition by the U.S. District Court for the District of Connecticut for her dedication and service as appointed *pro bono* counsel, providing guidance, expertise, and quality legal services to her client in the interest of justice, and without the promise of compensation. Ms. Comite's appellate victories in consumer class actions include *White v. Beech-Nut Nutrition Co.*, No. 23-220-CV, 2024 WL 194699 (2d Cir. Jan. 18, 2024) (on brief) (achieving reversal of dismissal on primary jurisdiction grounds); *Nunez v. Saks Inc.*, 771 F. App'x 401 (9th Cir. May 30, 2019) (oral argument and on brief) (achieving reversal of dismissal); *Chavez v. Nestle USA, Inc.*, 511 F. App'x 606 (9th Cir. 2013) (on brief) (achieving a reversal of dismissal); and *In re Nutella Mktg. & Sales Practices Litig.*, 589 F. App'x 53 (3d Cir. 2014) (on brief) (defending settlement from professional objectors).

Prior to entering law school, Ms. Comite served in the White House as Assistant to the Special Counsel to President Clinton. In that capacity, she handled matters related to the White House's response to investigations, including four independent counsel investigations, a Justice Department task force



investigation, two major oversight investigations by the House of Representatives and the Senate, and several other congressional oversight investigations.

In addition, Ms. Comite supports Connecticut Children's Medical Center, Special Olympics, and the American Heart Association.

SCOTT
+
SCOTT

# ANJA RUSI

**PRACTICE EMPHASIS**

Ms. Rusi's practice focuses on complex consumer class actions, with a particular emphasis on data privacy, data breach, deceptive pricing, and consumer protection litigation.

**ADMISSIONS**

State of Connecticut; United States District Court for the District of Connecticut; United States District Court for the Eastern District of Wisconsin

**EDUCATION**

Western New England School of Law (J.D., 2016); Fairfield University (B.A., 2013)

**HIGHLIGHTS**

Ms. Rusi is an attorney in the firm's Connecticut office. She represents plaintiffs in federal class actions across the country and also handles a variety of matters in Connecticut state court. Ms. Rusi has experience in all phases of litigation, including discovery, motion practice, and trial. She was a member of the trial team that obtained a $39.2 million verdict on behalf of the State of Connecticut in a Connecticut False Claims Act action—one of the largest verdicts of its kind in recent state history.

Ms. Rusi currently represents plaintiffs in several significant data breach, privacy, and consumer class actions, including:

- *Lopez v. Apple Inc.*, No. 4:19-cv-04577-JSW (N.D. Cal.): Represents consumers and their minor children alleging privacy violations by Apple's Siri application. The case resulted in preliminary approval of a $95 million settlement**.**

- *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286-BLF (N.D. Cal.): Represents consumers alleging Google Assistant recorded and disclosed private conversations without consent.

- *In re Consumer Vehicle Driving Data Tracking Collection Litigation*, No. 1:24-md-03115 (N.D. Ga.): Represents consumers alleging that automakers, including General Motors, unlawfully collected, tracked, and transmitted vehicle driving data.

- *Anaya v. Cencora, Inc.*, No. 2:24-cv-02961 (E.D. Pa.): Represents consumers in a class action arising from a data breach that compromised sensitive healthcare information.



- *Baker v. ParkMobile, LLC*, No. 1:21-cv-02182-SCJ (N.D. Ga.): Represents consumers impacted by a data breach involving a mobile parking application; the case resulted in a $32.8 million settlement.

- *In re Beech-Nut Nutrition Co. Baby Food Litigation*, No. 1:21-cv-00133 (N.D.N.Y.): Represents consumers alleging that Beech-Nut marketed and sold baby food products contaminated with toxic heavy metals in violation of state consumer protection laws.

Prior to joining the firm, Ms. Rusi practiced at a midsized law firm in Hartford, where she represented clients in a broad range of civil litigation matters, including contract and commercial disputes, real estate litigation, and insurance-related claims. She has significant experience managing matters through all stages of litigation, including motion practice, discovery, and trial.

Ms. Rusi is multilingual and has been recognized as a Connecticut Super Lawyers "Rising Star" each year from 2019 through 2025.

SCOTT
+
SCOTT

# ETHAN S. BINDER

**PRACTICE EMPHASIS**

Ethan Binder is an associate in the firm's New York office, specializing in consumer litigation and class actions in both federal and state courts.

While in law school, he was the Executive Editor of the Moot Court Association and a member of the Trial Competition Team.

Prior to joining Scott+Scott, Mr. Binder served as an Assistant District Attorney in the Economic Crimes Bureau of the Bronx County District Attorney's Office, where he gained extensive experience investigating and prosecuting felonies involving high-value larcenies, schemes to defraud the public/government, and identity theft. His experience at the District Attorney's Office gave him firsthand insight into the devastating effects data breaches have on victims, and that understanding continues to shape his advocacy for consumers today.

**REPRESENTATIVE CASES**

- *State of Connecticut v. Assured Rx, LLC*, No. HHD-CV18-6101282-S (Conn. Super. Ct.) (As part of the trial team, secured a $39 million verdict for the State of Connecticut for a kickback scheme that paid patients to obtain compound drugs through the state healthcare plan)

- *In re Overby-Seawell Company Customer Data Security Breach Litigation*, No. 1:23-md-03056 (N.D. Ga.) ($6,000,000 settlement on behalf of a Class of individuals whose personal information was compromised)

- *Doe I et al v. Google LLC*, No. 3:23-cv-02431 (N.D. Cal.) (representing Plaintiffs whose sensitive health information was allegedly intercepted and disclosed via Google's tracking code on healthcare provider websites)

- *In re AT&T Inc. Customer Data Security Breach Litigation,* No. 3:24-cv-00757 (N.D. Tex.) (representing Plaintiffs in multidistrict litigation concerning a data breach allegedly impacting more than 70 million people)

- *In re Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108 (D. Minn.) (representing Plaintiffs in multidistrict litigation concerning a data breach allegedly impacting more than 190 million people)

**EDUCATION**

New York Law School (J.D., 2019); State University of New York at Binghamton (B.A., Philosophy, Politics,



& Law; Psychology, 2015)

**ADMISSIONS**

States of New York and New Jersey; United States District Courts: District of New Jersey; Southern and Eastern Districts of New York; United States Court of Appeals for the First Circuit

**ASSOCIATIONS**

New York City Bar Association, Member of Binghamton University's Harpur Law Council Committee

SCOTT
+
SCOTT

# ANJORI MITRA

## PRACTICE EMPHASIS

Anjori Mitra focuses on complex consumer litigation.

## ADMISSIONS

State of New York; United States District Courts for the Southern, Eastern and Northern Districts of New York.  Also admitted as a Barrister and Solicitor of the High Court of New Zealand.

## EDUCATION

Columbia Law School (LL.M., 2019); University of Auckland (LL.B. (Hons)), 2014); University of Auckland (B.A., English, History, 2014)

## HIGHLIGHTS

Anjori Mitra is an attorney in Scott+Scott's New York office, specializing in consumer litigation and class actions.

Ms. Mitra has broad civil and commercial litigation experience.  Her work has included federal and state litigation representing public entities, labor health, and welfare benefit funds and individuals. She is currently involved in litigating a number of class actions on behalf of consumers, has recently litigated several product liability lawsuits against a large manufacturer of infant and children's' products, represented a large suburban county in a federal antitrust litigation against generic drug manufacturers for colluding to increase drug prices, and represented health and welfare benefit funds in litigation relating to the opioid crisis and represented one of New York State's largest counties in several lawsuits challenging its property taxation system.

Before joining Scott+Scott, Ms. Mitra worked at a boutique litigation firm and at a plaintiff-side consumer and securities class action firm.  Prior to that, she practiced in New Zealand as a barrister at a preeminent barristers' chambers and worked on a wide range of civil and commercial matters.  She has appeared as counsel in various federal and state courts.  Ms. Mitra was named a SuperLawyers Rising Star in 2023 and 2024.

## REPRESENTATIVE CASES AT SCOTT+SCOTT:

- *In re MOVEit Customer Data Security Breach Litigation*, No. 1:23-md-0383 (D. Mass.): representing Plaintiffs in multidistrict litigation concerning a data breach allegedly impacting more than 85 million people.

- *Gerber v. Twitter, Inc.*, No. 23-cv-00186 (N.D. Cal.): representing Plaintiffs in relation to a data breach allegedly affecting approximately 200 million Twitter users.

- *In re Consumer Vehicle Driving Data Tracking Litigation,* No. 1:24-MD-3115 (N.D. Ga.): representing Plaintiffs who allege that their driving data was unlawfully collected.

- *In re Shields Healthcare Group, Inc. Data Breach Litigation*, No. 1:22-cv-10901 (D. Mass): member of Plaintiffs' Interim Executive Committee in a lawsuit concerning a data breach affecting approximately two million individuals.

## REPRESENTATIVE CASES AT PRIOR FIRMS

- *Butler, et al. v. Fisher-Price, Inc., et al.*, Case No. 19STCV20490 (Cal. Super. Ct. LA Cnty.); *Sanders, et al. v. Fisher-Price, Inc. et al.*, Case No. 19STCV24243 (Cal. Super. Ct. LA Cnty.): represented plaintiff families in several wrongful death lawsuits concerning the Fisher-Price Rock 'n Play Sleeper.

- *County of Suffolk v. Actavis Holdco US, Inc., et al.*, Case No. 2:20-cv-4893 (E.D. Pa.): represented Suffolk County in federal antitrust class action multi-district litigation against generic drug manufacturers for colluding to increase drug prices.

- *Teamsters Local 237 Retirees' Benefit Fund, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45174 (N.D. Ohio); *Plumbers Local Union No. 1 Welfare Fund v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45838 (N.D. Ohio); *Hollow Metal Trust Fund v. Endo Health Solutions, Inc., et al.*, Case No. 1:20-op-45094 (N.D. Ohio); *New York City District Council of Carpenters Welfare Fund v Endo Health Solutions, Inc., et al.*, Case No. 1:20-op-45095 (N.D. Ohio): represented several health and welfare benefit funds in federal class action multi-district litigation against opioid manufacturers and distributors seeking recoveries arising from the opiate crises.

- *Metropolitan Transportation Authority, et al. vs. Blue Cross and Blue Shield of Alabama, et al.*, Case No. 2:22-cv-265 (N.D. Ala.): represented the Metropolitan Transportation Authority in federal multi-district litigation alleging conduct in violation of antitrust law against a number of health insurance plans.



# AMANDA M. ROLON

**PRACTICE EMPHASIS**

Amanda Marie Rolon is a member of the consumer litigation group where she advocates for consumers who have been harmed or deceived by deceptive, unfair, and negligent business practices.

**ADMISSIONS**

State of New York; United States District Courts: Northern, Southern and Eastern Districts of New York; United States Court of Appeals: Third and Ninth Circuits; United States Supreme Court

**EDUCATION**

University of Iowa College of Law (J.D. 2019); Hunter College (B.A., English Literature, Language, and Criticism, Distinguished Honors, 2014)

**HIGHLIGHTS**

Amanda Rolon is a dedicated Litigation Associate specializing in consumer protection within the renowned consumer protection litigation group.  With a keen focus on advocating for consumers in multifaceted class action litigation, Ms. Rolon brings a wealth of experience and passion to her practice.  Ms. Rolon represents clients across the United States and has contributed to achieving settlements on their behalf in several cases, including: *State of Connecticut v. Assured Rx LLC, et al.*, No. HHD-CV18-6101282-S (Connecticut Superior Court, Harford District) ($39 million trial verdict obtained against Assured Rx on behalf of the State of Connecticut alleging a money kickback scheme that paid patients to purchase compound prescription drugs through the State's healthcare plan); *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litig.*, MDL No. 3014 (E.D. Pa.) ($1.1 billion settlement reached on behalf of a class of consumers, hospital systems as well as a class of third-party payors that paid for defective devices); and *Barrett v. Apple, Inc.*, No. 5:20-cv-04812 (N.D. Cal.) ($35 million settlement on behalf of class of consumers who purchased iTunes gift cards under false pretenses and were not refunded the value of the iTunes gift cards).

Internally, Ms. Rolon is deeply committed to fostering an inclusive legal environment that upholds the values of diversity, equity, and justice.  Her dedication to these principles serves as a cornerstone in her approach to legal advocacy.

Before joining Scott+Scott, Ms. Rolon served as an Assistant Corporation Counsel with the esteemed Special Federal Litigation Division of the New York City Law Department.  In this role, she defended the City of New York and its law enforcement officials in federal actions, particularly those alleging Section



1983 constitutional and civil rights violations. Ms. Rolon's exceptional performance and unwavering dedication were recognized, particularly during her inaugural year of practice.

Ms. Rolon is admitted to practice in the State of New York, as well as the United States District Courts for the Northern, Southern, and Eastern Districts of New York. Furthermore, her legal prowess extends to the United States Court of Appeals for the Third and Ninth Circuits, demonstrating her comprehensive skill set and breadth of jurisdictional knowledge.



# ANDREW STANKO

**PRACTICE EMPHASIS**

Andrew Stanko is an associate in the firm's New York office, specializing in consumer and class action litigation in both federal and state courts.

**ADMISSIONS**

States of New York and Pennsylvania; U.S. District Court for the Eastern District of Pennsylvania

**EDUCATION**

St. John's University School of Law (J.D., 2021); Villanova University (B.A., Economics, 2018)

**HIGHLIGHTS**

While at St. John's University School of Law, Mr. Stanko served as Notes and Comments Editor for the Journal of Civil Rights and Economic Development and was a Real Estate Fellow with the Mattone Institute for Real Estate Law.  Andrew authored articles on antitrust law and economic policy, and he was part of the initial management team for a venture-backed sports technology startup.

Before joining Scott+Scott, Andrew managed labor law cases from inception to resolution.  Previously, he was a Commercial and White Collar Litigation Associate at an international law firm, where he worked on matters including cryptocurrency and securities fraud, criminal antitrust investigations, and complex commercial disputes.  Andrew also served as a clerk for Justice Thomas Saylor of the Supreme Court of Pennsylvania and interned with the Economic Crimes and Civil Rights divisions at the U.S. Attorney's Office for the Eastern District of Pennsylvania.

Outside of the office, Andrew is a marathon runner and enjoys exploring NYC.



+ New York
+ London
+ Amsterdam
+ Berlin
+ California
+ Connecticut
+ Virginia
+ Ohio
+ Delaware

© 2020 Scott+Scott Attorneys at Law LLP