# EXHIBIT D



## Arnold Law Firm Biography

**Sacramento Office**

865 Howe Avenue
Sacramento, CA 95825
916-777-7777
916.239.4778 (d)
415.595.3302 (c)

**Los Angeles Office**

12100 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Phone: 747.777.7748

**justice4you.com**



Founded in 1975 by Clayeo C. Arnold, the Arnold Law Firm is a litigation-oriented practice with locations in Sacramento and Los Angeles, California. In keeping with its founding principles, our firm consciously works for the interests of individual people and small businesses — not for large corporations or insurance companies.

The Arnold Law Firm prosecutes class action, mass tort, *qui tam*, product defect, employment, and personal injury cases. We pride ourselves on being a practice of trial lawyers, typically trying a minimum of ten cases per year to verdict. In addition to our practice throughout the state of California in both state and federal courts, we also pursue class action, *qui tam* and multi-district litigation claims on a nationwide basis.

Our team of ten attorneys collectively encompass a broad and diverse professional background, including plaintiff contingency work, public entity representation, criminal defense, and civil defense. We have current and past board members of Capital City Trial Lawyers Association, as well as members of numerous prestigious professional organizations, including the American Board of Trial Advocates, American Association for Justice, Association of Trial Lawyers of America, Sacramento County Bar Association, and Consumer Attorneys of California.

Our firm's operating structure is comprised of multiple teams directed towards specific practice areas. These teams regularly and intentionally collaborate and exchange information between their practice areas to improve the quality of representation for all of our clients.



**Arnold Law Firm Biography**

(continued)

For over four decades the Arnold Law Firm has developed a respected and extensive network of co-counsel and experienced contract counsel to rapidly expand our capabilities as necessary on an *ad hoc* basis (e.g., document review). We employ a robust staff of highly qualified and experienced legal staff including assistants and paralegals to ensure that attorney time is spent in the most efficient manner possible.

The Arnold Law Firm employs technology to increase productivity thereby resulting in more efficient and effective legal representation and driving excellent results on behalf of its clients. Specifically, the firm increases its efficiency by using numerous forms of legal and practice management software including template software, client management software, and secure internet-based client management for mass tort or multi-plaintiff litigation. We also invest in appropriate billing and tracking software for contemporaneous hourly record keeping.

The Arnold Law Firm places substantial value on representing clients in a manner that is both effective and courteous. Integrity with clients, the courts, and adverse counsel are all considered to be as indispensable as successful results.

Our highly accomplished counsel has a long history of successfully handling class actions across a range of industries, including data breach cases.



**M. Anderson Berry
Biography**



The Arnold Law Firm has a proven track record of success and the ability to work efficiently and cooperatively with others.  In addition, our firm has the availability and resources necessary to litigate complex class actions.

<u>**M. Anderson Berry**</u>

M. Anderson Berry heads the data breach complex litigation and *qui tam* practices for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical manner, including as Lead Class Counsel, Co-Lead Class Counsel, and as a member of numerous Plaintiffs' Executive Committees.

Mr. Berry has an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the class action litigations filed in federal and state courts across the nation, set out below.

Before joining the Arnold Law Firm in 2017, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases and recovered millions of dollars for the United States.

Before working for the Department of Justice, Mr. Berry practiced at one of the world's largest law firms, Jones Day, where he represented clients in international arbitration and complex commercial litigation, including defending class action allegations.

Mr. Berry was first selected as the Northern California Super Lawyers Rising Star in 2015 in the field of complex civil litigation.

— page 3 —



## M. Anderson Berry Biography

(continued)

Mr. Berry attended the University of California, Berkeley, where he majored in English and graduated with highest honors. Mr. Berry was inducted into the Phi Beta Kappa Honor Society and served as President of the English Undergraduate Associate.

After working as a private investigator for both criminal and civil investigations in the San Francisco Bay Area, Anderson graduated from U.C. Berkeley School of Law, where he was a Senior Editor for both the *Berkeley Journal of Criminal Law* and *Berkeley Journal of International Law*.

He was admitted to the California Bar in 2009 and is admitted to practice in the Northern, Eastern, Southern and Central Districts of California. Mr. Berry is also admitted to practice in the Northern District of Illinois, the Eastern District of Michigan, the Northern and Southern Districts of Indiana, the Districts of Colorado and Nebraska, and the Fourth and Ninth Circuit Courts of Appeals.

Mr. Berry was raised in Moraga, California and now lives in Fair Oaks, California, with his wife and three young sons.

### Select Data Breach Cases

*In re: Fred Hutchinson Cancer Center Data Breach Litig.,* 23-2-24266-1 SEA (Wash Super, King) (**Co-Lead Counsel**)

*Hasbrook v. EP Global Production Solutions, LLC,* No. 23STCV19711 (Sup. Crt of CA, Los Angeles) (**Co-lead Counsel**)

*In Re: Snap Finance Data Breach*, 2:22-cv-00761-TS-JCB (D.UT.) (**Co-Lead Counsel**)

*Ware v. San Gorgonio Memorial Hosp.,* CVRI2301216 (Sup. Crt of CA, Riverside) (**Co-Lead Counsel**)

*In Re: Overby-Seawell Co. Customer Data Security Breach Lit.,* 1:23-md-03056-SDG (N.D. Ga.) (**Co-Lead Counsel**)

*Holmes v. Elephant Insurance Company, et al*., 3:22-cv-00487-JAG (E.D. VA.) (**Co-Lead Counsel**)

*In Re: Arthur J. Gallagher Data Breach Litigation,* 1:21-cv-04056 (N.D.Ill.) (**Co-Lead Counsel**)



**M. Anderson Berry Biography**

(continued)

*In Re: CaptureRx Data Breach Litigation*, 5:21-cv-00523 (W.D.TX.) (**Co-Lead Counsel**)

*Rossi v. Claire's Stores, 1*:20-cv-05090 (N.D. Il.) (**Co-Lead Counsel**)

*Desue v. 20/20 Eye Care Network, Inc. et al.,* 0:21-cv-61275 (S.D. Fla.) (**Executive Comm**.)

*In re: Mednax Services, Inc. Customer Data Security Breach Litigation,* 21-MD-02994 (S.D. Fl.) (**Executive Comm.**)

In re Lakeview Loan Servicing Data Breach Litigation, Case No. 1:22-cv-20955-DPG (S.D. Fla.) (**Executive Comm.**)

*Swan v. North American Breaker Company, LLC,* Case No. 2:25-cv-02002-HDV-KES (C.D. Ca.) (**Co-Lead Counsel**)

*Margul v. Evolve Bank & trust,* Case No. 1:24-cv-03259-DDD (D. Co.) (**Co-Lead Counsel**)

*Pace v. Omni Family Health*, Case No. 1:24-cv-01277-JLT (E.D. Cal.) (**Co-Lead Counsel**)

*In re Avis Rent A Car System, LLC Security Incident Litigation,* Case No. 2:24-cv-09243-JXN (D. N.J.) (**Co-Lead Counsel**)

*Kersey v. Therapeutic Health Services*, Case No. 24-2-17679-9 (Wash. Super., King Cty) (**Lead Counsel**)

*Cordell v. Patelco Credit Union*, Case No. 24CV082095 (Sup. Crt. Of CA, Alameda) (**Co-Lead Counsel**)

*In re: Panera Data Security Litigation*, Case No. 4:24-cv-847-HEA (E.D. Mo.) (**Co-Lead Counsel**)

*In Re: CaptureRx Data Breach Litigation*, Case No. 5:21-cv-00523 (W.D. Tx.) (**Co-Lead Counsel**)

*Garcia v. Washington State Department of Licensing,* Case No. 22-2-05635-5 (Wash. Super., King Cty) (**Co-Lead Counsel**)

— page 5—



**M. Anderson Berry Biography**

(continued)

*Burgin et al. v. Housing Authority of the City of Los Angeles*, No. 23STCV06494 (Super. Ct. of CA, Los Angeles) (**Co-Lead Counsel**)

*In re: Signature Performance Data Breach Litig.*, No. 8:24-cv-00230-BBCB-MDN (D. Neb.) (**Co-Lead Counsel**)

*In re: Prospect Medical Holdings, Inc. Data Breach*, No. 2:23-cv-03216-WB (E.D. Pa.) (**Co-Lead Counsel**)

*In Re: Eureka Casino Breach Litig.*, No. 2:23-cv-00276-CDS-DJA (D. Nev.) (**Co-Lead Counsel**)

*In re: Cerebral, Inc. Privacy Practices*, No. 2:23-cv-01803-FMO (C.D. Ca.) (**Liaison Counsel**)

*In re: Sequoia Benefits and Insurance Data Breach Litig.*, No. 3:22-cv-08217-RFL (N.D. Cal.) (**Executive Comm.**)

*Smith v. Apria Healthcare, LLC*, No. 1:23-cv-01003-JPH-KMB (S.D. Ind.) (**Executive Comm.**)

*Dudurkaewa et al. v. Midfirst Bank, et al.,* 5:23-cv-00817-R (W.D. Ok.) (**Executive Comm.**)

*Mcauley, et al. v. Pierce College District*, No. 23-2-11064-7 (Wash Super., Pierce) (**Executive Comm.**)

*In Re: Proliance Surgeons Data Breach Litig.*, No. 23-2-23579-7 SEA (Wash Super., King) (**Executive Comm.**)

*Gates v. Western Washington Medical Group*, No. 23-2-08498-31 (Wash Super., Snohomish) (**Executive Comm.**)

*Hulse v. Acadian Ambulance Service, Inc.*, Case No. 6:24-cv-01011-DCJ (W.D. La.) (**Executive Comm.**)

*In re Lakeview Loan Servicing Data Breach Litigation,* Case No. 1:22-cv-20955-DPG (S.D. Fla.) (**Executive Comm.**)

*In re Landmark Admin LLC Data Incident Litigation*, Case No. 6:24-cv-082-H (N.D. Tx.) (**Executive Comm.**)

*Garcia v. Set Forth, Inc.*, Case No. 24-CV-11688 (N.D. Ill.) (**Executive Comm.**).



**Gregory Haroutunian**

**Biography**



<u>**Gregory Haroutunian**</u>

Gregory Haroutunian is the Senior Associate of the data breach complex litigation and *qui tam* practices for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical manner.

Mr. Haroutunian has an extensive background in complex litigation, privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the class action litigations filed in federal courts across the nation, set out below.

Before joining the Arnold Law Firm in 2021, Mr. Haroutunian worked in diverse practices across the nation including litigating dozens of products liability medical device cases in state and federal courts throughout the country and employment and construction related complex class-action and surety bond litigations involving multi-million dollar settlements throughout New York and New Jersey.

Mr. Haroutunian attended Columbia College, Columbia University, where he majored in Political Science and served with the New York State Senate Minority Leader's Office.

After working as a paralegal for a small general litigation and elder law firm in New York City, Gregory attended the Georgetown University Law Center where he graduated *cum laude*. While at Georgetown Gregory held a year-long judicial internship under Chief Administrative Law Judge Ronnie A. Yoder of the United States Department of Transportation and served as a legal intern at the National Whistleblowers' Center and the firm Kohn, Kohn, & Colapinto where he had his first experiences in *qui tam* and fraud cases.

Work that Mr. Haroutunian did at Georgetown comparing and analyzing aviation regulations was subsequently published in the Law Journal of the Pacific.

— page 7—



**Gregory Haroutunian
Biography (cont.)**

He was admitted to the New Jersey and New York Bars in 2013 and the California Bar in 2020 and is admitted to practice in the Northern, Eastern, Southern, and Central Districts of California, the Southern and Northern Districts of New York, and the District of New Jersey. Mr. Haroutunian is also admitted to practice in the Southern and Northern Districts of Indiana and the District of Colorado.

Mr. Haroutunian has been separately appointed Lead Counsel or Liaison Counsel in the following matters:

*In re F21 OPCO, LLC Data Breach Litigation,* No. 2:23-cv-07390-MEMF-AGR (C.D. Cal.) (**Co-Lead Counsel**)

*Benavides v. HopSkipDrive, Inc.,* No. 23STCV31729 (Cal. Super. LA County) (**Co-Lead Counsel**)

*In re  Avis Rent a Car System, LLC Security Incident Litigation,* No. 2:24-cv-09243 (D.N.J.) (**Co-Lead Counsel**)

*In re SAG Health Data Breach Litig.,* No. 2:24-cv-10503-MEMF-JPR (C.D. Cal.) (**Co-Lead Counsel**)

*Accurso v. Western Electrical Contractors Assoc.,* No. 24CV017855 (Cal. Super. Sacramento County) (**Liaison Counsel**)

Mr. Haroutunian was raised in Montvale, New Jersey.



**Brandon P. Jack
Biography**



### Brandon P. Jack

Brandon P. Jack is a Senior Associate in the Data Breach, Complex Litigation, and *qui tam* practice at the Arnold Law Firm. He brings a wealth of experience in high-stakes litigation and is known for his strategic, efficient, and results-driven approach.

Mr. Jack has an extensive background in complex litigation, privacy and consumer/government fraud litigation, actively participating in numerous data privacy and cybersecurity matters in federal courts across the nation.

Before joining the Arnold Law Firm in 2023, Mr. Jack served as a civil defense attorney representing clients in a wide range of business, construction, contract, and employment disputes—consistently securing favorable outcomes. His strong litigation background has made him an essential asset to the firm's complex litigation and *qui tam* practices .

Mr. Jack attended the University of California Santa Barbara where he majored in philosophy and minored in technology business management. After receiving his bachelor's degree, Mr. Jack attended the McGeorge School of Law, where he received his juris doctorate with concentrations in business and tax law.

Mr. Jack was admitted to the California Bar in 2019 and is admitted to practice in the Northern, Eastern, and Central Districts of California. He is also admitted to practice in the District of Colorado and the Southern District of Indiana.

Mr. Jack specializes in consumer protection, data breach, cybersecurity, and privacy class action and complex litigation on behalf of plaintiffs and has been involved in several high-profile data breach cases.

Mr. Jack was raised in El Dorado Hills, California.