# EXHIBIT G

# SCHUBERT JONCKHEER & KOLBE

Together with its predecessor firms, Schubert Jonckheer & Kolbe LLP has been in operation for over forty years. In addition to prosecuting cases in California federal and state courts, the firm has been actively involved in securities, antitrust, unfair competition, false advertising, data privacy, and employment class actions throughout the United States. Schubert Jonckheer & Kolbe has served as Lead Counsel or Co-Lead Counsel in class actions and shareholder derivative actions that have produced recoveries valued at over $850 million.

- *Tucker v. Scrushy*, No. CV-02-5212 (AEH) (Ala. Cir., Jefferson Cty.). Co-Lead Counsel in shareholder derivative action on behalf of HealthSouth Corporation alleging breaches of fiduciary duty and insider trading arising from a restatement of financial results. Plaintiffs won partial summary judgment against former Chief Executive Officer Richard Scrushy for restitution of $47.8 million. Plaintiffs also settled HealthSouth's claims against additional directors and officers for $100 million and against its investment banker for an additional $133 million. At trial against Mr. Scrushy on additional claims, Plaintiffs obtained a $2.9 billion judgment, which was later upheld by the Alabama Supreme Court.

- *In re Google AdWords Litigation*, No. 5:08-CV-03369-EJD (N.D. Cal.). Lead Counsel for nationwide class of advertisers alleging Google placed their ads on low-quality parked domains and error pages in violation of California's false advertising laws. We obtained a $22.5 million settlement on behalf of over one million class members, which was finally approved in the Northern District of California.

- *Ciapessoni et al. v. United States*, No. 1:15-cv-00938-LAS (Fed. Cl.). Co-Counsel for nationwide class of raisin growers alleging that the federal government's practice of setting aside a portion of their raisin crop constituted an unconstitutional taking of private property for public use in violation of the Fifth Amendment of the U.S. Constitution. We obtained an $85.8 million settlement on behalf of over 6,000 raisin growers who opted-in to the class, which was finally approved by the U.S. Court of Federal Claims.

- *Poertner v. The Gillette Company*, No. 12-CV-803 (M.D. Fla.). Co-Lead Counsel in nationwide consumer class action alleging false and misleading advertising of certain Duracell batteries regarding the batteries' longevity, in violation of various state laws. We obtained a settlement valued at approximately $50 million on behalf of approximately 7.26 million class members.

- *In re The Home Depot, Inc. Shareholder Derivative Litigation*, No. 1:15-CV-2999-TWT (N.D. Ga.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain officers and directors concerning The Home Depot 2014 data breach. We successfully resolved the litigation through settlement by causing The Home Depot to enact comprehensive corporate governance reforms and structural improvements to its data security protocols.

- *Marsh & McLennan Companies, Inc. Derivative Litigation*, No. 753-VCS (Del. Ch.). As co-counsel, we helped obtain a $205 million settlement in a shareholder derivative action brought on behalf of Marsh & McLennan Companies ("MMC"). The complaint alleged that MMC, the world's largest insurance broker, failed to adequately disclose that it was paid commissions to steer insurance business to favored companies. When the practices were revealed, MMC paid huge fines, to the detriment of its shareholders.

- *In re Banc of California Inc. Stockholder Derivative Litigation,* No. 8:19-cv-00621-DMG-DFM (C.D. Cal.). Co-lead counsel in shareholder derivative action alleging breach of fiduciary duty against officers and directors based on alleged false disclosures and conflicts of interest. Plaintiffs obtained a settlement improving whistleblower procedures.

- *In re Mattel, Inc. Stockholder Derivative Demand Refusal Litigation*, No. 2021-0782-MTZ (Del. Ch.). Co-lead counsel in shareholder derivative action alleging breach of fiduciary duty against officers and directors arising out of a financial restatement. Plaintiffs obtained a $7 million cash settlement and governance reforms.

- *3M Transparent Tape Cases*, No. 4:00-2810-CW (N.D. Cal.). Co-Lead Counsel in nationwide antitrust class action on behalf of purchasers of 3M transparent tape. Plaintiffs claimed that 3M maintained an unlawful monopoly in the market for invisible and transparent tape designed to restrict the availability of lower-priced comparable products to consumers and maintain supracompetitive prices for its own retail products. We obtained a settlement valued at approximately $42 million.

- *Bonneville Pacific Corporation Securities Litigation*, No. 2:92-C-0181-DS (D. Utah). Co-Lead Counsel in securities class action involving fraudulent financial statements by a power cogeneration company. We obtained settlements totaling $26 million for the class, which recovered 100% of its damages, in one of the largest securities fraud cases in Utah history. We also obtained an important decision from the Utah Supreme Court holding that plaintiffs need not plead or prove reliance under the Utah Uniform Securities Act.

- *Qwest Communications International, Inc. Derivative Litigation*, No. 02-CV-8188 (Colo. Dist. Ct., Denver). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading arising out of the telecommunications company's earnings restatement. We obtained a $25 million settlement on the company's behalf.

- *Pfeiffer v. Toll*, No. 4140-VCL (Del. Ch.). Primary counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading arising out of missed earnings projections. We recovered a $16.25 million settlement on the company's behalf and obtained a key legal ruling rejecting the argument that Delaware's leading insider trading precedent should be overruled. *Pfeiffer v. Toll*, 989 A.2d 683 (Del. Ch. 2010).

- *In re MacBook Keyb. Litig.*, No. 5:18-cv-02813 (N.D. Cal.). Member of the Executive Committee on behalf of a certified class of Apple customers with defective MacBook

keyboards. We obtained a $50 million settlement for over 15 million class computers.

- ***In re Altria Group, Inc. Derivative Litig.***, No. 3:20-cv-00772 (E.D. Va.). Co-counsel in shareholder derivative action alleging breaches of fiduciary duty in connection with Altria's acquisition of JUUL Labs. Plaintiffs obtained a settlement providing for a $117 million funding commitment by Altria for youth prevention programs, appointment of an independent monitor to oversee the spending, and corporate governance reforms.

- ***Public School Teachers' Pension and Retirement Fund of Chicago v. Gary Guthart, et al.***, Case No. CIV-526930 (San Mateo County Superior Court). Co-counsel in shareholder derivative action alleging breaches of fiduciary duty and insider trading against officers and directors. Plaintiff obtained a settlement including a return to the company of cash and options by certain officers and directors, and corporate governance reforms.

- ***In re Myriad Genetics, Inc. Stockholder Derivative Litigation***, No. 2021-0686-SG (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Myriad Genetics, Inc.'s officers and directors. Plaintiffs obtained a settlement providing for enhanced disclosure procedures and other corporate governance improvements across the company.

## CURRENT DATA PRIVACY LEADERSHIP POSITIONS

- ***In re Blue Shield of California Privacy Litigation***, No. 4:25-cv-03209-YGR (N.D. Cal.). Interim Co-Lead Class Counsel in privacy class action against Blue Shield of California for unauthorized disclosure of the protected health information of 4.7 million health insurance subscribers to Google.

- ***Cordell v. Patelco Credit Union***, No. 24CV082095 (Cal. Super. Ct. Alameda). Interim Co-Lead Counsel in data breach and ransomware attack involving private information of over 1 million Patelco credit union members.

- ***In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation***, No. 24-MD-3096 (E.D.N.Y.). Additional Class Counsel for Bon Secours Mercy Health, Inc. plaintiffs in data breach class action concerning breach of 13.3 million confidential patient' health records.

- ***Scott v. Healthcare Management Solutions et al.***, No. 1:25-cv-00012 (N.D. W. Va.). Lead Counsel in data breach and ransomware attack involving financial and medical records of 254,000 Medicare beneficiaries.

- ***In re Community Clinic of Maui Data Breach Litigation***, No. 1:24-cv-00431 (D. Haw.). Interim Co-Lead Class Counsel in data breach involving private health records of 123,000 patients of health-care provider.

- *Hunt v. Charleston Area Medical Center*, Case No. 2:25-cv-00113 (S.D.W.V.). Interim Co-Lead Class Counsel in data breach involving private health records of 67,000 patients of health-care provider.

- *Doe et al. v. GoodRx Holdings, Inc. et al.*, No. 3:23-cv-00501-AMO (N.D. Cal.). Liaison counsel in privacy class action against GoodRx, Criteo, Meta Platforms, and Google for the unauthorized use of over 20 million consumers' personal health information. Responsible for class certification, expert discovery, and third-party discovery.

- *In re PowerSchool Holdings, Inc. Customer Security Breach Litigation*, No. 25-md-3149-BEN-MSB (S.D. Cal.). Member of Plaintiffs' Steering Committee in data breach class action involving 62.4 million students and 9.5 million teachers.

- *In re LastPass Data Security Incident Litigation*, No. 22-cv-12047-PBS (D. Mass.), No. 22-cv- 12047 (D. Mass.). Member of the Executive Committee and Chair of Third-Party Discovery Committee in data breach class action involving the breach of 33 million users' password vaults.

- *Hasson v. Comcast Cable Communications, LLC*, No. 2:23-05039-JMY (E.D. Pa.). Member of Executive Committee in data breach class action concerning 36 million customer account records.

- *Skurauskis et al. v. NationsBenefits Holdings, LLC et al.*, No. 23-CV-60830-RAR (S.D. Fla.). Member of the Executive Committee in data breach class action concerning 3 million health insurance subscribers' personal and health records.

- *In re HealthEC LLC Data Breach Litigation*, No. 2:24-cv-00026-JKS-ESK (D.N.J.) Member of Plaintiffs' Steering Committee in data breach class action involving 4.5 million patients' health records.

- *In re AnnieMac Data Breach Litigation,* No. 1:24-cv-10678-RMB-MJS (D. N.J.). Member of Executive Committee in data breach class action concerning breach of customers' private information of mortgage-loan provider.

- *Fazenbaker et al. v. Community Health Care, Inc. dba/ CompleteCare Health Network*, No. CUM-L-000036-24. Member of the Executive Committee in data breach class action concerning breach of patients' personal and health records.

### Current Shareholder Derivative Leadership Positions

- *Fisher v. United States*, No. 13-CV-608-MMS (Fed. Cl.). Lead Counsel in shareholder derivative action on behalf of Fannie Mae alleging unconstitutional taking of private property against U.S. government based on net worth sweep of all profits.

- *In re Amgen Inc. Stockholder Derivative Litigation,* No. 2024-1063-JTL (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Amgen Inc.'s officers and directors in connection with transfer pricing strategy and related disclosure violations.

- *In re Rivian Automotive, Inc. Stockholder Derivative Litigation,* No. 2024-0127-MTZ (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Rivian Automotive, Inc.'s officers and directors in connection with vehicle production costs and disclosure violations.

- *In re Lucid Group, Inc. Stockholder Derivative Litigation,* No. 2024-0927-NAC (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Lucid Group, Inc.'s officers and directors in connection with vehicle production volume projections.

- *In re Verrica Pharmaceuticals Inc. Shareholder Derivative Litigation,* No. 24-cv-05561-MSG (E.D. Pa.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Verrica Pharmaceuticals Inc.'s officers and directors in connection with U.S. Food and Drug Administration drug approval statements.

- *In re The Chemours Company Stockholder Derivative Litigation,* No. 2025-0364-JTL (Del. Ch.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of The Chemours Company's officers and directors in connection with potential manipulation of accounting metrics.

- *In re Super Micro Computer, Inc. Shareholder Derivative Litigation,* No. 24CV452241 (Santa Clara Sup. Ct.). Co-Lead Counsel in shareholder derivative action alleging breaches of fiduciary duty against certain of Super Micro Computer, Inc.'s officers and directors in connection with an alleged accounting scandal.

- *In re Hawaiian Electric Industries, Inc. and Hawaiian Electric Company, Inc. State Court Derivative Litigation,* No. 1CCV-23-0001181 (Haw. 1st Cir.). Member of Executive Committee in shareholder derivative action alleging breaches of fiduciary duty against certain of Hawaiian Electric Industries, Inc.'s and Hawaiian Electric Company, Inc.'s officers and directors in connection with August 2023 Maui wildfires.

## Our Attorneys

**Robert C. Schubert** received a B.S. degree from the New York State School of Industrial and Labor Relations at Cornell University in 1966, where he graduated first in his class. He received his J.D. *cum laude* from Harvard Law School in 1969, after which he taught law at Columbia University and Golden Gate University. He has actively practiced law at both the trial and appellate levels. He specializes in complex litigation, particularly securities and antitrust class actions and shareholder derivative suits. He is a member of the state and federal bars of California, Massachusetts, and New York. Since 1971, he has also arbitrated numerous disputes

for the Federal Mediation and Conciliation Service. He is the author of several published articles and lectures on class actions at the University of California Hastings College of the Law. Mr. Schubert was selected to Super Lawyers from 2007-2009 and 2013-2023.

**Willem F. Jonckheer** received his B.A. degree from Colgate University in 1990. He received his J.D. degree in 1995 from the University of San Francisco School of Law, where he served as an article editor on the USF Maritime Law Journal and participated in the Philip C. Jessup International Law Moot Court Competition. Mr. Jonckheer was a law intern with the Pacific Stock Exchange, where he researched regulatory issues affecting national securities exchanges, and the U.S. Securities & Exchange Commission, where he worked on enforcement cases. Mr. Jonckheer was a member of the Board of Trustees of Live Oak School, an independent K-8 school in San Francisco, where he served as Chairman of the Audit Committee, and as a member of select committees on Head of School compensation and school bylaws. Mr. Jonckheer is a member of the Northern California Chapter of the Netherland-America Foundation, an organization dedicated to bilateral cultural exchange between the Netherlands and the United States. He was admitted to the State Bar of California in 1995.

**Dustin L. Schubert** received his B.A. from the University of California, Berkeley in 2003. He was awarded his J.D. degree in 2007 from Vanderbilt University Law School. Mr. Schubert was admitted to the State Bar of California in 2007. He previously interned with the San Francisco Superior Court for the Hon. A. James Robertson II and for Bay Area Legal Aid. Mr. Schubert was selected to Super Lawyers Rising Stars for 2017 and to Super Lawyers for 2021-2024.

**Amber L. Schubert** received her J.D. *cum laude* from the University of San Francisco School of Law in 2011, where she served as Editor-in-Chief of the USF Law Review. Ms. Schubert authored a comment titled *Replacement Justice on the U.S. Supreme Court: The Use of Temporary Justices to Resolve the Recusal Conundrum*, 46 U.S.F. L. Rev. 215 (2011), and was awarded Best Oral Argument in the Moot Court Program. Prior to law school, Ms. Schubert worked as the Online Editor for the Center for American Progress in Washington, DC and served as the Online Media Manager for the 2004 Democratic National Convention in Boston, MA. She has also served as part of the National Advance Staff for the Kerry-Edwards campaign and former Vice President Al Gore. She received her B.A. from the University of California, Berkeley in 2003.  Ms. Schubert was selected to Super Lawyers Rising Stars for 2021. She is also an active member of the LGBTQ community.

**Gregory T. Stuart** received his J.D. from the University of California at Davis School of Law in 2005. In 2002, Mr. Stuart was awarded a B.S. in Business Administration, *cum laude*, with a minor in Philosophy, from Humboldt State University. He participates in most aspects of the firm's practice but has over a decade of focused experience in document discovery, representing both producing and receiving parties during that time.

**Daniel L.M. Pulgram** received his J.D. cum laude from American University Washington College of Law in 2023. A lover of litigation, he was active in the highly competitive mock trial honor society at American and competed nationwide. Mr. Pulgram externed with the Honorable Chief District Judge Barbra M.G. Lynn in the Northern District of Texas and interned with the

Atlanta Legal Aid Society. He wants to use the law as a tool to hold the powerful accountable. Mr. Pulgram graduated from Kenyon College with a B.S. in Political Science in 2016.

**Sonum Dixit** received her J.D. cum laude from University of Arizona James E. Rogers College of Law in 2023, where she served as Senior Note Editor for Arizona Journal for Environmental Law and Policy and participated in the National Appellate Advocacy Competition moot court. She interned with Harvard Legal Aid Bureau and was a Peggy Browning Fellow at Rothner, Segall & Greenstone. Before joining the firm, Sonum clerked for the Hon. Jane B. Yohalem at the New Mexico Court of Appeals and Hon. Evan H. Nordby at the United States Department of Labor Office of Administrative Law Judges. She graduated from Amherst College with a B.A. in Neuroscience in 2013.