| | | |
|---|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>**230 Park Avenue**<br>**24th Floor**<br>**New York, NY 10169** | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>**135 Chestnut Ridge Road**<br>**Suite 200**<br>**Montvale, NJ 07645** | **CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**<br>**865 Howe Avenue**<br>**Sacramento, CA 95825** |

**+** Via ECF **+**

September 19, 2025

Hon. Edgardo Ramos
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

    Re:    *In re Coinbase Customer Data Security Breach Litigation*,
            Case No. 1:25-md-03153 (S.D.N.Y.)
            Re: Appointment of Co-Lead Counsel

Dear Judge Ramos:

      We write in furtherance of the Majority Plaintiffs' Application (ECF No. 14-1) to briefly respond to the Joint *Estrada* and Coinbase application and opposition filed on September 18, 2025. ECF No. 20 (the "Opposition"). Upon review of the Opposition, we continue to assert that we best satisfy all of the Rule 23(g) factors and that our application should be granted.

      In opposing our application, the Opposition ignores the fact that 18 of the 22 related cases support our firms and the proposed leadership structure. Contrary to the Opposition's claims, the Majority Plaintiffs have done substantial work to identify the potential claims and parties in the action. We have begun drafting a consolidated amended complaint, undertaken substantial investigative work that identified additional potential vendor defendants, identified and spoken with potential fact witnesses and begun the process of plaintiff vetting for the amended complaint. These efforts demonstrate our commitment to moving the case forward without delay and in the best interests of the putative class.

      Moreover, the Opposition fails to recognize that the Majority Plaintiffs possess far superior experience leading complex MDL class actions, both consumer and data breach, and reflects meaningful diversity. This ensures the litigation will be prosecuted efficiently, inclusively, and effectively. By contrast, Opposition counsel, apart from Ms. Wolfson, have no comparable MDL leadership or data breach experience, and cannot match the breadth and depth of our experience.

Notably, the Opposition ignores that it has made no efforts to work with other counsel and that we contacted and proposed to include them on the proposed Executive Committee. Counsel declined that invitation.

The Opposition proposes separate but "coordinated" tracks for Coinbase and TaskUs. That approach misses the central point: that there is one overarching class of Coinbase users. Indeed, the Opposition's proposed leadership and case structure will create unnecessary duplication, requiring two complaints to proceed simultaneously on behalf of a singular class and "coordinated" tracks for what is fundamentally one class is inefficient, duplicative, and risks inconsistent rulings. By contrast, the Majority Plaintiffs advocate for full consolidation which will promote judicial economy and serve the best interests of the class. To the extent *Estrada* counsel wish to take credit for naming TaskUs, they notably failed to name Coinbase in their pleadings yet now seek to represent a putative class of Coinbase customers.

Accordingly, we respectfully submit that the Majority Plaintiffs' application be granted, and the Opposition's application be denied. To the extent the Court finds additional briefing helpful, we can submit a short reply or address any issues at a hearing.

Respectfully submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue
24th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com


*/s/ Melissa R. Emert*
Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
Tel.: 201-391-7000
Fax: 201-307-1086
memert@kgglaw.com

        <u>*/s/ M. Anderson Berry*</u>
        M. Anderson Berry, Esq.
        **CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
        865 Howe Avenue
        Sacramento, CA 95825
        Tel.: 916-239-4778
        Fax: 916-924-1829
        aberry@justice4you.com

        *Proposed Interim Co-Lead Counsel for the Class*

cc: All Counsel of record in *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153, and *Estrada v. Task Us, Inc.*, 1:25-cv-4409