WILMERHALE

**VIA ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

November 6, 2025

Hon. Edgardo Ramos
United States District Court
   for the Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

     Re:     *In re Coinbase Customer Data Security Breach Litigation*, 25-md-3153

Dear Judge Ramos:

     Pursuant to Rules 1.A and 1.E of this Court's Individual Practices, we write on behalf of Coinbase to request (1) an adjournment of the December 8 deadline for its motion to compel arbitration, and (2) the scheduling of a status conference or hearing to address the competing motions to appoint interim lead class counsel (Dkts. 14, 20) and to determine a schedule for the filing of an operative complaint to which Coinbase can respond. Given the uncertainty as to who will serve as interim lead class counsel, Coinbase is not in a position to prepare and file its forthcoming motion to compel arbitration by the current December 8 deadline because it does not know which plaintiffs, which claims, and which operative complaint it is moving to compel arbitration on. This is Coinbase's first request for an adjournment or extension of this deadline. Counsel for plaintiffs all do not oppose this request.

     Coinbase continues to take no position concerning the competing lead-counsel proposals; it nonetheless has a strong interest in prompt resolution of the issue. At a minimum, it needs to know who the named plaintiffs are and what claims they assert, so it can draft its arbitration motion accordingly. Currently, however, both the identities of the plaintiffs and the claims they bring are uncertain. One of the competing slates of plaintiffs' attorneys has filed a consolidated amended complaint that covers their nineteen clients (*see* Dkt. 30), but whether that complaint is operative ultimately turns on whether that slate of attorneys is appointed to speak for the putative class at this point in the litigation. The consolidated amended complaint does not include the plaintiffs who are represented by the other slate of attorneys, so it is currently unclear whether those plaintiffs remain in the case and are proper subjects of the motion to compel arbitration.

     Accordingly, to promote the efficiency of these MDL proceedings, Coinbase respectfully requests that the Court adjourn the December 8 deadline for Coinbase's motion to compel arbitration sine die, and set a status conference or hearing at its earliest convenience regarding the competing lead-counsel applications so that an updated schedule may be determined, including for the filing of the operative master class action complaint and Coinbase's response to it.

Hon. Edgardo Ramos
November 6, 2025
Page 2

WILMERHALE

Respectfully submitted,


*/s/ Alan Schoenfeld*
Alan Schoenfeld