**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Coinbase Customer Data Security Breach Litigation | Case No. 1:25-md-03153 |

**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING DEADLINES**
**FOR CASE SCHEDULE**

WHEREAS the United States Judicial Panel on Multidistrict Litigation (JPML) has centralized 20 separate actions against Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") for coordinated or consolidated pretrial proceedings before this Court (the "MDL").

WHEREAS, on December 5, 2025, this Court appointed Greenbaum Olbrantz LLP, Freedman Normand Friedland LLP, and Ahdoot & Wolfson PC as interim co-lead counsel in the MDL ("Interim Class Counsel").

WHEREAS, counsel for Coinbase, TaskUs, Inc. and Interim Class Counsel have conferred and agree to the following schedule for further proceedings in the MDL:

- Plaintiffs shall file a consolidated complaint on or before January 15, 2026;

- Coinbase shall file any responsive pleading, including its Motion to Compel Arbitration, on or before February 24, 2026;

- Plaintiffs shall file its opposition to any such motion or before March 26, 2026;

- Coinbase shall file any reply in further support of any such motion on or before April 9, 2026.

**IT IS SO STIPULATED**

Dated: December 18, 2025

/s/ *Alan E. Schoenfeld*
Sonal N. Mehta (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
sonal.mehta@wilmerhale.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

/s/ *Michael Rayfield*
Michael Rayfield
SHOOK, HARDY & BACON LLP
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Telephone: (212) 779-6110
mrayfield@shb.com

Matthew C. Wolfe *(pro hac vice)*
Maveric Ray Searle *(pro hac vice)*
Andrew L. Franklin (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
mwolfe@shb.com
msearle@shb.com
afranklin@shb.com

*Counsel for TaskUs, Inc.*

/s/ *Carter E. Greenbaum*
Carter E. Greenbaum
Casey Olbrantz
**GREENBAUM OLBRANTZ LLP**
255 5th Avenue, Suite C221
New York, New York 10019
Tel: 212-732-6837
Email: carter@greenbaumolbrantz.com
Email: casey@greenbaumolbrantz.com

Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
Email: twolfson@ahdootwolfson.com

Devin ("Vel") Freedman
Niraj Thakker (pro hac vice)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Ave, Suite 1240
Miami, FL 33131
Tel: 788-924-2900
Email: Vel@fnf.law

Edward Normand
Joseph Delich
Jordana Haviv
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th St., Suite 915
New York, NY 10017
Tel: 646-494-2900
Email: tnormand@fnf.law
Email: jdelich@fnf.law
Email : jhaviv@fnf.law

*Interim Class Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re Coinbase Customer Data Security
Breach Litigation

Case No. 1:25-md-03153

**[PROPOSED]** **ORDER SETTING DEADLINES FOR CASE SCHEDULE**

WHEREAS, the parties have submitted a stipulation regarding the case schedule in this

multidistrict litigation; and

WHEREAS, the Court has considered the parties' representations and agreements;

**IT IS HEREBY ORDERED THAT**

1. Plaintiffs shall file a consolidated complaint in this MDL on or before January 15, 2026;

2. Coinbase shall file any responsive pleading, including any motion to compel arbitration, on or before February 24, 2026;

3. Plaintiffs shall file its opposition to any such motion or before March 26, 2026;

4. Coinbase shall file any reply in further support of any such motion on or before April 9, 2026.

**IT IS SO ORDERED**

Dated: ___December 19___, 2025
       New York, New York

_____
**EDGARDO RAMOS, U.S.D.J.**