UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION | **ORDER** |
| | 25-md-3153 (ER) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

Ramos, D.J.:

The actions in this litigation, originally filed in multiple districts, were consolidated and transferred to this Court by the Judicial Panel on Multidistrict Litigation ("JPML") under the caption, "In re Coinbase Customer Data Security Breach Litigation," and docket number, 25-md-3153. Docs. 1, 3. On December 19, 2025, Coinbase filed a letter to inform the Court that the JPML ordered a tag-along case— *Lemon v. Coinbase Global, Inc., et al.*, No. 4:25-cv-04172 (D.S.D.)—be transferred to this Court. Doc. 64. This tag-along case is in the process of being docketed in this district. *Id*. On December 23, 2025, Plaintiffs filed a proposed case management order in response to Coinbase's December 19 letter. Doc. 66. The proposed order seeks to consolidate for pretrial purpose all the actions transferred to this Court by the JPML pursuant to its order of August 7, 2025, Doc. 1, and any future tag-along or related actions in this litigation. Doc. 66-1. The proposed order also addresses several additional matters regarding case administration. *Id*. Defendants are directed to respond to the proposed order by December 26, 2025.

SO ORDERED.

Dated:    December 23, 2025
            New York, New York

_____
Edgardo Ramos, U.S.D.J.