**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Coinbase Customer Data Security Breach Litigation<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:25-md-03153 |

**[PROPOSED] MDL Case Management Order No. 1**

1.      This order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation ("Panel") pursuant to its order of August 7, 2025 (ECF No. 1), and any tag-along or related actions filed in, transferred to, or removed to this Court subsequent to the issuance of this order..

2.      The actions subject to this order are consolidated for pretrial purposes. Any objections to such consolidation or other provision of this order must be raised at the next scheduling or case management conference following this order. Consolidation of these cases is without prejudice to the later determination of whether subclasses or separate litigation "tracks" shall be created.

3.      To facilitate the efficient consolidation of related cases that should be part of this MDL, all parties to this action shall notify the JPML of other potential related or "tag-along" actions of which they are aware or become aware. In addition, defendants shall file a Notice of Related Case in the Master Docket whenever a new case is filed in this Court that defendants believe should be consolidated into this action. Plaintiffs are also permitted to file Notices of Related Cases. Tag-along actions later filed in, removed to, or transferred to this Court, and related

cases directly filed in the Southern District of New York, will be consolidated with this action without the necessity of additional motion practice.

4.    An MDL master file and docket has been established under Docket 1:25-md-03153. All pleadings and other papers filed in these actions shall bear this docket number and the following caption:

In re: Coinbase Customer Data Security Breach Litigation

This Document Relates To:

[ALL ACTIONS] or [*Specify Action*]

5.    When a pleading or other paper relates to all actions covered by this order, the words "All Actions" shall appear immediately after or below the words "This Document Relates to:" in the caption.  Filings related to "All Actions" shall be made in the master docket. When a pleading or other paper relates to fewer than all of such actions, the separate caption and docket number assigned by the Clerk of this Court for each individual action to which the pleading relates shall appear immediately after or below the words "This Document Relates to:" in the caption. Filings related to fewer than "All Actions" shall be made in the master docket and each applicable individual action.

6.    This order shall be filed and docketed on the Master Docket and the docket of each of the individual cases consolidated under the Master Docket Number, at present and hereafter.

7.    All motions filed and docketed in any of the individual actions prior to their consolidation with this MDL shall be administratively terminated, without prejudice to refiling, if appropriate and at the appropriate time in the Master Docket.

8.      The Court hereby vacates all orders and deadlines entered by the transferor courts imposing dates for pleading or discovery, including defendants' obligations to answer or otherwise respond to initial complaints.

9.      For the avoidance of doubt, this order is not intended to modify any of the deadlines set in the Court's December 22, 2025, order. ECF No. 65.

**IT IS SO ORDERED**

Dated:  December 29  , 2025
            New York, New York

_____
**EDGARDO RAMOS, U.S.D.J.**