Docusign Envelope ID: 2760BC8C-2287-413E-85EA-E33E48FAECD1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Civil Action No. 1:25-md-03153-ER |

## DECLARATION OF JERRY NACOSTE
## IN SUPPORT OF COINBASE'S MOTION TO COMPEL ARBITRATION

I, Jerry Nacoste, declare as follows:

1. I submit this declaration in support of the Motion to Compel Arbitration and Stay Proceedings filed by Defendants Coinbase, Inc. and Coinbase Global, Inc. (collectively, "Coinbase").

2. This declaration is based on personal knowledge and follows reasonable investigation. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

3. I have been employed at Coinbase since August 2021. My current position is a Complaints Lead.

4. Coinbase is a digital currency exchange that provides an online platform where users can, among other things, purchase, sell, and transact in digital currencies such as bitcoin and ether.

5. As part of my job at Coinbase, I am familiar with Coinbase's business records and the process by which prospective users sign up for a Coinbase account.

1

6. To access and use Coinbase's platform, a prospective user must first create a Coinbase account. And to create a Coinbase account, all prospective users must affirmatively assent to the Coinbase User Agreement.

7. Periodically, Coinbase makes updates to the User Agreement's arbitration provision. Based on my review of user agreements dating back to 2014, my understanding is that all versions of the Coinbase User Agreements have included arbitration provisions.

8. The most recent update to the arbitration provision took place in April 2025, and this declaration refers to the User Agreement containing that updated arbitration provision as the "2025 User Agreement." A true and correct copy of the 2025 User Agreement is attached as **Exhibit A**.

9. In the regular course of its business, Coinbase maintains a log of various actions taken by users in connection with their Coinbase accounts (the "User Activity Log"). Entries in the User Activity Log are recorded automatically, at or near the time of the events that the entries record.

10. Whenever a prospective user creates a Coinbase account and accepts the User Agreement, that information is recorded in the User Activity Log.

11. I have reviewed Coinbase's User Activity Log for entries related to the Plaintiffs in this matter.

12. I am familiar with the User Agreement acceptance flow that existed at the time Plaintiffs created their Coinbase accounts and accepted the Coinbase User Agreement. When Plaintiffs created their Coinbase accounts, it was impossible for them to complete the account creation process and use Coinbase's services without first expressly indicating that they agreed to the User Agreement.

**Plaintiff Julian Okuyiga's and Plaintiff Michael Gonzalez's Assent to the 2022 User Agreement and 2025 User Agreement**

13. The User Activity Log shows that Plaintiff Julian Okuyiga created his Coinbase account and accepted the User Agreement on May 10, 2015, at 2:27 PM PDT. A true and correct copy of a screenshot of the User Activity Log showing that Mr. Okuyiga accepted the User Agreement on May 10, 2015 is attached as **Exhibit B**. A true and correct copy of the operative version of the User Agreement on May 10, 2015 is attached as **Exhibit C**.

14. The User Activity Log shows that Plaintiff Michael Gonzalez created his Coinbase account and accepted the User Agreement on June 7, 2017, at 7:52 PM PDT. A true and correct copy of a screenshot of the User Activity Log showing that Mr. Gonzalez accepted the User Agreement on June 7, 2017 is attached as **Exhibit D**. A true and correct copy of the operative version of the User Agreement on June 7, 2017 is attached as **Exhibit E**.

15. In January 2022, Coinbase updated the User Agreement (the "2022 User Agreement"). A true and correct copy of the 2022 User Agreement is attached as **Exhibit F**. As part of my job, I am familiar with email correspondence sent by Coinbase to its users regarding changes to the User Agreement. In the regular course of business, Coinbase maintains a record of these emails and other email communications sent to users in connection with their Coinbase accounts (the "Email Campaign Database"). As part of the 2022 update process, Coinbase emailed its existing users in January 2022 to notify them of the update and to advise them that they would be asked to accept the updated terms and conditions when logging into their Coinbase account. A true and correct copy of a screenshot of that email is attached as **Exhibit G**.

16. I am familiar with the User Agreement acceptance flow that applied at the time of the January 2022 User Agreement update. When existing users logged into their Coinbase accounts on or after February 3, 2022, they were routed to a landing page stating that Coinbase was

"updating [the] User Agreement" and instructing existing users to "Please review and accept your updated terms and conditions to continuing using your Coinbase account." The landing page presented a scroll-box containing the complete text of the 2022 User Agreement and at the bottom of the page was a large hyperlinked blue button labeled "Accept terms." Users could not continue using their Coinbase accounts until they affirmatively clicked the blue button to accept the terms.

17. The screenshot attached as **Exhibit H** is a true and correct copy of a screenshot of the 2022 User Agreement landing page as it appeared in 2022 for users who accessed their accounts using a web browser. The screenshot attached as **Exhibit I** is a true and correct copy of a screenshot of the 2022 User Agreement landing page as it appeared in 2022 for users who accessed their accounts using a mobile device.

18. Based on my review of Coinbase's records, Mr. Okuyiga and Mr. Gonzalez both affirmatively assented to the 2022 User Agreement by completing this process and affirmatively clicking the blue "Accept terms" button.

19. The User Activity Log shows that Mr. Gonzalez clicked the "Accept terms" button and confirmed assent to the 2022 User Agreement on February 6, 2022, at 6:04 PM PST. *See* **Exhibit D**.

20. The User Activity Log shows that Mr. Okuyiga clicked the "Accept terms" button and confirmed assent to the 2022 User Agreement on February 17, 2022, at 11:10 AM PST. *See* **Exhibit B**.

21. In its first section, the 2022 User Agreement includes a bolded and underlined sub-heading "**Amendment of these Terms**," followed by language stating:

> We may amend or modify this Agreement at any time by posting the revised agreement on the Coinbase Site and/or providing a copy to you (a '**Revised**

4

Docusign Envelope ID: 2760BC8C-2287-413E-85EA-E33E48FAECD1

**Agreement**'). The Revised Agreement shall be effective as of the time it is posted but will not apply retroactively. Your continued use of the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your account.

22. As noted above, Coinbase updated the User Agreement's arbitration provision in April 2025. *See* **Exhibit A**.

23. Based on my review of Coinbase's Email Campaign Database for entries related to Mr. Okuyiga and Mr. Gonzalez, I can confirm that Coinbase sent an email to each of them in April 2025 notifying them of the update to the User Agreement. A true and correct copy of a screenshot of this form update email is attached as **Exhibit J**. The email's subject line was "Updates to the Coinbase User Agreement and Arbitration Agreement," and the body of the email stated, "We are emailing you about an important upcoming update to the Coinbase User Agreement. This update will revise our Arbitration Agreement with you." The email also stated, "You can read the entire agreement here," with the words "entire agreement here" hyperlinked and in blue text. When users clicked that hyperlink, they were able to review the full text of the 2025 User Agreement.

24. The Email Campaign Database shows that this update email was delivered to Mr. Okuyiga on April 10, 2025. A true and correct copy of a screenshot from the Email Campaign Database confirming that the update email was delivered to Mr. Okuyiga on April 10, 2025 is attached as **Exhibit K**. This entry in the Email Campaign Database was recorded automatically via an internal software application at or near the time that the email was sent.

25. The Email Campaign Database shows that this update email was delivered to Mr. Gonzalez on April 11, 2025. A true and correct copy of a screenshot from the Email Campaign Database confirming that the update emails was delivered to Mr. Gonzalez on April 11, 2025 is

5

attached as **Exhibit L**. This entry in the Email Campaign Database was recorded automatically via an internal software application at or near the time that the email was sent.

26. After receiving the update email about the 2025 User Agreement in April 2025, both Mr. Okuyiga and Mr. Gonzalez have continued to use their Coinbase accounts. In the regular course of business, Coinbase maintains a record of the transaction history of each accountholder (the "Account Transaction History"). The entries in the Account Transaction History related to an accountholder's transactions (including, among other things, buying, selling, sending, receiving, or trading funds and cryptocurrency through the Coinbase platform) are recorded automatically via an internal software application at or near the time they occur.

27. I have reviewed the Account Transaction History for Mr. Okuyiga and have confirmed that he continued to use the Coinbase platform to engage in transactions (including, among other things, selling, receiving, and withdrawing funds and cryptocurrency) after receiving the April 2025 update email. Examples of his recent transactions include a sale and withdrawal on January 11, 2026.

28. I have reviewed the Account Transaction History for Mr. Gonzalez and have confirmed that he also continued to use the Coinbase platform to engage in transactions (including, among other things, selling, receiving, and withdrawing funds and cryptocurrency) after receiving the April 2025 update email. Examples of his recent transactions include withdrawals on October 6 and November 4, 2025.

**Plaintiff Susan Byrns's Assent to the 2025 User Agreement**

29. The User Activity Log shows that Plaintiff Susan Byrns created her Coinbase account and accepted the User Agreement on April 18, 2025.

Docusign Envelope ID: 2760BC8C-2287-413E-85EA-E33E48FAECD1

30. At the time Ms. Byrns created her Coinbase account, new users were, during the sign-up process, presented with a screen instructing them to click a checkbox stating, "I agree to the User Agreement." The words "User Agreement" appeared in blue, hyperlinked font.

31. In April 2025, when users clicked the hyperlinked "User Agreement" text, they were taken to a webpage that contained the full text of the User Agreement, including the text of both the 2022 arbitration provision and the 2025 arbitration provision. A true and correct copy of this version of the User Agreement is attached as **Exhibit M**. The 2022 arbitration provision was included in Appendix 5, and the 2025 arbitration provision was included in Appendix 6. At the top of the hyperlinked page, this version of the User Agreement stated in bold font, "Important notice to users who sign up on or after March 27, 2025: You agree to the Coinbase User Agreement set out below, and agree that the Arbitration Agreement in Appendix 6 and not Appendix 5 immediately applies to you."

32. New users, including Ms. Byrns, could not proceed with the sign-up process and finish creating their account without affirmatively clicking the checkbox stating, "I agree to the User Agreement."

33. The User Activity Log shows that Ms. Byrns clicked the checkbox and accepted the User Agreement on April 18, 2025, at 2:06 PM PDT. A true and correct copy of a screenshot of the User Activity Log showing that Ms. Byrns accepted the User Agreement on April 18, 2025 is attached as **Exhibit N**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 24, 2026 in Gilbert, Arizona.

Signed by:

*Jerry Nacoste*
2F4A07D135854F8...
**JERRY NACOSTE**