# Exhibit A

# Legal

## Coinbase User Agreements

### On this page

→ Individual User Agreement
→ Coinbase Business User Agreement

→ INDIVIDUAL USER AGREEMENT

Account Setup

Hosted Wallet and Custodial Services

Payment Services, Purchase & Sale Transactions, and Credit Transactions

Digital Asset Transfers

Data Protection and Security

General Obligations, Taxes, Designating a Fiduciary and Termination

Customer Feedback, Queries, Complaints, and Dispute Resolution

Liabilities & Indemnification

General Provisions

Appendix 1: Verification Procedures and Limits

Appendix 2: E-Sign Disclosure and Consent

Appendix 3: State License Disclosures

Appendix 4: Additional Services

Coinbase Card

USDC Rewards

### Not sure which one applies to you?

If you're using Coinbase as an individual — including buying, selling, or trading crypto for yourself — the Individual User Agreement applies. If you are an authorized representative of a company which is using Coinbase for commercial, business purposes your activities are subject to our Coinbase Business User Agreement. Still unsure? Read our quick guide to help you determine which agreement fits your situation. **Regardless of which agreement applies to you, you are bound to an arbitration agreement, jury trial waiver, and class action waiver. Please review the terms carefully and contact Coinbase Support if you have questions.**

## Individual User Agreement

*Last updated: May 15, 2025*

Welcome to Coinbase! This is a User Agreement between you (also referred to herein as "**User**," or "customer") and Coinbase, Inc. ("**Coinbase**," "we," "us," and "our"). This User Agreement ("**Agreement**" or "**User Agreement**") governs your use of the services provided by Coinbase described below and such other services that may be offered by Coinbase from time to time ("**Coinbase Services**" or "**Services**"). By signing up to use a Coinbase account or service through coinbase.com, Coinbase's APIs, the Coinbase mobile application, or any other Coinbase website (collectively the "**Coinbase Site**"), or by obtaining, holding or using a wrapped token issued by Coinbase, you agree that you have read, understand, and accept all of the terms and conditions contained in this Agreement including our Privacy Policy, Cookie Policy, Prohibited Use Policy and E-Sign Disclosure and Consent Policy in Appendix 2. You may have to agree to additional terms and conditions to use certain Additional Services (as defined below).

**Important Definitions:** As used throughout this Agreement, the following terms have the following meanings.

"**Digital Asset**" means any digital asset (including a virtual currency or virtual commodity) which is a digital representation of value based on (or built on top of) a cryptographic protocol of a computer network.

"**Supported Digital Asset**" means only those particular Digital Assets listed as available to trade or

custody in your Digital Asset Wallet (as defined below). Services and supported assets may vary by jurisdiction.

**Amendment of these Terms:** We may amend or modify this Agreement at any time by posting the revised agreement on the Coinbase Site and/or providing a copy to you (a "**Revised Agreement**"). The Revised Agreement shall be effective as of the time it is posted but will not apply retroactively. Your continued use of the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your account (as defined below).

**Dispute Resolution:** PLEASE BE AWARE THAT SECTION 7 (CUSTOMER FEEDBACK, QUERIES, COMPLAINTS, AND DISPUTE RESOLUTION) AND APPENDIX 5 OF THIS AGREEMENT,CONTAIN PROVISIONS GOVERNING HOW TO RESOLVE DISPUTES BETWEEN YOU AND COINBASE. AMONG OTHER THINGS, APPENDIX 5 INCLUDES AN AGREEMENT TO ARBITRATE WHICH REQUIRES, WITH LIMITED EXCEPTIONS, THAT ALL DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY BINDING AND FINAL ARBITRATION. APPENDIX 5 ALSO CONTAINS A CLASS ACTION AND JURY TRIAL WAIVER. PLEASE READ SECTION 7 AND APPENDIX 5 CAREFULLY.

**No Investment Advice or Brokerage:** For the avoidance of doubt, Coinbase does not provide investment, tax, or legal advice, and you are solely responsible for determining whether any investment, investment strategy or related transaction is appropriate for you based on your personal investment objectives, financial circumstances and risk tolerance. Coinbase may provide educational information about Supported Digital Assets, as well as Digital Assets not supported by Coinbase, in order to assist users in learning more about such Digital Assets. Information may include, but is not limited to, blog posts, articles, links to third-party content, news feeds, tutorials, and videos. The information provided on the Coinbase Site or any such third-party sites does not constitute investment advice, financial advice, trading advice, or any other sort of advice, and you should not treat any of the website's content as such. Coinbase does not recommend that any Digital Asset be bought, earned, sold, or held by you. Coinbase will not be held responsible for the decisions you make to buy, sell, or hold Digital Assets based on the information provided by Coinbase.

Coinbase does not broker trades on your behalf unless otherwise specified on a specific product. All Coinbase trades are executed automatically, based on the parameters of your order instructions and in accordance with posted trade execution procedures.

**Acknowledgement of Risk:** As with any asset, the value of Digital Assets can increase or decrease and there can be a substantial risk that you lose money buying, selling, holding, or investing in Digital Assets. You should consult your financial advisor, legal or tax professional regarding your specific situation and financial condition and carefully consider whether trading or holding Digital Assets is suitable for you.

**Coinbase is not registered with the U.S. Securities and Exchange Commission and does not offer securities services in the United States or to U.S. persons. You acknowledge that Digital Assets are not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation.**

# 1. Account Setup

**1.1. Eligibility.** To be eligible to use the Coinbase Services, you must be at least 18 years old, and reside in the United States. There are certain features which may or may not be available to you depending on your location and other criteria.

**1.2. Registration of Coinbase Account.** You must register for a Coinbase account to use the Coinbase Services (a "**Coinbase Account**" or "**your account**"). You will need to complete certain verification procedures before you are permitted to use the Coinbase Services. By registering or using a Coinbase Account you agree and represent that you have created your Coinbase Account and you will use your Coinbase Account only for yourself, and not on behalf of any third party, unless you have obtained prior written approval from Coinbase. You are fully responsible for all activity that occurs under your Coinbase Account. We may, in our sole discretion, refuse to open a Coinbase Account, suspend or terminate any Coinbase Account, suspend or terminate the sending of Digital Assets from your account, or suspend or terminate the trading of Digital Assets in your account. Please see Section 6 below for more information.

**1.3. Consent to Access, Processing and Storage of Your Personal Data &Identity Verification.** During registration for your Coinbase Account, or at any other time deemed necessary by Coinbase, you agree to provide us with the information we request for the purposes of identity verification, providing Coinbase Services to you, and the detection of money laundering, terrorist financing, fraud, or any other financial crimes and permit us to keep a record of such information. The information we request may include certain personal information, including, but not limited to, your name, address, telephone number, e-mail address, date of birth, taxpayer identification number, government identification, and information regarding your bank account (such as the name of the bank, the account type, routing number, and account number) and in some cases (where permitted by law), special categories of personal data, such as your biometric information. You consent to us accessing, processing and retaining any personal information you provide to us for the purpose of us providing Coinbase Services to you. This consent is not related to, and does not affect, any rights or obligations we or you have in accordance with data protection laws, privacy laws and regulations. You can withdraw your consent at any time by closing your account with us. However, we may retain and continue to process your

Staking Services

Advanced Trading

Coinbase One

Dapp Wallet, DEXes, and Decentralized Applications

Coinbase Verifications

cbBTC

Appendix 5: Dispute Resolution

**→ COINBASE BUSINESS USER AGREEMENT**

Account Setup

Hosted Wallet and Custodial Services

Payment Services, Purchase & Sale Transactions, and Credit Transactions

Digital Asset Transfers

Data Protection and Security

General Obligations, Taxes, Updating an Authorized Representative and Termination

Feedback, Queries, Complaints, and Dispute Resolution

Liabilities & Indemnification

General Provisions

Appendix 1: E-Sign Disclosure and Consent

Appendix 2: State License Disclosures

Appendix 3: Additional Services

USDC Rewards

Staking Services

Advanced Trading

personal information if we reasonably believe it is necessary in order to comply with laws or regulations. In providing us with this or any other information that may be required, you confirm that the information is accurate and authentic. You agree to keep us updated if any of the information you provide changes. **You authorize us to make inquiries, whether directly or through third parties, that we consider necessary to verify your identity or protect you and/or us against fraud or other financial crime, and to take action we reasonably deem necessary based on the results of such inquiries. When we carry out these inquiries, you acknowledge and agree that your personal information may be disclosed to credit reference and fraud prevention or financial crime agencies and that these agencies may respond to our inquiries in full. This is an identity check only and should have no adverse effect on your credit rating.** We reserve the right at all times to monitor, review, retain and/or disclose any information as necessary to satisfy any applicable law, regulation, sanctions programs, legal process or governmental request. Further, you authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to Coinbase or its service provider for as long as you have a Coinbase Account, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy and Cookie Policy for more information on how we process your personal data and the rights you have in respect of this.

**1.4. Access.** The Coinbase Services can be accessed directly using the Coinbase Site. Access to Coinbase Services may become degraded or unavailable during times of significant volatility or volume. This could result in significant support response time delays. Although we strive to provide you with excellent service, we do not represent that the Coinbase Site or other Coinbase Services will be available without interruption and we do not guarantee that any order will be executed, accepted, recorded, or remain open. Coinbase shall not be liable for any losses resulting from or arising out of delays in processing transactions, inability to execute transactions, or lack of timely response from Coinbase customer support. For example, if you are locked out of your Coinbase Account, it is possible that the value or price of the Digital Assets in your account might go down before your access is restored. Coinbase shall not be liable for any alleged losses that you suffer from a drop in Digital Asset values or prices.

# 2. Hosted Wallet and Custodial Services

**2.1. Hosted Wallet Services.** As part of your Coinbase Account, Coinbase will provide qualifying users: (i) hosted Digital Asset wallet(s), each of which is an account for holding Supported Digital Assets ("**Digital Asset Wallet**"), and (ii) a hosted US Dollars ("**USD**") wallet, which is an account for holding USD (a "**USD Wallet**"). You may also elect to use other products and services, such as the Coinbase vault ("**Coinbase Vault**"), or Coinbase Wallet (an unhosted wallet service); additional rules associated with such product(s) and services(s) may apply. Unless otherwise noted, all references to Digital Asset Wallet include Coinbase Vault.

**2.2. Hosted Digital Asset Wallet.** Your Digital Asset Wallet allows you to store, track, transfer, and manage your balances of Supported Digital Assets.We securely store Digital Asset private keys, which are used to process transactions, in a combination of online and offline storage. As a result of our security protocols, it may be necessary for us to retrieve private keys or related information from offline storage in order to facilitate Digital Asset Transfers (as defined below) in accordance with your instructions, and you acknowledge that this may delay the initiation or crediting of such Digital Asset Transfers.

**2.3. Supported Digital Assets.** Your Digital Asset Wallet is intended solely for proper use of Supported Digital Assets as designated on the Coinbase Site. *Under no circumstances should you attempt to use your Digital Asset Wallet to store, send, request, or receive any assets other than Supported Digital Assets. Coinbase assumes no responsibility in connection with any attempt to use your Digital Asset Wallet with Digital Assets that we do not support. You acknowledge and agree that Coinbase is not liable for any unsupported Digital Asset that is sent to a wallet associated with your Coinbase Account. Coinbase may in its sole discretion terminate support for any particular Digital Asset. If you do not sell or send such Digital Asset off platform before Coinbase terminates its support for such Digital Asset, then Coinbase may, in its discretion, remove such Digital Asset from your Digital Asset Wallet and credit your Digital Asset Wallet or USD Wallet the equivalent market value of a Supported Digital Asset or fiat currency minus transaction costs. If you have any questions about our current list of Supported Digital Assets, please visit* **https://help.coinbase.com**.

**2.4. Supplemental Protocols Excluded.** Unless otherwise specifically announced on the Coinbase Site or as set forth in this Agreement, Supported Digital Assets excludes all other protocols and/or functionality which supplement or interact with the Supported Digital Asset. This exclusion includes but is not limited to: metacoins, colored coins, side chains, or other derivative, enhanced, or forked protocols, tokens, or coins or other functionality, such as staking, protocol governance, and/or any smart contract functionality, which may supplement or interact with a Supported Digital Asset. Do not use your Coinbase Account to attempt to receive, request, send, store, or engage in any other type of transaction or functionality involving any such protocol as the Coinbase Site is not configured to detect, secure, or process these transactions and functionality. Any attempted transactions in such items will result in loss of the item. *You acknowledge and agree that other than as set forth in this Agreement supplemental protocols are excluded from Supported Digital Assets and that Coinbase has no liability for any losses related to supplemental protocols.*

**2.5. Fungibility of Certain Digital Assets.** You acknowledge and agree that Coinbase may hold Supported Digital Assets in your Digital Asset Wallets in a variety of different ways, including across multiple blockchain protocols, such as layer two networks, alternative layer one networks, or side chains. In connection with its holding of Supported Digital Assets in your Digital Asset Wallets, Coinbase may transfer such Digital Assets off of the primary blockchain protocol and hold such Digital Assets on shared blockchain addresses, controlled by Coinbase, on alternative blockchain protocols in forms compatible with such protocols. You agree that all forms of the same Digital Asset that are held and made available across multiple blockchain protocols may be treated as fungible and the equivalent of each other, without regard to (a) whether any form of such Digital Asset is wrapped or (b) the

of each other, without regard to (a) whether any form of such Digital Asset is wrapped or (b) the blockchain protocol on which any form of such Digital Asset is stored.

**2.6. Operation of Digital Asset Protocols.** Coinbase does not own or control the underlying software protocols which govern the operation of Digital Assets. Generally, the underlying protocols are open source, and anyone can use, copy, modify, and distribute them. We assume no responsibility for the operation of the underlying protocols and do not guarantee the functionality or security of network operations. In particular, the underlying protocols may be subject to sudden changes in operating rules (including "forks"). Any such operating changes may materially affect the availability, value, functionality, and/or the name of the Digital Assets in your Digital Asset Wallet or other wallet. Coinbase does not control the timing and features of these operating changes. It is your responsibility to make yourself aware of upcoming operating changes and you must carefully consider publicly available information and information that may be provided by Coinbase in determining whether to continue to use a Coinbase Account for the affected Digital Asset. In the event of any such operational change, Coinbase reserves the right to take such steps as may be necessary to protect the security and safety of assets held on the Coinbase Site, including without limitation, temporarily suspending operations for the involved Digital Asset(s); Coinbase will endeavor to provide you notice of its response to any material operating change; however, such changes are outside of Coinbase's control and may occur without notice to Coinbase. Coinbase's response to any operating change is subject to its sole discretion and may include deciding not to support any new Digital Asset, fork, or other actions. *You acknowledge and accept the risks of operating changes to Digital Asset protocols and agree that Coinbase is not responsible for such operating changes and not liable for any loss of value you may experience as a result of such changes in operating rules. You acknowledge and accept that Coinbase*

*has sole discretion to determine its response to any operating change and that we have no responsibility to assist you with unsupported currencies or protocols. You further acknowledge and accept that Coinbase has no responsibility to support new Digital Asset forks or operating changes for Digital Assets.*

**2.7. Digital Asset Custody and Title.** All Supported Digital Assets held in your Digital Asset Wallet are custodial assets held by Coinbase for your benefit, as described in further detail below.

**2.7.1. Ownership.** Title to Supported Digital Assets shall at all times remain with you and shall not transfer to Coinbase. All interests in Digital Assets we hold for Digital Asset Wallets are held for customers, are not property of Coinbase, and are not subject to claims of Coinbase's creditors. As owner of the Supported Digital Assets in your Digital Asset Wallet, you shall bear all risk of loss of such Supported Digital Assets. Coinbase shall have no liability for Supported Digital Asset fluctuations or loss. None of the Supported Digital Assets in your Digital Asset Wallet are the property of, or shall or may be loaned to, Coinbase; Coinbase does not represent or treat assets in User's Digital Assets as belonging to Coinbase. Coinbase may not grant a security interest in the Supported Digital Assets held in your Digital Asset Wallet. Except as required by law, or except as provided herein, Coinbase will not sell, transfer, loan, hypothecate, or otherwise alienate Supported Digital Assets in your Digital Asset Wallet unless instructed by you.

**2.7.2 Application of the Uniform Commercial Code.** All Supported Digital Assets credited to the Digital Asset Wallet will be treated as "financial assets" under Division 8 of the California Uniform Commercial Code ("**Division 8**"). Coinbase is a "securities intermediary" as used in Division 8 with respect to Supported Digital Assets, and your Digital Asset Wallet is a "securities account" as used in Division 8. As stated in Division 8, "the characterization of a person, business, or transaction for purposes of this division does not determine the characterization of the person, business, or transaction for purposes of any other law, regulation, or rule," including the United States Commodity Exchange Act and any federal, state, or foreign securities law or regulation. Coinbase will comply with your instructions with respect to your Supported Digital Assets, subject to the terms of this User Agreement.

**2.7.3. Control and Customer Instructions.** You control the Digital Assets held in your Digital Asset Wallet. At any time, subject to outages, downtime, protocol requirements, time to conduct blockchain operations to fulfill your request, and other applicable policies, you may withdraw your Supported Digital Assets by instructing Coinbase to debit the applicable Supported Digital Asset from your Digital Asset Wallet and transfer the Digital Assets to a different blockchain address. As long as you continue to hold Supported Digital Assets with Coinbase, Coinbase shall retain control over electronic private keys associated with blockchain addresses operated by Coinbase, including the blockchain addresses used to hold the Supported Digital Assets credited to your Digital Asset Wallet.

**2.7.4. Omnibus Accounts.** In order to more securely and effectively custody assets**,** Coinbase may use shared blockchain addresses, controlled by Coinbase, to hold Supported Digital Assets for Digital Asset Wallets on behalf of customers and/or held on behalf of Coinbase. Although we maintain separate ledgers for users' Coinbase Accounts and Coinbase accounts held by Coinbase for its own benefit, Coinbase shall have no obligation to create a segregated blockchain address for your Supported Digital Assets.

**2.7.5. Governance and Voting.** For certain Digital Assets, the underlying protocols offer stakers the ability to vote on matters related to the governance of protocol-level issues. Coinbase may or may not support voting for such assets, and may cease supporting voting at any time in its discretion. Coinbase will comply with your instruction to vote your Supported Digital Assets to the extent Coinbase or its affiliate supports voting for such Supported Digital Assets. In certain cases, Coinbase may vote on your behalf where Coinbase or the applicable protocol does not support delegated voting; in those instances, Coinbase will vote with the protocol's recommendation.

**2.8. USD Wallet.** Your USD Wallet allows you to hold and transfer USD with your Coinbase Account as described in Section 3 below. To the extent your USD is held as cash, the balance of your USD Wallet is maintained in pooled custodial accounts at one or more financial institutions insured by the Federal Deposit Insurance Corporation ("FDIC") or the National Credit Union Share Insurance Fund ("NCUSIF"). Coinbase may also place your funds in liquid investments, which may include but are not limited to U.S. treasuries or U.S. government money market funds, in accordance with state money transmitter laws. Your funds may be held in any one of these manners. Our custodial cash accounts have been

Your funds may be held in any one of these manners. Our custodial cash accounts have been established in a manner to make available pass-through FDIC or NCUSIF insurance available up to the per-depositor coverage limit then in place (currently $250,000 per individual). Availability of pass-through insurance is contingent upon factors including Coinbase having correct information about you as a customer and maintaining accurate records, and on the determination by the relevant federal regulator as receiver, at the time of a receivership of a bank or credit union holding a custodial account. The current list of the insured depository institutions at which Coinbase may deposit customer funds is located here. Coinbase is not an FDIC-insured bank or NCUSIF-insured credit union. Coinbase owns the interest or other earnings on these investments. Coinbase will not use customer funds for its operating expenses or any other corporate purposes. You agree that Coinbase, acting in good faith and in the regular course of business, is the custodian of depository records for your cash held at financial institutions.

**2.9. Coinbase Vault.** You may elect to hold Supported Digital Assets in Coinbase Vault. Coinbase Vault allows you to create conditions around transfer of your Supported Digital Assets, which may include adding third-parties to approve withdrawals ("**Approvers**"). For the avoidance of doubt, title to Supported Digital Assets in the Coinbase Vault shall at all times remain with you, and Approvers shall have no ownership interest in such Supported Digital Assets.

**2.10. USDC Wallets.** You may elect to buy USD Coin ("**USDC**") from Coinbase, a Digital Asset issued by Circle Internet Financial ("**Circle**") and supported by Coinbase. You are the owner of the balance of your USDC Wallet. Coinbase is not the issuer of USDC, does not hold reserves for USDC, and has no obligation to repurchase your USDC for USD. You can redeem your USDC with Circle, and Coinbase may

also elect to repurchase your USDC in exchange for USD. You agree to be bound by the terms of the Circle USDC User Agreement (located at https://www.circle.com/legal/usdc-terms), which provides additional obligations, undertakings, and limitations with respect to USDC.

# 3. Payment Services, Purchase & Sale Transactions, and Credit Transactions

**3.1. USD Funds.** You can load funds into your USD Wallet from a valid bank account via ACH transfer or

wire transfer. Your USD balance is in a pending state and will not be credited to your USD Wallet until after the bank transfer has cleared, usually within five (5) business days. We may debit your linked bank account as soon as you initiate payment. The name on your linked bank account and your wire transfer must match the name verified on your Coinbase Account.

**3.2. Transactions on the Coinbase Site.** When you buy or sell Supported Digital Assets on the Coinbase Site (which, for clarity, does not include transactions with Third Party Services (as defined below)), you are not buying Supported Digital Assets from Coinbase or selling Supported Digital Assets to Coinbase. Coinbase acts as the agent, transacting on your behalf, to facilitate that purchase or sale between you and other Coinbase customers. You can purchase Supported Digital Assets on the Coinbase Site using: (i) funds in your USD Wallet; (ii) Supported Digital Assets held in certain Digital Asset Wallets, as permitted by Coinbase; (iii) a valid bank account in the name that matches the name on your Coinbase Account; (iv) a debit or credit card that matches the name on your Coinbase Account; (v) Google Pay; (vi) Apple Pay; (vii) PayPal; or (viii) a Coinbase gift card (each a "**Valid Payment Method**"). Your purchase must follow the relevant instructions on the Coinbase Site. Coinbase reserves the right to cancel any transaction not confirmed by you within five (5) seconds after Coinbase quotes a transaction price. A purchase of Supported Digital Assets using a Valid Payment Method generally will initiate on the business day we receive your instructions. Purchased Supported Digital Assets will usually be deposited in your Digital Asset Wallet instantly and can be exchanged for other Digital Assets. You will be able to sell or send Purchased Digital Assets as soon as funds have settled to Coinbase, which in the case of a bank account or credit or debit card usually takes up to five (5) business days. You can sell Supported Digital Assets and instruct Coinbase to deposit funds into your Coinbase USD Wallet or, where supported, a Digital Asset Wallet. Supported Digital Asset purchases and sales on the Coinbase Site are collectively referred to herein as "**Digital Asset Transactions**". If Coinbase cannot complete your Digital Asset Transaction for any reason (such as price movement, market latency, inability to find a counterparty for your transaction, or order size), Coinbase will reject the order and notify you of such rejection. You will not be charged for a rejected transaction.

**3.3. Fees.** In general, Coinbase makes money when you purchase or sell Supported Digital Assets on the Coinbase Site. A description of the way fees are calculated can be found on our Pricing and Fees Disclosures Page. By using Coinbase Services you agree to pay all fees and, if applicable based on the service, a spread. While Coinbase reserves the right to adjust its pricing and fees and any applicable waivers at any time, we may provide at least 30 days' prior notice of certain changes to our pricing schedule, or terms, conditions and policies to users in some states where required by applicable law. We will also notify you of the final price of each transaction, inclusive of pricing and fees, when you authorize the transaction and in each receipt we issue to you. We may charge network fees (miner fees) to process a Digital Asset Transaction on your behalf. We will calculate the network fee at our discretion, and notify you of the network fee at or before the time you authorize the Digital Asset Transaction. Bank fees charged to Coinbase are netted out of transfers to or from Coinbase. You are responsible for paying any additional fees charged by your financial service provider. We will not process a transfer if associated bank fees exceed the value of the transfer. You may be required to deposit additional USD to cover bank fees if you desire to complete such a transfer.

**3.4. Recurring Digital Asset Transactions.** If you initiate recurring Digital Asset Transactions, you authorize us to initiate recurring electronic payments in accordance with your selected Digital Asset Transaction and any corresponding payment accounts, such as recurring automated clearing house (ACH) debit or credit entries from or to your linked bank account. This authorization will remain in full force and effect until you change your recurring transaction settings at https://www.coinbase.com/transactions or otherwise on the Coinbase Site. Your recurring transactions

will occur in periodic installments, based on your period selection (e.g., daily, weekly, monthly), until either you or Coinbase cancels the recurring order. Recurring transactions scheduled for the 29th, 30th, or 31st day of a month will be processed the earlier of the date scheduled or on the last day of the applicable month. For example, recurring transactions scheduled for the 31st will be processed on the 30th in April, June, September, and November. Your recurring transaction will be executed within the 24-hour day on the transaction date. Transaction times may vary. If you select a U.S. Bank Account as your payment method for a recurring transaction, and such transaction falls on a weekend or holiday, or after bank business hours, the ACH credit or debit will be executed on the next business day, although the Digital Asset fees at the time of the regularly-scheduled transaction will apply. If your Bank is unable to process any electronic ACH debit entry, we will notify you of cancellation of the transaction and may use the remedies set forth in this User Agreement to recover any amount owed to Coinbase. You agree to notify Coinbase of any changes in your linked bank account information prior to a recurring transaction. Coinbase may, at any time, suspend or delay recurring transactions without notice or terminate recurring transactions by providing notice to you.

**3.5. Revocation.** When you give us instructions to purchase Supported Digital Assets, you cannot withdraw your consent to that purchase unless the purchase is not scheduled to occur until a future date e.g. you set up a recurring purchase of Supported Digital Assets (a "**Future Transaction**"). In the case of a Future Transaction, you may withdraw your consent up until the end of the business day before the date that the Future Transaction is scheduled to take place. To withdraw your consent to a Future Transaction, you must follow the instructions on the Coinbase Site.

**3.6. Unauthorized and Incorrect Transactions.** When a Digital Asset Transaction or USD transaction occurs using your credentials, we will assume that you authorized such transaction, unless you notify us otherwise. If you believe you did not authorize a transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible via our help page at https://help.coinbase.com or by phone at (888) 908-7930 (international call charges may apply). It is important that you regularly check your USD Wallet, Digital Asset Wallet, and any other wallets accessible through the Coinbase Site and your transaction history to ensure you notify us as soon as possible of any unauthorized or incorrect transactions. Reporting an unauthorized transaction does not guarantee Coinbase will be able to reverse the transaction or reimburse you for the transaction.

**3.7. Account Information.** You will be able to see your USD Wallet and Digital Asset Wallet balances using the Coinbase Site. You can also see your transaction history using the Coinbase Site, including (i)

the amount (and currency) of each Digital Asset Transaction; (ii) a reference to the identity of the payer and/or payee (as appropriate); (iii) any fees charged (excluding any spread, or margin, over the prevailing market rate on Coinbase's trading platform); (iv) if applicable, the rate of exchange, and the amount (in the new currency) after exchange (where you are the payer) or the amount (in the original currency) before the exchange (where you are the payee); and (v) the date of each Digital Asset Transaction.

**3.8. Reversals & Cancellations.** You cannot cancel, reverse, or change any transaction marked as complete or pending. If your payment is not successful, if your payment method has insufficient funds, or if you reverse a payment made from funds in your bank account, you authorize Coinbase, in its sole discretion, either to cancel the transaction or to debit your other payment methods, including your USD Wallet or Digital Asset Wallet balances or other linked accounts, in any amount necessary to complete the transaction. You are responsible for maintaining an adequate balance and/or sufficient credit limits in order to avoid overdraft, non-sufficient funds (NSF), or similar fees charged by your payment provider. We reserve the right to refuse to process, or to cancel, correct, clawback, or reverse, any Digital Asset Transaction or Transfers in our sole discretion, even after funds have been debited from your account(s), in response to a subpoena, court order, or other government order; or if we suspect the transaction may: involve money laundering, terrorist financing, fraud, or any other type of financial crime; be erroneous; or relate to a Prohibited Use or a Prohibited Business as set forth in the Prohibited Use Policy. In such instances, Coinbase will reverse the transaction and we are under no obligation to reinstate a purchase or sale order at the same price or on the same terms as the canceled transaction.

**3.9. Payment Services Partners.** Coinbase may use a third party payment processor to process any US Dollar payment between you and Coinbase, including but not limited to payments in relation to your use of the Digital Asset Transactions or deposits or withdrawals from your USD Wallet or Coinbase Account.

# 4. Digital Asset Transfers

**4.1. In General.** Your Digital Asset Wallet enables you to send Supported Digital Assets to, and request, receive, and store Supported Digital Assets from, third parties by giving instructions through the Coinbase Site. Your transfer of Supported Digital Assets between your other Digital Asset wallets

(including wallets off the "Coinbase Site) and to and from third parties is a "**Digital Asset Transfer**". We recommend customers send a small amount of Supported Digital Assets as a test before sending a significant amount of Supported Digital Assets.

**4.2. Pending Transactions.** Once a Digital Asset Transfer is submitted to a Digital Asset network, the transaction will be unconfirmed and remain in a pending state for a period of time sufficient to allow confirmation of the transaction by the Digital Asset network. A Digital Asset Transfer is not complete while it is in a pending state. Pending Digital Asset Transfers that are initiated from a Coinbase Account will reflect a pending transaction status and are not available to you for use on the Coinbase Site or otherwise while the transaction is pending.

**4.3. Inbound Digital Asset Transfers.** When you or a third party sends Digital Assets to a Coinbase Wallet from an external wallet not hosted on Coinbase ("**Inbound Transfers**"), the person initiating the transaction is solely responsible for executing the transaction properly, which includes ensuring that the Digital Asset being sent is a Supported Digital Asset that conforms to the particular wallet address to which funds are directed, including any required Destination Tag/Memo. **By initiating an Inbound**

Transfer, you attest that you are transacting in a Supported Digital Asset that conforms to the particular wallet address to which funds are directed. For example:

- If you select an Ethereum wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Ethereum alone, and not any other Digital Asset such as Bitcoin or Ethereum Classic.

- If you select a Bitcoin wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Bitcoin alone, and not any other Digital Asset such as Bitcoin Cash or Ethereum.

**Coinbase incurs no obligation whatsoever with regard to unsupported Digital Assets sent to a Coinbase Account or with regard to Supported Digital Assets sent to an incompatible Digital Asset wallet address. If you send unsupported Digital Assets to a Coinbase Account or Supported Digital Assets to an incompatible Digital Asset wallet address, then you will lose those Digital Assets.** For some lost Digital Assets, Coinbase may in its sole discretion offer you the option to attempt a recovery. We may charge fees to process the recovery attempt on your behalf. We will calculate all fees at our discretion, and notify you of the applicable fees at or before the time you authorize the recovery attempt. For more information, see our Pricing and Fees Disclosures Page. The actual amount recovered may differ from the estimated recovery amount. Coinbase does not evaluate the authenticity, safety, or security of unsupported Digital Assets. You acknowledge and agree that Coinbase is not liable for any loss incurred during the recovery attempt or subsequent use of the recovered Digital Asset.

Coinbase may from time to time determine types of Digital Assets that will be supported or cease to be supported. You acknowledge and agree that you may be required to pay network or miner's fees in order for an Inbound Transfer transaction to be successful. Insufficient network fees may cause an Inbound Transfer to remain in a pending state on a decentralized network outside of Coinbase's control, and we are not responsible for delays or loss incurred as a result of an error in the initiation of the transaction and cannot reverse such transactions.

**4.4. Outbound Digital Asset Transfers.** When you send Supported Digital Assets from your Coinbase Account to an external wallet ("**Outbound Transfers**"), such transfers are executed at your instruction by Coinbase. You should verify all transaction information prior to submitting instructions to us. Coinbase shall bear no liability or responsibility in the event you enter an incorrect blockchain destination address, incorrect Destination Tag/Memo, or if you send your Supported Digital Assets to an incompatible wallet. We do not guarantee the identity or value received by a recipient of an Outbound Transfer. Digital Asset Transfers cannot be reversed once they have been broadcast to the relevant Digital Asset network, although they may be in a pending state, and designated accordingly, while the transaction is processed by network operators. Coinbase does not control the Digital Asset network and makes no guarantees that a Digital Asset Transfer will be confirmed by the network. We may cancel or refuse to process any pending Outbound Digital Asset Transfers as required by law or any court or other authority to which Coinbase is subject in any jurisdiction. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**4.5. Transfers to a Recipient Email Address.** Coinbase allows you to initiate a Digital Asset Transfer to a Coinbase customer by designating that customer's email address. If you initiate a Digital Asset Transfer to an email address, and the recipient does not have an existing Coinbase Account, we will invite the recipient to open a Coinbase Account. If the recipient does not open a Coinbase Account within thirty (30) days, we will return the relevant Supported Digital Asset to your Digital Asset Wallet.

**4.6. Debts.** In the event that there are outstanding amounts owed to us hereunder, including in your Coinbase Account, Coinbase reserves the right to debit your Coinbase Account accordingly and/or to withhold amounts from funds you may transfer between your Coinbase Accounts.

# 5. Data Protection and Security

**5.1. Personal Data.** You acknowledge that we may process personal data in relation to you (if you are an individual), and personal data that you have provided or in the future provide to us in relation to your employees and other associated individuals, in connection with this Agreement, or the Coinbase Services. Accordingly, you represent and warrant that: (i) your disclosure to us of any personal data relating to individuals other than yourself was or will be made in accordance with all applicable data protection and data privacy laws, and such data are accurate, up to date and relevant when disclosed; (ii) before providing any such personal data to us, you have read and understood our Privacy Policy, and, in the case of personal data relating to an individual other than yourself, have (or will at the time of disclosure have) provided a copy of that Privacy Policy (as amended from time to time), to that individual; and (iii) if from time to time we provide you with a replacement version of the Privacy Policy, you will promptly read that notice and provide a copy to any individual whose personal data you have provided to us.

**5.2. Security Breach.** If you suspect that your Coinbase Account or any of your security details have been compromised or if you become aware of any fraud or attempted fraud or any other security incident (including a cyber-security attack) affecting you and/or Coinbase (collectively a "**Security Breach**"), you must notify Coinbase Support immediately at https://help.coinbase.com or (888) 908-7930 and provide accurate and up to date information throughout the duration of the Security Breach. You must take any steps that we reasonably require to reduce or manage any Security Breach. Prompt reporting of a Security Breach does not guarantee that Coinbase will reimburse you for any losses suffered or be liable to you for any losses suffered as a result of the Security Breach.

**5.3. Computer Viruses.** We shall not bear any liability, whatsoever, for any damage or interruptions caused by any computer viruses or other malicious code that may affect your computer or other equipment, or any phishing, spoofing or other attack. We advise the regular use of a reputable and readily available virus screening and prevention software. You should also be aware that SMS and email services are vulnerable to spoofing and phishing attacks and should use care in reviewing messages purporting to originate from Coinbase. Always log into your Coinbase Account(s) through the Coinbase Site to review any transactions or required actions if you have any uncertainty regarding the authenticity of any communication or notice.

# 6. General Obligations, Taxes, Designating a Fiduciary and Termination

**6.1. Limited License.** All content included in or made available through the Coinbase Services, Coinbase Site or any related content, materials and information such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software (collectively, the "**Content**") is the property of Coinbase or its affiliates or its content providers and protected by United States and international copyright laws. We grant you a limited, nonexclusive, nontransferable license, subject to the terms of this Agreement, to access and use the Coinbase Services, Coinbase Site, and Content solely for purposes approved by Coinbase from time to time. Any other use of the Coinbase Services,

Coinbase Site or Content is expressly prohibited and all other right, title, and interest in the Coinbase Services, Coinbase Site or Content is exclusively the property of Coinbase and its licensors. You agree you will not copy, transmit, distribute, sell, license, reverse engineer, modify, publish, or participate in the transfer or sale of, create derivative works from, or in any other way exploit any of the Content, in whole or in part without the prior written consent of Coinbase."**Coinbase.com**", and the following non-exhaustive list, including COINBASE, COINBASE Logo, C Logo, COINBASE EXCHANGE, ROSETTA, COSTA, SKEW, TOSHI, COINBASE ONE, and BISON TRAILS; and without limitation, any graphics, logos, button icons, and service names included in or made available through any Content, and all logos related to the Coinbase Services or displayed on the Coinbase Site are either trademarks or trade dress of Coinbase or its licensors in the United States and other countries. You may not copy, imitate or use them without Coinbase's prior written consent for any purpose, including without limitation, in: connection with any product or service that is not authorized by Coinbase; any manner that is likely to cause confusion among customers; or a way that disparages or discredits Coinbase.

**6.2. Website Accuracy.** Although we intend to provide accurate and timely information on the Coinbase Site, the Coinbase Site (including, without limitation, the Content) may not always be entirely accurate, complete or current and may also include technical inaccuracies or typographical errors. In an effort to continue to provide you with as complete and accurate information as possible, information may be changed or updated from time to time without notice, including without limitation information regarding our policies, products and services. Accordingly, you should verify all information before relying on it, and all decisions based on information contained on the Coinbase Site are your sole responsibility and we shall have no liability for such decisions. Information provided by third parties, including historical price and supply data for Digital Assets, is for informational purposes only and Coinbase makes no representations or warranties to its accuracy. Links to third-party materials (including without limitation websites) may be provided as a convenience but are not controlled by us. You acknowledge and agree that we are not responsible for any aspect of the information, content, or services contained in any third-party materials or on any third-party sites accessible or linked to the Coinbase Site.

**6.3. Third-Party Applications.** If, to the extent permitted by Coinbase from time to time, you grant express permission to a third party to access or connect to your Coinbase Account(s), either through the third party's product or service or through the Coinbase Site, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. You are fully responsible for all acts or omissions of any third party with access to your Coinbase Account(s). Further, you acknowledge and agree that you will not hold Coinbase responsible for, and will indemnify Coinbase from, any liability arising out of or related to any act or omission of any third party with access to your Coinbase Account(s). You may change or remove permissions granted by you to third parties with respect to your Coinbase Account(s) at any time through the tabs on the Account Settings page on the Coinbase Site.

**6.4. Your Content.** Some Coinbase Services let you share your own content (for example text, images, video, graphics, audio or other materials, "**Your Content**"). Before sharing Your Content through the Services, you promise and attest that you own and control all of the intellectual property rights to Your Content (or that you have the necessary license rights to the content) and that Your Content is lawful. We reserve the right to remove Your Content at our discretion, without notice and without liability. You agree that all of Your Content posted on our Services must comply with all policies applicable to your use of Coinbase Services, features or products, including our Content Policy. If Your Content violates our policies, we may remove it without notice. When you share Your Content on our Services, you may be asked to make disclosures, or label or categorize Your Content; failing to do so accurately may result in Your Content being removed. We also reserve the right to label or categorize Your Content and allow other users to label or categorize Your Content. How Your Content is labeled or categorized may affect how it is displayed by our Services.

**6.4.1. License to use Your Content.** When you share Your Content through the Services, you retain your intellectual property rights in Your Content and you provide us with the following license to use Your Content: by using our Services you grant us a worldwide, non-exclusive, royalty-free, sublicensable, perpetual, and transferable license to host, publish, display, perform, reproduce, copy, distribute, communicate, modify, reformat, translate, or otherwise use Your Content (including your text, images, video, graphics, audio, files, communications, and any other content you provide) to operate, improve, develop, and promote our Services. If you see content on Coinbase NFT that you believe violates your intellectual property rights, you agree to submit a notice of claimed intellectual property infringement

using the procedures described on our Content Removals page. We comply with the Digital Millennium Copyright Act ("**DMCA**") and we will respond to a properly submitted notification of claimed copyright infringement in accordance with our DMCA procedures. Note that repeat infringers may have their Coinbase Account disabled.

**6.5. Transaction Limits.** The use of all Coinbase Services may be subject to a limit on the amount of volume, stated in U.S. Dollar terms, you may transact or transfer in a given period (e.g., daily). To view your limits, login to your Coinbase Account(s) and visit https://www.coinbase.com/settings/account-levels. Your transaction limits may vary depending on your payment method, verification steps you have completed, and other factors. If you wish to raise your limits beyond the posted amounts, you may submit a request at https://help.coinbase.com. Coinbase reserves the right to change applicable limits, and to refuse to raise your limits, as we deem necessary in our sole discretion.

**6.6. Unclaimed Property.** If Coinbase is holding funds (whether fiat currency or Supported Digital Assets) in your account, and has no record of you accessing the Services for several years and is unable to contact you, applicable law may require Coinbase to deliver any such funds to the applicable state or jurisdiction as unclaimed property.

**6.7. Password Security; Contact Information.** You are responsible for creating a strong password and maintaining security and control of any and all electronic devices, IDs, email addresses, passwords, hints, personal identification numbers (PINs), API keys or any other codes that you use to access the Coinbase Services. In addition, you may choose to nominate two or more trusted contacts ("**Trusted**

**Contacts**") to verify your identity when you take certain actions on your account, such as account recovery. You are responsible for ensuring that any Trusted Contacts you appoint are individuals that you know personally and trust, that you are able to contact them if and when you need to take certain actions, and that you keep your designated Trusted Contacts up to date. Any loss or compromise of the foregoing information, your personal information, and/or actions taken by your Trusted Contacts may result in unauthorized access to your Coinbase Account by third-parties and the loss or theft of any Digital Assets and/or funds held in your Coinbase Account and any associated accounts, including your linked bank account(s) and credit card(s). You are responsible for keeping your email address and telephone number up to date in your Account Profile in order to receive any notices or alerts that we may send you. **You should never allow remote access or share your computer and/or computer screen with someone else when you are logged on to your Coinbase Account. Coinbase will never under any circumstances ask you or your Trusted Contacts for your passwords, 2-factor authentication codes, or to screen share or otherwise seek to access your computer or account. Coinbase is not liable for any loss that you may sustain due to the compromise of your account login credentials (including passwordless credentials such as Passkeys and any other means of authentication) or resulting from your use of the Trusted Contacts feature. Coinbase is also not liable for your failure to follow or act on any notices or alerts that we may send to you.** In the event you believe your Coinbase Account information has been compromised, contact Coinbase Support immediately at https://help.coinbase.com or (888) 908-7930.

**6.8. Taxes.** The tax treatment of Digital Asset transactions is uncertain, and it is your responsibility to determine what taxes, if any, arise from transactions using Coinbase Services under this Agreement. Users are solely responsible for reporting and paying any applicable taxes arising from transactions using Coinbase Services, and acknowledge that Coinbase does not provide investment, legal, or tax advice governing these transactions. You understand that Coinbase shall report information with respect to your transactions, payments, transfers, or distributions made by or to you with respect to your activities using Coinbase Services to a tax or governmental authority to the extent such reporting is required by applicable law. Coinbase also shall withhold taxes applicable to your transactions or to payments or distributions made or deemed made to you to the extent such withholding is required by applicable law. From time to time, Coinbase shall ask you for tax documentation or certification of your taxpayer status as required by applicable law, and any failure by you to comply with this request in the time frame identified may result in withholding and/or remission of taxes to a tax authority as required by applicable law. You should conduct your own due diligence and consult your own tax advisors before making any decisions with respect to Digital Asset transactions.

**6.9. Designating a Fiduciary.** For security reasons, if we receive legal documentation confirming your death or other information leading us to believe you have died, we will freeze your Coinbase Account and during this time, no transactions may be completed until: (i) your designated fiduciary has opened a new Coinbase Account, as further described below, and the entirety of your Coinbase Account has been transferred to such new account; or (ii) we have received proof in a form satisfactory to us that you have not died. If we have reason to believe you may have died but we do not have proof of your death in a form satisfactory to us, you authorize us to make inquiries, whether directly or through third parties, that we consider necessary to ascertain whether you have died. Upon receipt by us of proof satisfactory to us that you have died, your designated fiduciary will be required to open a new Coinbase Account in order to gain access to the contents of your Coinbase Account. If you have not designated a fiduciary, then we reserve the right to (i) treat as your fiduciary any person entitled to inherit your Coinbase Account, as determined by us upon receipt and review of the documentation we, in our sole discretion, deem necessary or appropriate, including (but not limited to) a will, a living trust or a small estate affidavit; or (ii) require an order designating a fiduciary from a court having competent jurisdiction over your estate. In the event we determine, in our sole discretion, that there is uncertainty regarding the validity of the fiduciary designation, we reserve the right to require an order resolving such issue from a court of competent jurisdiction before taking any action relating to your Coinbase Account.

**6.10. Suspension, Termination, and Cancellation.** Coinbase may suspend, restrict, or terminate your access to any or all of the Coinbase Services, and/or deactivate or cancel your Coinbase Account(s), with immediate effect for any reason at its sole discretion and is under no obligation to disclose the details of its decision to take such action with you. You acknowledge that Coinbase's decision to take certain actions, including limiting access to, suspending, or closing your account for any reason in our sole discretion, may be based on confidential criteria that are essential to Coinbase's risk management and security protocols. You agree that Coinbase is under no obligation to disclose the details of its risk management and security procedures to you.You will be permitted to transfer Supported Digital Assets

or funds associated with your hosted Digital Asset Wallet(s) and/or your USD Wallet(s) for ninety (90) days after Account deactivation or cancellation unless such transfer is otherwise prohibited (i) under applicable law, including but not limited to applicable sanctions programs; or (ii) by a facially valid subpoena or court order. You may close your Coinbase Account(s) at any time by visiting https://accounts.coinbase.com/profile/close. You will not be charged for closing your Coinbase Account(s), although you will be required to pay any outstanding amounts owed to Coinbase. You authorize us to cancel or suspend any pending transactions at the time of account closure. Coinbase may discontinue or change any product, service, or feature, in its sole discretion, at any time. You agree that we may transfer you to a product or service that is reasonably similar to the discontinued or changed product or service, to the extent such product or service exists. We will provide you with prior notice of material changes, discontinuation, or the transfer related to a product, service, or feature, to the extent required or applicable.

**6.11. Export Controls and Sanctions.** Your use of the Coinbase Services and the Site is subject to applicable law including but not limited to export restrictions, end-user restrictions, antiterrorism laws, and economic sanctions. By sending, receiving, buying, selling, trading, or storing Digital Assets through the Site or Coinbase Services, you agree that you will comply with all applicable laws. You are not permitted to acquire Digital Assets or use any of the Coinbase Services through the Site if doing so would violate applicable laws and regulations, including but not limited to those of the United Nations Security Council, the United States (including prohibiting dealings with sanctioned persons identified by the U.S. Department of the Treasury's Office of Foreign Assets Control Specially Designated Nationals and Blocked Persons ("SDN"), or other U.S. non-SDN restricted or prohibited parties lists, and

those prohibiting dealings with persons organized, resident, or located in comprehensively sanctioned jurisdictions), and/or any other applicable federal, state, municipal or local laws and regulations (each as amended from time to time).

**6.12 Consent to Receive Text Messages.** By opting in to receive text messages from Coinbase, you verify that the mobile number provided to Coinbase is true and accurate and that you are the current subscriber or owner of any telephone number that you provide. By voluntarily providing your telephone number(s) and opting in to receiving text messages from Coinbase, you expressly agree to receive recurring automated text messages (such as SMS, MMS, or successor protocols or technologies) from Coinbase and understand that consent is not required to make any purchase. Message and data rates may apply and the frequency of messages varies. Your consent to receive automated texts is completely voluntary. You may opt-out at any time by replying STOP or receive support by replying HELP to any mobile message from us. Coinbase, carriers and other service providers which support Coinbase in delivering text messages are not responsible for any delayed or undelivered text messages. You acknowledge and agree to accept a final text message confirming your opt-out. We may use different numbers for different messaging purposes, so texting STOP to one number will not effectuate a stop request for all text messaging programs to which you are subscribed. If you would like to stop messages from multiple numbers, text STOP to each number to which you would like to unsubscribe. You agree to indemnify, defend, and hold harmless Coinbase for any claims, losses, liability, costs and expenses (including reasonable attorneys' fees) arising from any privacy, tort or other claims, including claims under the Federal Telephone Consumer Protection Act or any state law equivalents, including claims relating to your voluntary provision of a telephone number that is not owned by you. You can contact us via our help page at https://help.coinbase.com or by phone at (888) 908-7930 (international call charges may apply). Opt-in consent for text messages is not shared with any third party, except telecommunication technology providers (e.g. aggregators and providers of text message services) as defined in our Privacy Policy.

# 7. Customer Feedback, Queries, Complaints, and Dispute Resolution

**7.1. Contact Coinbase.** If you have feedback, or general questions, contact us via our Customer Support webpage at https://help.coinbase.com. Coinbase requires that all legal documents (including civil subpoenas, complaints, and small claims) be served on our registered agent for service of process. Current contact information for our registered agent in each state can be found here.Please note that our registered agent will accept service only if the entity identified as the recipient of the document identically matches the name of the entity registered with the Secretary of State and for which our registered agent is authorized to accept service (Coinbase, Inc.). By accepting service of a legal document, Coinbase does not waive any objections we may have and may raise in response to such document.

**7.2. Formal Complaint Process.** If you have a complaint with Coinbase, you agree to first contact Coinbase through our support team to attempt to resolve any such dispute amicably. **If we cannot resolve the dispute through Coinbase Support, you agree to use the Formal Complaint Process set forth below before filing any arbitration claim or small claims action as described further in Appendix 5 below.** You must complete the Formal Complaint Process before filing any arbitration or small claims action. If you do not complete it, then you agree that your claim or action must be dismissed from arbitration or small claims court.

**7.2.1. Procedural Steps.** In the event that the dispute is not resolved through your contact with Coinbase Support, you agree to use our complaint form to describe your dispute, how you would like us to resolve the complaint, and any other relevant information. The complaint form can be found here or can be requested from Coinbase Customer Support. If you prefer to send a written complaint via mail, please include as much information as possible in describing your complaint and how you would like us to resolve the complaint, including your support case number and any other relevant information to Coinbase, Inc., 1350 Ave of the Americas, Fl 2 #1143, New York, NY 10019. We will acknowledge receipt of your complaint form after you submit it. A Coinbase customer relations agent will review and evaluate your complaint based on the information you have provided and information in the possession of Coinbase. The Formal Complaint Process is completed when Coinbase responds to your complaint or forty-five (45) business days after the date we receive your complaint, whichever occurs first.

**7.3. Arbitration.** You agree to be bound by the Arbitration Agreement in Appendix 5 to this Agreement.

# 8. Liabilities & Indemnification

**8.1. Release of Coinbase; Indemnification.** If you have a dispute with one or more users of the Coinbase Services, you release Coinbase, its affiliates and service providers, and each of their respective officers, directors, agents, joint venturers, employees and representatives from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. You agree to indemnify and hold Coinbase, its affiliates and service providers, and each of its or their respective officers, directors, agents, joint venturers, employees and representatives, harmless from any claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any regulatory authority) arising out of or related to your breach of this Agreement or your violation of any law, rule or regulation, or the rights of any third party.

**8.2. Limitation of Liability; No Warranty.** IN NO EVENT SHALL COINBASE, ITS AFFILIATES AND SERVICE PROVIDERS, OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES OR REPRESENTATIVES, BE LIABLE (I) FOR ANY AMOUNT GREATER THAN THE VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET AT THE TIME OF THE EVENT OR CIRCUMSTANCE GIVING RISE TO YOUR CLAIM OR (II) FOR ANY LOST PROFITS, LOSS OF GOODWILL OR REPUTATION, LOSS OF DATA, DIMINUTION IN VALUE OR BUSINESS OPPORTUNITY, ANY LOSS, DAMAGE, CORRUPTION OR BREACH OF DATA OR ANY OTHER INTANGIBLE PROPERTY OR ANY SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH ANY USE OF THE COINBASE SITE OR THE COINBASE SERVICES, OR THIS AGREEMENT, EVEN IF COINBASE HAS BEEN ADVISED OF OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE, EXCEPT TO THE EXTENT OF A FINAL JUDICIAL DETERMINATION THAT SUCH DAMAGES WERE A RESULT OF COINBASE'S GROSS NEGLIGENCE, FRAUD, WILLFUL MISCONDUCT OR INTENTIONAL VIOLATION OF LAW. THIS MEANS, BY WAY OF EXAMPLE ONLY (AND WITHOUT LIMITING THE SCOPE OF THE PRECEDING SENTENCE), THAT IF YOU CLAIM THAT COINBASE FAILED TO PROCESS A BUY OR SELL TRANSACTION PROPERLY, YOUR DAMAGES ARE LIMITED TO NO MORE THAN THE LESSER OF THE VALUE OF THE SUPPORTED DIGITAL ASSETS AT ISSUE IN THE TRANSACTION OR THE TOTAL VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET, AND THAT YOU MAY NOT RECOVER FOR LOST PROFITS, LOST BUSINESS OPPORTUNITIES, DIMINUTION IN VALUE OR OTHER TYPES OF SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES ARISING OUT OF OR RELATING TO DIGITAL ASSETS THAT ARE NOT SUPPORTED DIGITAL ASSETS. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

THE COINBASE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, COINBASE SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND/OR NON-INFRINGEMENT. COINBASE DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO THE COINBASE SITE, ANY PART OF THE COINBASE SERVICES, OR ANY OF THE MATERIALS CONTAINED THEREIN, WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY, OR ERROR-FREE. COINBASE DOES NOT GUARANTEE THAT ANY ORDER WILL BE EXECUTED, ACCEPTED, RECORDED OR REMAIN OPEN. EXCEPT FOR THE EXPRESS STATEMENTS SET FORTH IN THIS AGREEMENT, YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU HAVE NOT RELIED UPON ANY OTHER STATEMENT OR UNDERSTANDING, WHETHER WRITTEN OR ORAL, WITH RESPECT TO YOUR USE AND ACCESS OF THE COINBASE SERVICES AND COINBASE SITE. WITHOUT LIMITING THE FOREGOING, YOU HEREBY UNDERSTAND AND AGREE THAT COINBASE WILL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO: (I) ANY INACCURACY, DEFECT OR OMISSION OF DIGITAL ASSET PRICE DATA, OR ANY ERROR, DELAY OR INTERRUPTION IN THE TRANSMISSION OF SUCH DATA; (II) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING OUR WEBSITES, SOFTWARE, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES OR ANY WEBSITE OR SERVICE LINKED TO OUR WEBSITE; (III) GLITCHES, BUGS, ERRORS, OR INACCURACIES OF ANY KIND IN OUR WEBSITES, SOFTWARE, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES; OR (IV) A SUSPENSION OR OTHER ACTION TAKEN WITH RESPECT TO YOUR COINBASE ACCOUNT.

Coinbase will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but Coinbase makes no representations or warranties regarding the amount of time needed to complete processing which is dependent upon many factors outside of our control.

IF YOU ARE A NEW JERSEY RESIDENT, the provisions of this Section 8.2 are intended to apply only to the extent permitted under New Jersey law.

The foregoing limitations of damages, liability and no warranty provisions set forth above in this Section 8.2 are fundamental elements of the basis of the bargain between Coinbase and you.

# 9. General Provisions

**9.1. Entire Agreement.** This Agreement, the Privacy Policy, E-Sign Disclosure and Consent Policy, Prohibited Use Policy, and Appendices incorporated by reference herein comprise the entire understanding and agreement between you and Coinbase as to the subject matter hereof, and supersedes any and all prior discussions, agreements and understandings of any kind (including without limitation any prior versions of this Agreement) between you and Coinbase. Section headings

without limitation any prior versions of this Agreement), between you and Coinbase. Section headings in this Agreement are for convenience only and shall not govern the meaning or interpretation of any provision of this Agreement.

**9.2. Assignment.** We reserve the right to assign our rights without restriction, including without limitation to any Coinbase affiliates or subsidiaries, or to any successor in interest of any business associated with the Coinbase Services. In the event that Coinbase is acquired by or merged with a third party entity, we reserve the right, in any of these circumstances, to transfer or assign the information we have collected from you as part of such merger, acquisition, sale, or other change of control. You may not assign any rights and/or licenses granted under this Agreement. Any attempted transfer or assignment by you in violation hereof shall be null and void. Subject to the foregoing, this Agreement will bind and inure to the benefit of the parties, their successors and permitted assigns.

**9.3. Severability.** If any provision of this Agreement shall be determined to be invalid or unenforceable under any rule, law, or regulation of any local, state, or federal government agency, such provision will be changed and interpreted to accomplish the objectives of the provision to the greatest extent possible under any applicable law and the validity or enforceability of any other provision of this Agreement shall not be affected.

**9.4. Survival.** All provisions of this Agreement which by their nature extend beyond the expiration or termination of this Agreement, including, without limitation, sections pertaining to suspension or termination, Coinbase Account cancellation, debts owed to Coinbase, general use of the Coinbase Site, disputes with Coinbase, and general provisions, shall survive the termination or expiration of this Agreement.

**9.5. Force Majeure.** We shall not be liable for delays, failure in performance or interruption of service which result directly or indirectly from any cause or condition beyond our reasonable control, including but not limited to, significant market volatility, act of God, act of civil or military authorities, act of terrorists, civil disturbance, war, strike or other labor dispute, fire, interruption in telecommunications or Internet services or network provider services, failure of equipment and/or software, pandemic, other catastrophe or any other occurrence which is beyond our reasonable control and shall not affect the validity and enforceability of any remaining provisions.

**9.6. Non-Waiver of Rights.** This Agreement shall not be construed to waive rights that cannot be waived under applicable laws, including applicable state money transmission laws in the state where you are located. In addition, our failure to insist upon or enforce strict performance by you of any provision of this Agreement or to exercise any right under this Agreement will not be construed as a waiver or relinquishment to any extent of our right to assert or rely upon any such provision or right in that or any other instance.

**9.7. Relationship of the Parties.** Coinbase is an independent contractor for all purposes. Nothing in this Agreement is intended to or shall operate to create a partnership or joint venture between you and Coinbase, or authorize you to act as agent of Coinbase.

**9.8. Governing Law.** You and we agree that the laws of the State of California, without regard to principles of conflict of laws, will govern the Agreement and any Dispute, except to the extent governed by the Federal Arbitration Act or other applicable federal law.

**9.9. Class, Collective, Representative, and Mass Action Waiver and Jury Trial Waiver.** You and Coinbase agree that, except as specified in the Batch Arbitration Provision set forth above, each of us may bring claims against the other only on an individual basis and not on a class, representative, or collective basis or as part of a mass action (such as a mass arbitration), and the parties hereby waive all rights to bring or to participate in such actions in arbitration or in court to the maximum extent permitted by applicable law. This provision does not prevent you or Coinbase from participating in a class-wide settlement of claims. YOU AND WE AGREE TO WAIVE OUR RIGHTS TO A JURY TRIAL. To the extent that any Dispute proceeds in court, and to the maximum extent permitted by applicable law, you and we agree to waive any right to a jury trial and have such matter resolved by a judge (also known as a bench trial).

**9.10 Forum Selection.** Unless you and Coinbase agree otherwise, to the maximum extent permitted by applicable law, the state and federal courts in New York, New York (except for small claims courts, in which case you and we agree to resolve our Disputes in a small claims court of competent jurisdiction) will have exclusive jurisdiction over any Dispute that is not subject to arbitration or over any action involving the applicability or enforceability of the Dispute Resolution section 7 or any portion of the Dispute Resolution section (including the Arbitration Agreement, Appendix 5). You and Coinbase consent to the exclusive jurisdiction of these courts and waive any objections as to: (1) personal jurisdiction or (2) the laying of venue in such courts because of inconvenient forum or any other basis or right to seek to transfer or change venue of any such action to another court.

# APPENDIX 1: Verification Procedures and Limits

As a regulated financial service company operating in the US we are required to identify users on our platform. This ensures we remain in compliance with KYC/AML Laws in the jurisdictions in which we operate, something that is necessary for us to be able to continue to offer Digital Asset exchange services to our customers. Coinbase collects and verifies information about you in order to: (i) protect Coinbase and the community from fraudulent users; and (ii) to keep appropriate records of Coinbase's customers. Your daily or weekly Conversion limits, withdrawal and trading limits, Instant Buy limits, USD Wallet transfer limits, and limits on transactions from a linked payment method are based on the

identifying information and/or proof of identity you provide to Coinbase.

All U.S. customers who wish to use Coinbase Services are required to establish a Coinbase Account by:

- Providing your name and valid email address, a password and your state of residence;

- Certifying that you are 18 years or older;

- Accepting User Agreement and Privacy Policy; and

- Verifying your identity by submitting the following information:

  - Name

  - DOB

  - Physical address

  - SSN (or ID # from gov't issued ID)

  - Source of funds

  - Income/employment information (US only)

  - Explanation of activity (US only)

All U.S. customers who wish to send and receive Digital Assets on to the blockchain are required to:

- Submit a copy of an acceptable form of identification (i.e. passport, state driver's license, or state identification card); and

- Submit a picture of yourself or a selfie from your webcam or mobile phone.

Notwithstanding these minimum verification procedures for the referenced Coinbase Services, Coinbase may require you to provide or verify additional information, or to wait some amount of time after completion of a transaction, before permitting you to use any Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits. You may determine the volume limits associated with your level of identity verification by visiting your account's Limits page.

You may contact us at https://help.coinbase.com to request larger limits. Coinbase will require you to submit to Enhanced Due Diligence. Additional fees and costs may apply, and Coinbase does not guarantee that we will raise your limits.


# APPENDIX 2: E-Sign Disclosure and Consent

This policy describes how Coinbase delivers communications to you electronically. We may amend this policy at any time by providing a revised version on our website. The revised version will be effective at the time we post it. We will provide you with prior notice of any material changes via our website.

**Electronic Delivery of Communications**

You agree and consent to receive electronically all communications, agreements, documents, notices and disclosures (collectively, "**Communications**") that we provide in connection with your Coinbase Account(s) and your use of Coinbase Services. Communications include:

- Terms of use and policies you agree to (e.g., the Coinbase User Agreement and Privacy Policy), including updates to these agreements or policies;

- Account details, history, transaction receipts, confirmations, and any other Account or transaction information;

- Legal, regulatory, and tax disclosures or statements we may be required to make available to you; and

- Responses to claims or customer support inquiries filed in connection with your Account.

You consent to the use of electronic signatures in connection with your use of the Services. You specifically agree, opt in and consent to Paperless Delivery of Tax Forms Agreement available at https://accounts.coinbase.com/taxes/settings. You may opt out at any time via the same link.

We will provide these Communications to you by posting them on the Coinbase Site, emailing them to you at the primary email address listed in your Coinbase profile, communicating to you via instant chat, and/or through other electronic communication such as text message or mobile push notification.

**Hardware and Software Requirements**

In order to access and retain electronic Communications, you will need the following computer hardware and software:

- A device with an Internet connection;

- A current web browser that includes 128-bit encryption (e.g. Internet Explorer version 9.0 and above, Firefox version 3.6 and above, Chrome version 31.0 and above, or Safari 7.0 and above) with cookies enabled;

- A valid email address (your primary email address on file with Coinbase); and

- Sufficient storage space to save past Communications or an installed printer to print them.

**How to Withdraw Your Consent**

You may withdraw your consent to receive Communications electronically by contacting us at https://help.coinbase.com. If you fail to provide or if you withdraw your consent to receive Communications electronically, Coinbase reserves the right to immediately close your Coinbase Account or charge you additional fees for paper copies.

**Updating your Information**

It is your responsibility to provide us with a true, accurate and complete e-mail address and your contact information, and to keep such information up to date. You understand and agree that if Coinbase sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, Coinbase will be deemed to have provided the Communication to you.

You may update your information by logging into your account and visiting settings or by contacting our support team at https://help.coinbase.com.


# APPENDIX 3: State License Disclosures

Coinbase maintains licenses to engage in money transmission activities in many states, and these licenses may impact our provision and your use of certain Coinbase Services depending on where you live. Coinbase's licenses and corresponding required disclosures can be found on the Coinbase Licenses page, which is incorporated by reference.

If you live in the following jurisdictions, we are required to provide you with the following information:

**Alaska** If your issue is unresolved by Coinbase, Inc., 1-888-908-7930, please submit formal complaints with the State of Alaska, Division of Banking & Securities.

Please download the form here:
https://www.commerce.alaska.gov/web/portals/3/pub/DBSGeneralComplaintFormupdated.pdf

Submit formal complaint form with supporting documents: Division of Banking & Securities PO Box 110807 Juneau, AK 99811-0807

If you are an Alaska resident with questions regarding formal complaints, please email us at dbs.licensing@alaska.gov or call Nine Zero Seven Four Six Five Two Five Two One

**Arizona** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may complete an Online Complaint Form as stated on the File a Complaint against a Financial Institution or Enterprise page: https://difi.az.gov/complaint

Or the AZ e-Licensing Portal for filing a complaint: https://elicense.az.gov/ARDC_FileComplaint

Or you may call the AZ Financial Institutions Division: (602) 771-2800 | Toll-free: (800) 544-0708

**Arkansas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us.

If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file the completed complaint form by e-mailing to ASDInfo@securities.arkansas.gov or by mailing at:

1 COMMERCE WAY, SUITE 402 LITTLE ROCK, ARKANSAS 72202 TELEPHONE: (501) 324-9260 FACSIMILE: (501) 324-9268

**Colorado** MO7 Customer Notice - COLORADO MONEY TRANSMITTERS ACT

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Colorado Division of Banking.

The Complaint Process

All consumer complaints filed with the Colorado Division of Banking must be submitted in writing. All consumer complaints filed with the Division must be submitted in writing. You will not fill out the form online. Instead, you must download the file to your own device and edit that version. When completing the form, please provide detailed information and fill it out completely.

Complaint Form (PDF)

Send the complaint and supporting documentation by regular mail, facsimile, or electronic mail (e-mail) to the Colorado Division of Banking. NOTE: If filing electronically, scan and/or save the completed complaint form with related attachments to a PDF file, a Word doc, or Zip file, and attach to your E-mail.

Colorado Division of Banking 1560 Broadway, Suite 975, Denver, CO 80202 Phone: 303-894-7575 Fax: 303-894-7570 E-mail: DORA_BankingWebsite@state.co.us

**District of Columbia** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Department at:

District of Columbia Department of Insurance, Securities and Banking 1050 First St., NE, Suite 801 Washington, DC 20002 Phone: (202) 727-8000 Fax: (202) 354-1085 E-mail: disbcomplaints@dc.gov

Consumer Complaint Form Mail-in Version

**Florida** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Florida Office of Financial Regulation at: Online: https://flofr.gov/sitePages/FileAComplaint.htm. To file your complaint, you will need to register electronically through Online Services. A valid email address is required.

Florida Office of Financial Regulation - Consumer Finance 200 E. Gaines Street, Tallahassee, FL 32399-0376 850-487-9687

FL Office of Financial Regulation Complaint Portal: https://flofr.gov/sitePages/FileAComplaint.htm

**Georgia** Licensed by The Georgia Department of Banking and Finance. (Lic. # 42796/ NMLS# 1163082).

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Georgia Department of Banking and Finance - Consumer Resources: https://consumer.georgia.gov/resolve-your-dispute/how-do-i-file-complaint

**Illinois** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Illinois Division of Banking at:

Illinois Department of Financial and Professional Regulation Online: https://www.idfpr.com/DFI/DFIComplaintForm.asp

Division of Financial Institutions: Fill In and Print Complaint Form for Currency Exchange and Title Insurance https://www.idfpr.com/admin/DFI/F1717DFICHI.pdf

**Kansas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of the State Bank Commissioner.

If submitting electronically, submit your complaint here: https://www.osbckansas.org/consumers/file-a-complaint/

Mail or fax the completed consumer assistance form and attachments to:

Kansas Office of the State Bank Commissioner: Attn: Consumer Affairs 700 SW Jackson St, Suite 300 Topeka, KS 66603 Fax: (785) 371-1229 Email: complaints@osbckansas.org

**Louisiana** Please note the money transmission license issued to Coinbase, Inc. by the Louisiana Office of Financial Institutions does not cover the exchange or transmission of virtual currency.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of Financial Institutions.

All complaints must be submitted in writing. To file a complaint, please complete the complaint form and send to OFI by mail, email, or fax.

Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the value of virtual currency.

- Transaction in virtual currency may be irreversible, and accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

- Some virtual currency transactions may be immediately effective when recorded on a public ledger, which is not necessarily the date or time that the customer initiates the transaction.

- The value of virtual currency may be derived from the continued willingness of market participants to exchange legal tender for virtual currency, which may result in the potential for permanent and total loss of value of a particular virtual currency if the market for the virtual currency declines or collapses for an extended period of time.

- Any surety bond required by law for the benefit of customers may not be sufficient to cover all losses incurred by customers.

- Customers should perform research before purchasing or investing in virtual currency.

- Please see Coinbase's Global Privacy Policy, which describes how Coinbase collects, uses and discloses personal information.

**Maryland** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Maryland Department of Labor.

The Commissioner of Financial Regulation for the State of Maryland will accept all questions or complaints from Maryland residents regarding [License No. 12-1163082 and NMLS ID: 1163082] by contacting the Commissioner's office at: 500 North Calvert Street, Suite 402, Baltimore, Maryland 21202, or (888) 784-0136. Additional information about Coinbase, Inc. may be obtained at www.nmlsconsumeraccess.org

**Minnesota** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Minnesota Department of Commerce.

To make a complaint, please make a call contacting the following:

Minnesota Department of Commerce 85 8th Place East, Suite 208 Saint Paul, MN 55101 (Local) 651-539-1500 (Complaints) 651-539-1600

Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Mississippi** The Mississippi Department of Banking & Consumer Finance recommends that you attempt to resolve your complaint with the financial institution first by contacting Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us or allow the opportunity to resolve the issue(s). If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file you complain online at https://dbcf.ms.gov/complaint-form/

**Nevada** Coinbase, Inc. is licensed by the Nevada Department of Business and Industry as a money transmitter. At this time, the Nevada Department of Business and Industry does not license or regulate services related to virtual currency, including but not limited to virtual currency transmission or exchange which may be conducted by Coinbase.

If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the Nevada Department of Business and Industry at (702) 486-4120.

**New York** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender, is not backed by the government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the use, transfer, exchange, and value of virtual currency.

- Transactions in virtual currency may be irreversible, and, accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

- Some virtual currency transactions shall be deemed to be made when recorded on a public ledger, which is not necessarily the date or time that the customer initiates the transaction.

- The value of virtual currency may be derived from the continued willingness of market participants to exchange fiat currency for virtual currency, which may result in the potential for permanent and total loss of value of a particular virtual currency should the market for that virtual currency disappear.

- There is no assurance that a person who accepts a virtual currency as payment today will continue to do so in the future.

- The volatility and unpredictability of the price of virtual currency relative to fiat currency may result in significant loss over a short period of time.

- The nature of virtual currency may lead to an increased risk of fraud or cyber attack.

- The nature of virtual currency means that any technological difficulties experienced by Coinbase may prevent the access or use of a customer's virtual currency.

- Any bond or trust account maintained by Coinbase for the benefit of its customers may not be sufficient to cover all losses incurred by customers.

Coinbase, Inc. is regulated and licensed as a money transmitter by the New York State Department of Financial Services. If you have a question or complaint, please **first** contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, **or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019.**

For unresolved/written complaints, you may mail a complaint to New York State Department of Financial Services, Consumer Services Division, One State Street, New York, NY 10004-1417, (800) 342-3736, email: consumers@dfs.ny.gov, website: www.dfs.ny.gov/complaint.

**North Dakota** Coinbase, Inc. is licensed by the North Dakota Department of Financial Institutions as a money transmitter. If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the North Dakota Department of Financial Institutions at (701) 328-9933.

**Please note the following disclosures associated with virtual currency:**

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Rhode Island** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a

calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Tennessee** Coinbase, Inc. is licensed by the Tennessee Department of Financial Institutions as a money transmitter.

The Tennessee Department of Financial Institutions does not regulate virtual currency. Please note that this license and the required surety bond do not cover the transmission of virtual currency. The Tennessee Department of Financial Institutions does not regulate virtual currency. Tennessee's Money Transmitter License and the required surety bond do not cover the transmission of virtual currency. However, any company that offers to exchange, administer, or maintain virtual currencies for sovereign currency may be subject to state regulation and licensing as well as federal regulation. To verify a licensed Tennessee Money Transmitter, please click HERE or visit the NMLS Consumer Access website HERE.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, please direct your complaint to: https://www.tn.gov/tdfi/tdfi-how-do-i/file-a-complaint.html or call the Tennessee Department of Financial Institutions at 1-800-778-4215

**Texas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, please direct your complaint to: https://www.dob.texas.gov/money-services-businesses/how-file-complaint

**Virginia** Coinbase, Inc. is licensed by the Virginia State Corporation Commission as a money transmitter, but such license does not cover the transmission of virtual currency (Bitcoin).

**Washington** Please note the following disclosures associated with virtual currency:

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Transactions in virtual currency may be irreversible, and, accordingly, losses due to fraudulent, mistaken or accidental transactions may not be recoverable. If you believe you did not authorize a particular transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible. Reporting an unauthorized transaction does not guarantee Coinbase will be able to reverse the transaction or reimburse you for the transaction.

- The nature of virtual currency may lead to an increased risk of fraud or cyber attack.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, you may file it by contacting the Washington Department of Financial Institutions at https://dfi.wa.gov/consumers/money-services-complaint


# APPENDIX 4: Additional Services

In addition to the Services described in the Agreement, the following services ("**Additional Services**") may be made available by Coinbase to Users that fulfill certain eligibility criteria. The provisions for each Additional Service herein apply to your use of such Additional Service, in addition to the other applicable provisions of the Agreement. If you do not use any Additional Services, then this Appendix does not apply to you.


## 1. Coinbase Card

**1. Coinbase Card.** When you hold Fiat Currency denominated in U.S. Dollars (USD) or Supported Digital Assets on Coinbase, you may be given the option to apply for a Coinbase Visa Card ("**Card**") issued by Pathward National Association ("**Pathward**," previously known as "Metabank, N.A."). To use the Card, you must agree to the Coinbase Card terms ("**Coinbase Card Terms**") set out below **and** to the Coinbase Card Cardholder Agreement with Pathward ("**Cardholder Agreement**").

**1.1. Role of the Coinbase Card Terms.** These Coinbase Card Terms govern the basis upon which Coinbase will provide you with the Card and your use of the Card, including within the Coinbase Site

Coinbase will provide you with the Card and your use of the Card, including within the Coinbase Site. The Card is issued to you by Pathward and should be read in conjunction with the Cardholder Agreement and this User Agreement.

**1.2. Role of the Card.** The Card can be used to purchase goods and services from merchants at point of sale terminals, over the telephone, online, or on payment platforms, or withdraw cash from automated teller machines ("**ATMs**") that accept Visa cards ("**Card Transactions**").The Card account at Pathward ("**Card Account**") will be linked to your USD Wallet and Digital Asset Wallet. You will be required to elect USD in your USD Wallet or a Supported Digital Asset in your Digital Asset Wallet as your default spending currency ("**Preferred Spending Currency**") before you can use your Card and can update your Preferred Spending Currency at any time.

**1.3. Card Services.** Pursuant to the terms of your Cardholder Agreement, you may use the Card to make various Card Transactions.

**1.4. Supported Digital Asset as Preferred Spending Currency.** When you select a Supported Digital Asset as your Preferred Spending Currency and use your Card, you authorize Coinbase to facilitate your sale of your Supported Digital Asset, the proceeds of which you authorize Coinbase to use to fund Card Transactions in USD.

**1.4.1. Role of Coinbase.** Coinbase is responsible for facilitating your sale of your Preferred Digital Asset ("**Digital Asset Services**") when applicable, to other Coinbase Customers and transferring funds to your Card Account to enable payments to merchants for the purchase of goods and services, and to you for ATM withdrawals, in USD in the amount authorized by the Card Transaction (the "**Purchase Price**").

**1.4.2.** When you select a Supported Digital Asset as your Preferred Spending Currency and use your Card to make a Card Transaction, you authorize the:

**1.4.2.1.** Sale of your Preferred Digital Asset in the amount of the Purchase Price plus the accompanying fees and charges described in the Cardholder Agreement if applicable and Section 1.11 of these Coinbase Card Terms and Section 3.3 of this User Agreement (together, the "**Total Purchase Price**") and converted at the prevailing trading rate on Coinbase's trading platform ("**Exchange Rate**") (the "**Total Transaction Price**") from your Digital Asset Wallet; and

**1.4.2.2.** Transfer of the Total Purchase Price in Fiat Currency from your Coinbase USD Wallet to the Card Account so that Pathward can facilitate the transfer of: (i) the Purchase Price to the merchant (i.e., for the purchase of goods and services) or to you (i.e., for ATM withdrawals); and (ii) any fees and charges described in the Cardholder Agreement, except for any fees and charges described in this User Agreement via the Visa Card Scheme ("**Card Scheme**").

**1.5. Applying for the Card.** If you apply for a Card, you will be required to provide certain personal information. You agree that we may share personal information you previously provided to us under our Privacy Policy to verify your identity, with Pathward and with service providers acting on our behalf or on Pathward's behalf solely to verify your identity or address, and/or to manage risk as required under applicable law. Personal information shared with Pathward will be treated in accordance with its Privacy Policy. If you do not provide this information, or if Pathward is unable to verify your identity with the information provided by Coinbase, your application for a Card will not be considered. We may refuse to facilitate processing of your application through Pathward if we determine in our sole discretion that you are in breach of the terms of the User Agreement.

**1.6. Activating the Card.** You must sign a physical Card as soon as you receive it and must activate the Card to be able to use it. Activation instructions are set out on the packaging that the Card is attached to and within the Coinbase Site. A virtual Card can be used immediately upon receipt and does not need to be activated.

**1.7. Using the Card.**

**1.7.1.** You agree that you will use the Card in accordance with these Coinbase Card Terms, this User Agreement, and the Cardholder Agreement.

**1.7.2.** Your consent will be required in order to use the Card to make a Card Transaction. You may give your consent in the following ways depending on the type of Card Transaction that you are trying to make and the information required by the merchant or ATM:

**1.7.2.1.** Purchase of goods and services from a merchant on the merchant's premises from a point of sale terminal or withdrawing cash from an ATM: You may be required to enter the personal identification number ("**PIN**") that we will arrange for you to receive from Pathward (or that you may choose) from time to time unless the Card Transaction is being made via a contactless card reader in which case the presentation of the Card will be sufficient to demonstrate consent.

**1.7.2.2.** Purchase of goods and services from a merchant by telephone, online, or on a payments platform: You may be required to provide Card details such as the Card number, expiration date, and three digit security code from the reverse side of the Card.

**1.8. Errors or Unauthorized Transactions.** If you believe your Card has been lost or stolen, or that an error or unauthorized transaction has occurred, you should contact Coinbase Customer Service immediately by phone at (888) 908-7930 or email at card@coinbase.com. Coinbase will not be liable for unauthorized transactions. See Section 3 of the Cardholder Agreement for more information regarding your liability for unauthorized transactions. See Section 8 of the Cardholder Agreement for information regarding Error Resolution.

**1.9. Maximum Execution Time.** The maximum execution time of the Card Transaction itself is dependent on actions being taken by the merchant, ATM owner, Card Scheme and/or other service providers. Coinbase will use commercially reasonable endeavors to comply with and adhere to the Card Scheme's

settlement timing requirements.

**1.10. Usage Limits.** The usage limits for the Card are set out in Section 4 of your Cardholder Agreement.

**1.11. Fees and Charges.** When we perform the Digital Asset Services, Coinbase will not charge transaction fees but will include a spread, in accordance with this User Agreement. You can find a list of our fees and charges on our Pricing and Fees Disclosures page which are separate from any fees and charges included in your Cardholder Agreement. You are at all times responsible for the Total Purchase Price in Fiat Currency and the Total Transaction Price in Supported Digital Asset when you make a Card Transaction.

**1.12. Refunds.** If you are entitled to a refund for any reason for goods or services obtained with your Card, the refund shall be processed in accordance with the terms set out in Section 9(b) of your Cardholder Agreement. Once a refund has been posted by the merchant, we will arrange for it to be refunded to your USD Wallet in Fiat Currency.

**1.13. Right to Charge Exchange Rates for Hold Returns.** If your Card Transaction is subject to a preauthorization hold as described in Section 7(f) of your Cardholder Agreement, once the amount of the Total Purchase Price is received, we will arrange for any remaining amount to be refunded to your USD Wallet or Digital Asset Wallet (as applicable) in your Preferred Spending Currency, which shall be calculated using the Exchange Rate applicable at the time of refund.

**1.14. Information Regarding Card Transactions.** You may find details regarding Card Transactions that you have executed in the Coinbase Card portal of the Coinbase Site ("**Coinbase Card Portal**").

**1.15. Rewards Program.** Your Card will be automatically enrolled in our Digital Assets rewards program ("**Rewards Program**") upon activation. You will then be able to opt-in to the Rewards Program by electing a Supported Digital Asset from a range of Supported Digital Assets that we may offer from time to time ("**Preferred Digital Asset**"). After you have opted-in, you will be eligible to earn your Preferred Digital Asset in return for Card Transactions ("**Rewards**") except for cash withdrawals, the

purchase or re-load of stored value cards and payments made to financial institutions associated with the purchase of merchandise or services or the repayment of loans, credit card balances and debts. The amount of the Reward for a Card Transaction is calculated by multiplying the Purchase Price by the applicable Rewards Percentage which will be published within the Coinbase Card Portal from time to time. This amount will be deposited into your Digital Asset Wallet in your Preferred Digital Asset. Earned and redeemed Rewards will be reflected in your Card Transaction log.

**1.16. Exceptions to Rewards Program.** We accept no responsibility for the goods or services purchased by you with your Card. All such disputes must be addressed directly with the merchant providing the relevant goods or services. If you receive a return, credit, or chargeback related to a Card Transaction from a merchant for any good or service and we have provided you with a Reward for that Card Transaction, we will be entitled to debit your Digital Asset Wallet the amount of the original Reward using the Exchange Rate applicable at the time of the Card Transaction. Upon the commencement of any proceedings by or against you under any bankruptcy or insolvency law, Rewards cannot be redeemed. We reserve the right to alter, change and/or terminate the Rewards Program, at any time and for any reason, which may result in the cancellation of unredeemed Rewards, upon written (including electronic) notice to you. In addition, we reserve the right to immediately disqualify you from the Rewards Program if you have violated these Coinbase Card Terms or if you have, in our determination, misused the Rewards Program.

**1.17. Right to Debit, Access, or Offset Other Coinbase Services.** If for any reason you have insufficient Fiat Currency in your USD Wallet or insufficient Supported Digital Asset in the relevant Digital Asset Wallet selected to fund a Card Transaction, we reserve the right to debit, access, or offset the amount of all or part of the Card Transaction from any other Coinbase Service that you obtain from us, including but not limited to any USD or Supported Digital Assets you hold today, or in the future, in any USD Wallet, Digital Asset Wallet, or in connection with any other Coinbase Services. This includes situations where Coinbase has granted you provisional credit in USD or Supported Digital Assets in connection with a disputed Card Transaction that is later resolved in favor of the opposing party.

**1.18. Restriction, Suspension, and Termination.** Card Transactions or your Card use may be restricted, suspended or terminated with immediate effect in situations where:

**1.18.1.** We are, in our reasonable opinion, required to do so by contract or by applicable law or any court or other authority to which we are subject in any jurisdiction;

**1.18.2.** We reasonably suspect you of acting in breach of these Coinbase Card Terms (including any provision of this User Agreement), or the Cardholder Agreement;

**1.18.3.** We have concerns that a Card Transaction is erroneous or about the security of your Card or your Coinbase Account or we suspect the Coinbase Services are being used in a fraudulent or unauthorized manner;

**1.18.4.** We suspect money laundering, terrorist financing, fraud, or any other financial crime;

**1.18.5.** If your credit or debit card or any other valid payment method linked to your USD Wallet or Digital Asset Wallet is declined;

**1.18.6.** Use of your Coinbase Account is subject to any pending litigation, investigation, or government proceeding and/or we perceive a heightened risk of legal or regulatory non-compliance associated with your Coinbase Account activity; or

**1.18.7.** You have insufficient USD in your USD Wallet or Supported Digital Assets in your Digital Asset Wallet to cover the Total Transaction Price of a relevant Card Transaction.If Card Transactions, your

Card use and/or any or all Coinbase Services are restricted, suspended or terminated in this way, we will (unless it would be unlawful for us to do so), provide you with notice of our actions and the reasons for refusal, restriction, suspension, or termination where appropriate, with the procedure for correcting any factual errors that led to the refusal, suspension or termination. In the event that we decline a card transaction and/or restrict, suspend, or terminate your use of the Card and any/or any or all Coinbase Services, we will reinstate the Card Transaction and/or lift the restriction, suspension, or termination as soon as reasonably practicable once the reasons for decline and/or restriction, suspension, or termination cease to exist.

**1.19. These Coinbase Card Terms and the Cardholder Agreement.** In the event of a conflict between this User Agreement, including these Coinbase Card Terms and the Cardholder Agreement, the provisions of the Cardholder Agreement shall prevail.

**1.20. Coinbase Liability.** This section operates in addition to any limitation of liability expressed elsewhere in this User Agreement.

**1.20.1.** Coinbase will not be liable to you for any loss arising from:

**1.20.1.1.** A merchant refusing to accept a Card;

**1.20.1.2.** Any breach by Coinbase of the User Agreement due to abnormal or unforeseen circumstances beyond Coinbase's reasonable control, which would have been unavoidable despite Coinbase's efforts to stop it;

**1.20.1.3.** Pathward restricting, suspending, or terminating a Card or refusing to issue or replace a Card in accordance with these Coinbase Card Terms;

**1.20.1.4.** Pathward declining a Card Transaction that you make or attempt to make using a Card;

**1.20.1.5.** Coinbase restricting, suspending, or terminating your USD Wallet, Digital Asset Wallet, or any

related Coinbase Services; or

**1.20.1.6.** Coinbase's compliance with any applicable laws and regulations.

**1.20.2.** Coinbase will not be liable for the goods or services that you purchase from a merchant using a Card.

**1.20.3.** Where a Card is faulty, Coinbase's liability shall be limited to assisting with the replacement of the Card.

# 2. USDC Rewards

**USDC IS NOT LEGAL TENDER. USDC IS A SUPPORTED DIGITAL ASSET AND COINBASE HAS NO RIGHT TO USE ANY USDC IN YOUR COINBASE ACCOUNT. COINBASE IS NOT A DEPOSITORY INSTITUTION, AND YOUR USDC WALLET IS NOT A DEPOSIT ACCOUNT.**

**1.1. Eligibility.** If you are eligible, you can earn rewards for holding USDC in your Coinbase Account. So long as you hold at least $1 of USDC in your Coinbase Account, you will automatically earn amounts of USDC as described below in the "Calculation" section (**"USDC Rewards"**). If at any time you do not hold at least $1 of USDC in your Coinbase Account, your enrollment in USDC Rewards will be paused until such time that you do hold at least $1 of USDC in your Coinbase Account. During such period you will retain all USDC Rewards previously accrued but not yet distributed. Such accrued rewards will be distributed as described below in the "Calculation" section. If at any time you are deemed ineligible, your enrollment in USDC Rewards will be similarly paused. You can opt-out of, or back into, USDC Rewards at any time by following the instructions here. If you opt-out of USDC Rewards or close your Coinbase Account, you will forfeit the rewards you have accrued (that are not yet distributed for the current calendar month) up to that time.

**1.2. Calculation.** Rewards are earned on a daily basis in the form of USDC at the then current **USDC Rewards Rate**. Our current **USDC Rewards Rate** can be found here. Our current **USDC Rewards Annual Percentage Yield**, which includes the effect of monthly compounding, can be found here and here. Rewards earned in a particular month are airdropped into your Coinbase USDC wallet within five (5) business days after the start of the next calendar month. USDC Rewards distributed to you are rounded-down to the nearest sixth decimal place. We use the **Daily Balance Method** to determine the rewards you earn for a particular day, using your average balance of USDC on that specific day as that day's balance. The rate used to determine rewards earned for a particular day is the then current **USDC Rewards Rate** divided by 365.

**1.3. Changes.** We reserve the right to change the **USDC Rewards Rate Annual Percentage Yield** at any time by notification here and here and by other reasonable means of notice (including e-mail). Unless otherwise stated in the notice, no change will be effective until the first day of the calendar month after such notice is made. We reserve the right to add, change, or delete any provision of these terms and to terminate the USDC rewards program, or your participation in the program, at any time upon notice made in the same manner.

**1.4. Definitions.**

**"USDC Rewards Rate"** means the annual rate of rewards earned on a USDC wallet, which does not reflect compounding. The current USDC Rewards Rate can be found here.

**"USDC Rewards Annual Percentage Yield"** or **"APY"** means the percentage rate reflecting the total

amount of USDC Rewards earned, based on the then current USDC Rewards Rate and end of month compounding for a 365-day period. The current USDC Rewards Annual Percentage Yield can be found here and here.

**"Daily Balance Method"** means the application of the daily periodic rate (derived from the APY) to the calendar day average of USDC held in your USDC wallet each day.

# 3. Staking Services

When you hold Supported Digital Assets on Coinbase you may be given the option to "stake" these assets in a third party proof of stake network via staking services provided by Coinbase or an affiliate (including a third party validator operator). Please visit our staking information page for further details on how proof of stake works.

**1.1. Staking Services Are Optional and Do Not Affect Ownership.** Staking services may be available for some or all of your Supported Digital Assets. YOU ARE NOT REQUIRED TO STAKE WITH COINBASE AND YOU CAN REQUEST TO UNSTAKE AT ANY TIME. FOR MORE INFORMATION VISIT THE HELP CENTER. If you choose to stake, Coinbase will perform blockchain operations involving your digital assets as described below. This instruction to stake your digital assets does not affect the ownership of your digital assets in any way. For the avoidance of doubt, the provisions for Digital Asset Custody and Title described in Section 2.7 above apply whether or not a digital asset is staked.

**1.2. The Service; Rewards; Commission; Limitations.** If you stake your assets with us, Coinbase, or one of its affiliates, will facilitate the staking of those assets on your behalf by acting as a transaction

validator on the applicable network for the Supported Digital Asset you stake. Depending on the protocol, there may be a delay before your assets are eligible to participate in the transaction validation process and earn rewards. If Coinbase or an affiliate successfully performs a validation task in that Supported Digital Asset, you may earn a reward granted by that Supported Digital Asset's network. Rewards are determined by the protocols of the applicable network. If the applicable network distributes any rewards in unstaked form, Coinbase will use commercially reasonable efforts to restake those rewards. You may request to unstake your accrued rewards at any time as described in Section 1.4 below. Rewards will be credited to your account by taking into account the amount of your principal and previously accrued rewards that remain staked with Coinbase. Coinbase will credit your account for any earned rewards after receipt by Coinbase, minus a commission. The current commission for each staking asset can be found in the Help Center. Coinbase may change these published commissions at any time, including after your assets have been staked. In addition, Coinbase One members may have the opportunity to opt-in to lower commissions for certain assets, meaning opted-in Coinbase One members will have access to higher net reward rates for those assets ("Boosted Staking Rewards"). Coinbase may also offer lower commissions for certain assets on a promotional basis, and these promotional commissions may differ among Coinbase users. You will be notified if you receive a promotional commission offer.

**1.3. Slashing.** Some Digital Asset networks subject staked assets to "slashing" if the transaction validator representing those assets incorrectly validates a transaction. Coinbase will use commercially reasonable efforts to prevent any staked assets from slashing; however, in the event they are, Coinbase will replace your assets so long as such penalties are not a result of: (i) protocol-level failures caused by bugs, maintenance, upgrades, or general failure; (ii) your acts or omissions; (iii) acts or omissions of any third party service provider; (iv) a force majeure event as defined in Section 9.6 of the User Agreement; (v) acts by a hacker or other malicious actor; or (vi) any other events outside of Coinbase's reasonable control.

**1.4. Protocol Lockups and Unstaking.** Some Digital Asset networks require that a certain amount of staked assets be locked (restricted from sale or transfer) for a period of time while staking.You will need to request for your staked assets to be unstaked before they can be sold or transferred. When you request to unstake, Coinbase will take blockchain operations on your behalf to wind-down your assets' participation in the validation process of the relevant protocol. These blockchain operations may take up to 48 hours to complete, in addition to any applicable protocol unstaking period. Depending on the protocol, you may or may not receive staking rewards during the unstaking process. Expected unstaking periods are estimates only. We will notify you when the unstaking process is complete.

**1.5. No Guarantee of Rewards.** You have no right to a reward until it is received by Coinbase. Rewards will be distributed to your account promptly after they are received by Coinbase, except that Boosted Staking Rewards will be distributed in the month after they are received by Coinbase, within the first 5 business days of the month. Unless otherwise specified, the "staking rewards rate" disclosed by Coinbase for a particular Supported Digital Asset is an annualized historical rate based on the staking rewards generated by Coinbase in providing staking services to Coinbase customers for that Supported Digital Asset, minus our commission. This rate is an estimate and may change over time. COINBASE DOES NOT GUARANTEE THAT YOU WILL RECEIVE ANY STAKING REWARDS, INCLUDING THE STAKING REWARDS RATES OR BOOSTED STAKING REWARDS.

**1.6. Eligibility.** Users who wish to stake through Coinbase must meet certain eligibility requirements, as set forth here. These requirements are subject to change.

**1.7. Ethereum Staking and Wrapping.** In some jurisdictions, you may choose to obtain the ability to sell, send, spend, or otherwise use your staked ETH by selecting, at your sole discretion, to wrap into a token that represents the ETH that you have staked plus associated rewards. This service is not available everywhere, and additional eligibility requirements may apply. By electing to wrap your staked ETH plus any associated rewards balance into the Coinbase Wrapped Staked ETH known as "cbETH" you understand and agree that:(a) Once wrapped, you cannot redeem your staked ETH or claim any associated rewards except as described in Section 1.8 below.(b) cbETH represents ownership of ETH staked with Coinbase in accordance with this Appendix (including any associated rewards and minus

any Coinbase fees and slashing penalties). By wrapping staked ETH as cbETH, you remain entitled to all of the economic value, risk, and rewards of the staked ETH. (c) Selling or otherwise transferring cbETH automatically transfers ownership of the staked ETH and the right to redeem described in Section 1.8 below, and entitles the recipient to the attendant economic value, risk, and rewards of the staked ETH, subject to the terms of this Agreement.(d) Staked ETH and associated rewards that have been wrapped as cbETH are held by Coinbase on behalf of holders of cbETH, and ownership of these assets shall not transfer to Coinbase. Section 2.7 of this Agreement shall apply to staked ETH and associated rewards held on behalf of cbETH holders to the same extent as staked ETH held by Coinbase on behalf of Coinbase customers.(e) cbETH is an ERC-20 token and may be compatible with protocols or other software or technology provided by third parties. (f) The staked ETH held by Coinbase on behalf of cbETH holders are subject to the risk of slashing described in 1.3 above. Depending on when you began staking ETH with Coinbase, you may lose certain slashing protection by wrapping your staked ETH.In addition, you understand, agree and accept the following *risks* associated with electing to wrap into cbETH:(g) Coinbase does not guarantee the value of your staked ETH principal or associated rewards.(h) Coinbase is not responsible for any decrease in the value of your staked ETH principal or associated rewards.(i) The price of cbETH could diverge from the price of ETH or staked ETH because of market fluctuations, which may be affected by the actions or inactions of market makers or other market participants who receive loans or other incentives to purchase cbETH.(j) Coinbase does not guarantee that wrapping staked ETH will result in a successful exchange or sale of cbETH, and Coinbase will not backstop or otherwise intervene to guarantee cbETH liquidity.(k) Coinbase does not guarantee the security or functionality of any third-party protocol, software or technology intended to be compatible with cbETH and is not responsible for any losses of cbETH due to the failure of third-party protocol, software or technology.(l) As with the protocols for other Digital Assets, Coinbase does not own or control the underlying Ethereum protocol which governs the operation of cbETH. Accordingly, cbETH is subject to Section 2.6 of this User Agreement, like other Digital Assets.(m) As with other Digital Assets, cbETH could be impacted by one or more regulatory actions, which could impede or limit the services

we can provide with respect to cbETH.

**1.8. Unwrapping/Redemption of cbETH**(a) If you hold cbETH in your Coinbase Account and satisfy eligibility requirements, you may instruct Coinbase to "unwrap" your cbETH, thereby redeeming your cbETH for staked ETH plus any associated rewards and minus any Coinbase fees and slashing penalties. Staked ETH and any associated rewards will remain locked until you request unstaking and the protocol unstaking process is completed as described in Section 1.4 above.(b) To unwrap cbETH, you will need to be a Coinbase customer with a Coinbase Account in good standing and be eligible to stake ETH as described above. Additional geographic restrictions may apply, and eligibility is subject to change. Requests to unwrap cbETH may not be processed immediately.

# 4. Advanced Trading

Coinbase offers, and eligible users may access, an order book for various Supported Digital Asset and Fiat Currency trading pairs (each an "Order Book") on the Coinbase Site ("**Advanced Trading**"). See your Coinbase Account to see what Order Books are available within Advanced Trading. Coinbase does not offer Advanced Trading to customers in all jurisdictions. By accessing Advanced Trading or the Coinbase API for Advanced Trading, you accept and agree to be bound by the Trading Rules.

**1.1. Trading Fees**. By placing an order on Advanced Trading, you agree to pay all applicable fees and authorize Coinbase to automatically deduct fees directly from your account. Trading Fees are set forth in the Trading Rules and are available at https://www.coinbase.com/legal/trading_rules.

**1.2. Withdrawal Fees**. Coinbase may charge a fee on certain Fiat Currency deposit or withdrawal methods (e.g. bank wire). **DEPOSITS AND WITHDRAWALS MAY BE SUBJECT TO LIMITS.**

**1.3. Trading Account Use**. You may not sell, lease, furnish, or otherwise permit or provide access to your Trading Account to any other entity or to any individual that is not your employee or agent. You accept full responsibility for your employees' or agents' use of Advanced Trading, whether such use is directly through Coinbase or by other means, such as those facilitated through API keys, and/or applications which you may authorize. You understand and agree that you are responsible for any and all orders,

trades, and other instructions entered into Advanced Trading including identifiers, permissions, passwords, and security codes associated with your Coinbase Account.

**1.4. Suspension and Cancellation**. In the event that your Coinbase Account is suspended or terminated, we will immediately cancel all open orders associated with your account, block all withdrawals and bar the placing of further orders until resolution or account cancellation.

# 5. Coinbase One

**1. Subscription-Based Membership.** Coinbase One is a subscription-based membership. A Coinbase One subscription renews automatically and requires recurring payments.

**2. Membership Benefits.** Membership benefits may be changed or removed without notice. Some membership benefits are not available in all regions and are not available to all users. As a member, visit member home to see the list of benefits currently available to you. For important disclosures related to your benefits, see our Coinbase One benefit disclosures page. For certain membership benefits, we may partner with a third party to provide you access to services that the third party provides. For those benefits, the third party is the provider of the benefit, not Coinbase.

**3. Subscription Fee and Billing.** By signing up, you authorize a recurring charge of your subscription fee (plus any applicable tax) to any stored payment method, cash balance, or Digital Asset balance from the

(plus any applicable tax) to any stored payment method, cash balance, or Digital Asset balance from the date of sign-up (or in the case of a free trial, the date that your free trial concludes) until canceled. To avoid the next charge, cancel via "Manage" in member home before your renewal date. The subscription fee is specified during sign-up and is subject to change. To view your current subscription fee, visit member home. If your primary payment method fails, as a backup you authorize us to charge any stored payment method, cash balance, or Digital Asset balance.

**4. Paying Subscription Fee with Digital Assets.** When using Digital Assets as your primary payment method or as a backup payment method, you agree that you are instructing Coinbase to debit an amount of your Digital Assets (calculated using the prevailing prices for the Digital Assets as reasonably determined by Coinbase at time of execution) sufficient to pay your subscription fee. You acknowledge that this payment via Digital Assets is subject to Section 6.8 ("Taxes") of the User Agreement.

**5. Cancellation.** You can cancel your subscription via "Manage" in member home. Your cancellation will go into effect at the end of your current billing period. To avoid the next charge, cancel before your renewal date.

**6. Free Trial.** At its sole discretion, Coinbase may offer you a free trial or other promotion. Unless you cancel before the end of your free trial or promotion, your subscription will automatically renew at the end of your free trial or promotion and you will be charged your subscription fee on a recurring basis until you cancel.

**7. Termination.** Coinbase reserves the right to terminate your subscription at its sole discretion. If we terminate your subscription, you will receive a prorated refund of your subscription fee (prorated based on the termination date and the date that your billing cycle ends). Your subscription cannot be transferred or assigned.

**8. Limited Warranty.** Your account may be covered by the limited warranty published here. As a member, visit member home to see the list of benefits currently available to you.

# 6. Dapp Wallet, DEXes, and Decentralized Applications

**1. Dapp Wallet.** You may elect to use our dapp wallet ("**Dapp Wallet**"). Our Dapp Wallet allows you to access a digital asset browser and link to decentralized exchanges ("**DEXs**") and other decentralized applications (together, "**Dapp(s)**"). The Dapp Wallet enables users to (i) store Digital Assets; (ii) access a digital asset browser and link to Dapps; (iii) view addresses and information that are part of Digital Asset networks and broadcast transactions; (iv) participate in retail DEX trades and associated DEX activity, and (iv) additional functionality as we may add from time to time.

**1.1. Ownership and Control.** You own and control Digital Assets held in your Dapp Wallet. As the owner of Digital Assets in your Dapp Wallet, you shall bear all risk of loss of such Digital Assets. Coinbase shall have no liability for Digital Asset fluctuations or loss associated with your use of a Dapp Wallet. At any time, subject to outages, downtime, and other applicable policies, you may withdraw your Digital Assets by sending it to a different blockchain address.

**1.2. Third Party Services and Environments.** The Services and Coinbase Site may provide access to or link to third-party services, such as DEXs, and/or Dapps ("**Third Party Services**"). The Services enable you to access DEXs and/or Dapps via a Dapp browser or through a Dapp Wallet by navigating away from the Coinbase Site to the Dapp or DEX, by enabling a native frontend software link within the Coinbase Site, or by purchasing assets in the DEX environment through a Dapp Wallet. When accessing Third Party Services, you understand that you are at no time transferring your assets to us. We provide access to Third Party Services only as a convenience, do not have control over their content, do not warrant or endorse, and are not responsible for the availability or legitimacy of, the content, products, assets, or services on or accessible from those Third Party Services (including any related websites, resources or links displayed therein). Third-party Services, such as Dapps and DEXs, may provide access to assets which have high risks of illiquidity, devaluation, lockup, or loss.

**1.3. Fees.** You may incur charges from third parties for use of Third Party Services. For example, you may be charged fees via a DEX or Dapp that you may access via the Coinbase Site. Third party fees are not charged by Coinbase and are not paid to Coinbase. Any Coinbase Fee charged will be designated as such, and presented before you submit your transaction.

**1.4. Supported Assets.** To view the Digital Assets currently supported by the Dapp Wallet, visit https://help.coinbase.com/en/dapps/using-my-dapp-wallet ("**Dapp Supported Assets**"). Your Dapp Wallet is intended solely for proper use of Dapp Supported Assets. *Under no circumstances should you attempt to use your Dapp Wallet to store, send, request, or receive any assets other than Dapp Supported Assets. Coinbase assumes no responsibility in connection with any attempt to use your Dapp Wallet with Digital Assets that we do not support. You acknowledge and agree that Coinbase is not liable for any unsupported Digital Asset that is sent to a wallet address associated with your Dapp Wallet. Coinbase may in its sole discretion terminate support for any particular Digital Asset. Services and supported assets may vary by jurisdiction.*

### 2. Digital Asset Transfers

**2.1. In General.** Your Dapp Wallet enables you to send Dapp Supported Assets to, and request, receive, and store Dapp Supported Assets from, third parties. Your transfer of Dapp Supported Assets between your other Digital Asset wallets (including wallets off the Coinbase Site) and to and from third parties is a "**Dapp Wallet Asset Transfer**". We recommend customers send a small amount of Dapp Supported Assets as a test before sending a significant amount of Dapp Supported Assets.

**2.2. Pending Transactions.** Once a Dapp Wallet Asset Transfer is submitted to a Digital Asset network,

the transaction will be unconfirmed and remain in a pending state for a period of time sufficient to allow confirmation of the transaction by the Digital Asset network. A Dapp Wallet Asset Transfer is not complete while it is in a pending state. Pending Dapp Wallet Asset Transfers that are initiated from a Dapp Wallet will reflect a pending transaction status and are not available to you for use in the Dapp Wallet or otherwise while the transaction is pending.

**2.3. Dapp Wallet Inbound Transfers.** When you or a third party sends Digital Assets to a Dapp Wallet from an external wallet ("**Dapp Wallet Inbound Transfers**"), the person initiating the transaction is solely responsible for executing the transaction properly, which includes ensuring that the Digital Asset being sent is a Dapp Supported Asset that conforms to the particular wallet address to which funds are directed, including any required Destination Tag/Memo. **By initiating a Dapp Wallet Inbound Transfer, you attest that you are transacting in a Dapp Supported Asset that conforms to the particular wallet address to which funds are directed.**

**Coinbase incurs no obligation whatsoever with regard to unsupported Digital Assets sent to a Dapp Wallet or with regard to Dapp Supported Assets sent to an incompatible Digital Asset wallet address and/or unsupported network or blockchain. All such erroneously transmitted Digital Assets will be lost.** Coinbase may from time to time determine types of Digital Assets that will be supported or cease to be supported. You acknowledge and agree that you may be required to pay network or miner's fees in order for a Dapp Wallet Inbound Transfer transaction to be successful. Insufficient network fees may cause a Dapp Wallet Inbound Transfer to remain in a pending state outside of Coinbase's control, and we are not responsible for delays or loss incurred as a result of an error in the initiation of the transaction and have no obligation to assist in the remediation of such transactions.

**2.4. Dapp Wallet Outbound Transfers.** When you send Digital Assets from your Dapp Wallet to an external wallet ("**Dapp Wallet Outbound Transfers**"), such transfers are executed at your instruction. You should verify all transaction information prior to submitting instructions. Coinbase shall bear no liability or responsibility in the event you enter an incorrect blockchain destination address, incorrect Destination Tag/Memo, or if you send your Digital Assets to an incompatible wallet. We do not guarantee the identity or value received by a recipient of a Dapp Wallet Outbound Transfer. Dapp Asset Transfers cannot be reversed once they have been broadcast to the relevant Digital Asset network, although they may be in a pending state, and designated accordingly, while the transaction is processed by network operators. Coinbase does not control the Digital Asset network and makes no guarantees that a Dapp Transfer will be confirmed by the network. We may cancel or refuse to process

any pending Dapp Wallet Outbound Transfers as required by law or any court or other authority to which Coinbase is subject in any jurisdiction. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**3. Limitation of Liability.** WE MAKE NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, ABOUT LINKED THIRD PARTY SERVICES, THE THIRD PARTIES THEY ARE OWNED AND OPERATED BY, THE INFORMATION CONTAINED ON THEM, ASSETS AVAILABLE THROUGH THEM, OR THE SUITABILITY, PRIVACY, OR SECURITY OF THEIR PRODUCTS OR SERVICES. YOU ACKNOWLEDGE SOLE RESPONSIBILITY FOR AND ASSUME ALL RISK ARISING FROM YOUR USE OF THIRD-PARTY SERVICES, THIRD-PARTY WEBSITES, APPLICATIONS, OR RESOURCES, INCLUDING RISK OF LOSS FOR ASSETS TRADED THROUGH SUCH THIRD-PARTY SERVICES. IN NO EVENT WILL COINBASE BE LIABLE FOR ANY DAMAGES ARISING OUT OF OR RELATING TO THIRD PARTY SERVICES. THIS SECTION OPERATES IN ADDITION TO ANY LIMITATION OF LIABILITY EXPRESSED ELSEWHERE IN THIS USER AGREEMENT.

# 7. Coinbase Verifications

"Coinbase verifications" is a service that leverages the Ethereum Attestation Service to enable the issuance of Coinbase-verified, onchain attestations against predefined schemas relating to individual Coinbase customers (each, a "**Coinbase Attestation**"). These onchain attestations may be used by eligible Coinbase customers to help establish identity and reputation when interacting with certain decentralized applications onchain. A Coinbase Attestation issued to you will be stored onchain, and therefore will be public and viewable by anyone. If you do not wish to share this personal information with others by making it publicly available onchain, do not use the Coinbase verifications service. Once a Coinbase Attestation has been issued to you, a record of the attestation may persist in the Ethereum Attestation Service even if you revoke the Coinbase Attestation through your Coinbase account.

**1. Eligibility.** In order to use the Coinbase verifications service, you must (a) have a registered Coinbase account, (b) have successfully completed identity verification on your account, and (c) be in good standing and eligible to transact on the Coinbase platform. We reserve the right to not offer the Coinbase verifications service to you at our discretion. Not in limitation of the foregoing, we may refuse to offer the Coinbase verifications service to you if the information you provided to create a Coinbase account (as described in the "Issuance" section below) is incomplete, inaccurate, or incorrect, or if you violate these terms, violate applicable law, or engage in behavior that harms our Services (for example, by engaging in fraudulent activity or attempting to circumvent our User Agreement or policies). We may

also refuse to offer the Coinbase verifications service to you if your Coinbase account is subject to any type of limitation or review.

**2. Issuance.** By using the "Coinbase verifications" service and having a Coinbase Attestation issued, you acknowledge that Coinbase may use some or all of the personal information you provide to us, including the information you provided when you opened your Coinbase account and information we collect in accordance with our Privacy Policy from your usage of any Services, to issue one or more Coinbase Attestations.

If you choose to have a Coinbase Attestation issued to you, you acknowledge that personal information or information derived from your personal information will be stored onchain, and therefore will be public and viewable by anyone.

public and viewable by anyone.

You agree that all the information you provide Coinbase in order to have a Coinbase Attestation issued on your behalf is complete, accurate and correct. A Coinbase Attestation relies on the completeness, accuracy and correctness of information provided by you, which you are ultimately responsible for. A Coinbase Attestation is a representation of the underlying information about you and/or your Coinbase account as of a specific point of time, and does not necessarily reflect any subsequent changes to such information. Coinbase will assume for all intents and purposes that you own and control the private keys associated with the self-hosted wallet that you specify for receipt of any Coinbase Attestation that we issue to you, including for purposes of any tax reporting obligations that Coinbase may become subject to as a result of any reward or other value that is distributed to such self-hosted wallet in connection with such Coinbase Attestation. By using the Coinbase verifications service, you further agree that you will not transfer the Coinbase Attestation to any third party.

A Coinbase Attestation may also be based on data supplied to Coinbase by third parties, including government agencies, third party suppliers of identity verification services and others. Those third parties may change or may, due to change in laws or other reasons, change their policies or services. Therefore, we may be required to amend the provision and scope of any Coinbase Attestation and the corresponding schema, and may do so at any time at our discretion without notice.

**3. Use.** Certain decentralized applications (each, a "**Dapp**") may provide you with access to their applications because you are a holder of one or more Coinbase Attestations. If you do not wish to share any of the personal information that may be contained in a Coinbase Attestation, then do not use the Coinbase verifications service. We reserve the right to modify the scope of any Coinbase Attestation and the corresponding schema at any time without notice.

Unless otherwise specified, Coinbase does not have any affiliation with any Dapp that you may gain access to by virtue of holding one or more Coinbase Attestations, and your use of any such Dapp will be subject to terms and conditions that are between you and the Dapp. Third-party service providers may offer certain products or services that leverage one or more Coinbase Attestations, for example, a "badge" or "checkmark" generated in reliance on a Coinbase Attestation. Your use of such third party products or services may be subject to your acceptance of, and compliance with, separate terms and conditions with such third parties, to which Coinbase is not a party. You acknowledge that Coinbase has no responsibility for the products or services provided by third parties.

Coinbase Attestations are non-transferrable and for your personal use only. You may not impersonate another user or entity in order to obtain a Coinbase Attestation. Purchasing, selling, lending, or renting a Coinbase Attestation is strictly prohibited. If you transfer the private keys associated with the self-hosted wallet to which a Coinbase Attestation has been issued to a third party, we reserve the right to revoke such Coinbase Attestation and take such other action with respect to your Coinbase Account as we deem appropriate and/or necessary in our sole discretion.

Any Coinbase Attestation that is issued to you is provided for informational purposes only and unless otherwise expressly specified by Coinbase, is not intended to be relied upon for any legal, compliance or contractual purpose. You acknowledge and agree that any such reliance by you will be at your own risk, and Coinbase disclaims any and all liability to you or any other third party that may result from such reliance.

Any Coinbase Attestation represents the status of your Coinbase account as of the time of issuance, and subsequent changes to the status of your Coinbase account that result in such attestation no longer being true may not be reflected immediately in the Ethereum Attestation Service. Therefore, Coinbase does not represent, warrant or guarantee that the information contained in any attestation or represented thereby is complete, accurate, or correct. Additionally, you should be aware that the specific processes that Coinbase uses to verify the identities of its customers may differ by jurisdiction.

**4. Invalidation.** We reserve the right to revoke a Coinbase Attestation that we have issued to you at our discretion, without notice. We may revoke a Coinbase Attestation if the information that was originally used to issue it is or becomes incomplete, inaccurate, or incorrect, or if you violate these terms, violate applicable law, or engage in behavior that harms our Services (for example, by engaging in fraudulent activity or attempting to circumvent our User Agreement or policies). We may also revoke a Coinbase Attestation that we have issued to you if your Coinbase account is subject to a limitation or review, or if we are required to do so in order to comply with a legal requirement or court order.

If you choose to use third party products or services that use or rely upon one or more Coinbase Attestations, like a "badge" or "checkmark", access to such products or services may be disabled without notice.

**5. Limitation of Liability.** This section operates in addition to any limitation of liability or warranties expressed elsewhere in this User Agreement.

Coinbase is not liable for any loss, including, for example, a loss of property, profits, revenues, business

opportunities, goodwill, or anticipated savings made in reliance on the Coinbase verifications service or any Coinbase Attestation issued thereunder. We are also not liable for indirect or consequential losses, nor are we liable for punitive damages. This limitation of liability extends to our officers, directors, agents, joint venturers, employees, and representatives.

If you are a resident of New Jersey, this limitation of liability is intended to apply only to the extent permitted by New Jersey law.

To the extent allowed by law, the Coinbase verifications service and any Coinbase Attestation issued thereunder are provided "as is." No promises should be implied (including the implied warranties of merchantability, fitness for a particular purpose, and non-infringement). For example, we don't make

any warranties about the Content or features of a Coinbase Attestation, including its accuracy, reliability, availability, or ability to meet your needs. Coinbase does not represent, warrant or guarantee that the information used to issue a Coinbase Attestation is complete, accurate or correct and, accordingly, we do not represent or warrant or guarantee that a Coinbase Attestation is complete, accurate or correct.

# 8. cbBTC

**1. Sending cbBTC.** In some jurisdictions, you may choose to effectuate an Outbound Transfer of Bitcoin to an external wallet on the Base or Ethereum protocols, by directing Coinbase to wrap such Bitcoin into a token that is compatible with such protocols. To wrap your Bitcoin and complete an Outbound Transfer of the Coinbase wrapped token known as "cbBTC", you will need to be a Coinbase customer with a Coinbase Account in good standing. Additional geographic restrictions may apply, and eligibility is subject to change. By electing to wrap your Bitcoin into cbBTC you understand and agree that:

**1.1.** cbBTC cannot be held on the Coinbase platform, and is only made available to you by Coinbase in connection with an Outbound Transfer of Bitcoin to an external wallet on the Base or Ethereum protocol. Any cbBTC deposited to your Digital Asset Wallet from an external wallet address will be automatically converted to Bitcoin in accordance with, and subject to the conditions set forth in, Section 3 of this Appendix 4.

**1.2.** Requests to wrap your BTC and effectuate an Outbound Transfer of cbBTC to an external wallet may not be processed immediately. Once wrapped, you cannot redeem your cbBTC for Bitcoin except as described in Section 3 below.

**1.3.** cbBTC represents ownership of Bitcoin held by Coinbase in accordance with Section 1.5 of this Appendix 4. By wrapping your Bitcoin in order to effectuate an Outbound Transfer of cbBTC to an external wallet on the Base or Ethereum protocol, you remain (for so long as you hold the cbBTC) entitled to all of the economic value and risk of the underlying Bitcoin.

**1.4.** Selling or otherwise transferring cbBTC automatically transfers ownership of the underlying Bitcoin and the right to redeem described in Section 3 below, and entitles the recipient to the attendant economic value and risk of the underlying Bitcoin, subject to the terms of this Agreement.

**1.5.** Bitcoin that has been wrapped as cbBTC are held by Coinbase as custodial assets for the benefit of holders of cbBTC, and ownership of and title to these assets shall remain with such holders and not transfer to Coinbase. Sections 2.7, 2.7.1, 2.7.2, 2.7.3, and 2.7.4 of the User Agreement shall apply, *mutatis mutandis,* to Bitcoin held on behalf of cbBTC holders to the same extent as Bitcoin held by Coinbase on behalf of Coinbase customers.

**1.6.** cbBTC is an ERC-20 token and may be compatible with protocols or other software or technology provided by third parties.

**2. Certain Risks.** In addition, you understand, agree and accept the following risks associated with electing to wrap Bitcoin into cbBTC:

**2.1.** Coinbase does not guarantee the value of the Bitcoin held on behalf of cbBTC holders.

**2.2.** Coinbase is not responsible for any change in the value of the Bitcoin held on behalf of cbBTC holders.

**2.3.** The external price of cbBTC could diverge from the price of Bitcoin because of market fluctuations, which may be affected by the actions or inactions of market makers or other market participants who receive loans or other incentives to purchase cbBTC. In case of a significant price dislocation, Coinbase may exercise its right to pause redemptions in accordance with Section 3.3 of this Appendix 4.

**2.4.** Coinbase does not guarantee that wrapping Bitcoin will result in a successful exchange or sale of cbBTC, and Coinbase will not have any obligation to backstop or otherwise intervene to guarantee cbBTC liquidity.

**2.5.** Coinbase does not guarantee the security or functionality of any third-party protocol, software or technology intended to be compatible with cbBTC and is not responsible for any losses of cbBTC due to the failure of third-party protocol, software or technology.

**2.6.** As with the protocols for other Digital Assets, Coinbase does not own or control the underlying Ethereum or Base protocols which govern the operation of cbBTC. Accordingly, cbBTC is subject to Section 2.6 of the User Agreement, like other Digital Assets.

**2.7.** As with other Digital Assets, cbBTC could be impacted by one or more regulatory actions, which could impede or limit the services we can provide with respect to cbBTC.

**3. Unwrapping/Redemption of cbBTC**

**3.1.** If you initiate an Inbound Transfer of cbBTC to your Digital Asset Wallet and you satisfy the eligibility requirements set forth in Section 3.2 below, Coinbase will automatically "unwrap" such cbBTC and deposit Bitcoin to your Digital Asset Wallet, thereby redeeming your cbBTC for Bitcoin.

**3.2.** To successfully complete an Inbound Transfer of cbBTC to your Digital Asset Wallet, you will need to be a Coinbase customer with a Coinbase Account in good standing. Additional geographic restrictions may apply, and eligibility is subject to change. Requests to complete an Inbound Transfer of cbBTC to your Digital Asset Wallet (which, for the avoidance of doubt, will result in Coinbase "unwrapping" such cbBTC and depositing Bitcoin to your Digital Asset Wallet as described in Section 3.1

above) may not be processed immediately.

**3.3.** Additionally, Coinbase may, in our reasonable discretion, (i) pause redemptions of cbBTC for Bitcoin if there is a significant dislocation in the external market price of cbBTC relative to Bitcoin that, in Coinbase's sole discretion, suggests that the smart contracts or other technology or security features supporting cbBTC have been compromised, (ii) refuse a redemption request if we suspect that the cbBTC being presented for redemption was acquired through fraudulent means, or (iii) pause redemption if we otherwise suspect that the security of the smart contracts used to mint and burn cbBTC has been compromised.

**3.4.** Pursuant to the terms of this Agreement, a holder of cbBTC holds an ownership interest in the Bitcoin custodied by Coinbase in accordance with Section 1.5 above. In the event of a shortfall in the amount of Bitcoin that has been wrapped as cbBTC and held by Coinbase in accordance with Section 1.5 above, Coinbase's liability vis-a-vis any holder of cbBTC will be limited to such holder's pro rata share of the shortfall amount.

**4. Additional Terms.**

**4.1. Fees.** Coinbase may charge a fee in connection with a request to mint or unwrap/redeem cbBTC, and any such fee will be disclosed to you at the time you initiate such request. Any changes to such fees will be effectuated in accordance with Section 3.3 of the User Agreement.

**4.2. No support for wrapped cbBTC.** We reserve the right to treat any version of cbBTC that has been created by a third party (e.g., via a third party wrapper or bridge to an unsupported network) ("**Third Party cbBTC**") as an unsupported Digital Asset in accordance with Section 2.3 of the User Agreement. That means that we may refuse or be unable to redeem any Third Party cbBTC that is sent to your

Digital Asset Wallet for Bitcoin, which may result in irreversible loss of such Third Party cbBTC. Do not send Third Party cbBTC to your Digital Asset Wallet.

# APPENDIX 5: DISPUTE RESOLUTION (INCLUDING ARBITRATION AGREEMENT; CLASS ACTION WAIVER; JURY TRIAL WAIVER; FORUM SELECTION CLAUSE)

<u>Disputes Defined.</u> "Disputes" are defined as any dispute, claim, or disagreement arising out of relating in any way to our relationship with you, the Services, the Coinbase Site, any Communications you receive, any products or services sold or distributed through the Coinbase Site, or the User Agreement. The term "Disputes" is intended to be interpreted broadly. The provisions below describe which Disputes belong in arbitration, small claims court, or a court of general jurisdiction.

<u>Pre-Filing Formal Complaint Requirement</u>. Before an arbitration demand or small claims action is filed, you and we agree to exhaust the Formal Complaint Process. *See* Section 7.1, above.

<u>Arbitration Agreement</u>. You and we agree to arbitrate all Disputes in binding arbitration except for the following types of Disputes:

*1. Disputes about whether the Dispute is arbitrable.* You and we agree that any Disputes arising out of or related to the interpretation or application of the Arbitration Agreement, including Disputes about the enforceability, revocability, scope, or validity of the Dispute Resolution section or any portion of the Dispute Resolution section (including the Arbitration Agreement) shall be resolved in a court of competent jurisdiction, not arbitration. This includes, but is not limited to, any dispute about whether the Batch Arbitration provision applies to the Dispute.

*2. Disputes that are within the jurisdiction of a small claims court.* You and we agree that if a Dispute could be brought in a small claims court in the county or parish in which you reside, then it *must* be brought in that small claims court, not arbitration, provided that it remains in that court and is not removed or appealed to a court of general jurisdiction.

*3. Disagreements about whether a Dispute is within the jurisdiction of a small claims court.* You and we agree that any disagreement about whether a Dispute is within the jurisdiction of a small claims court will be resolved by the small claims court in the first instance. Disagreements about whether a Dispute is within the jurisdiction of a small claims court may otherwise be resolved in a court of competent jurisdiction, but only after you or we have exhausted resolution from the small claims court.

*4. Disputes about or related to infringement or misuse of intellectual property ("IP") rights (e.g.,*

*trademarks, trade dress, domain names, trade secrets, copyrights, and patents).* You and we agree that you or Coinbase must resolve IP Disputes outside of arbitration (e.g., in a court of competent jurisdiction). This means, for example, if you have a Dispute that contains an IP cause of action, which is not arbitrable under this agreement, and other causes of action that are arbitrable, then the arbitrable causes of action must proceed in arbitration and the IP cause of action must proceed outside of arbitration consistent with the other terms of the User Agreement. You and we agree that all IP Disputes shall not be stayed solely on the grounds that there exists a pending arbitration of arbitrable causes of action.

*5. Disputes about whether you or we have violated state or federal securities laws.* In the event that there is a Dispute about whether you or we have violated state or federal securities laws, you and we

agree that such Disputes shall be resolved by a court of competent jurisdiction. This means, for example, if you have a Dispute that contains causes of action under the state or federal securities laws and other causes of action that are arbitrable, then the arbitrable causes of action must proceed in arbitration and the state or federal securities laws causes of action must proceed in a court of competent jurisdiction.

**Arbitration Procedure**. You and we agree that arbitration under this Arbitration Agreement will, depending on the circumstance, be administered by the American Arbitration Association ("AAA") subject to the AAA's Consumer Arbitration Rules then in effect, except as modified by this Arbitration Agreement. If the AAA is unable or unwilling to administer the arbitration consistent with the Arbitration Agreement, or if the Dispute is part of a Batch Arbitration, you and we agree that JAMS will administer the arbitration subject to the JAMS Rules and Procedures then in effect, including any Mass Arbitration Procedures and Guidelines applicable to the Dispute, except as modified by this Arbitration Agreement. You and we agree that if JAMS is unable or unwilling to administer the arbitration consistent with the Arbitration Agreement, and the parties cannot agree on an alternative provider that will do so, then you or we may petition a court of competent jurisdiction to appoint an administrator that will do so. The AAA and JAMS rules are available at https://adr.org/Rules and https://www.jamsadr.com/adr-rules-procedures/. You and we agree that the User Agreement evidences a transaction involving interstate commerce and notwithstanding any other provision with respect to the applicable substantive law, the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* and federal arbitration law (not state arbitration law) will govern any proceedings regarding enforcement of this Arbitration Agreement. Any applicable limitations periods (including statutes of limitations) shall apply in arbitration like in court. You and we agree that an arbitral award shall have no preclusive effect in any other proceeding involving other Users. You and we (and your and our counsel, if represented) agree to work together in good faith to ensure that arbitration remains efficient and cost-effective for all parties. The arbitrator shall have the authority to award sanctions against parties and their counsel consistent with the standard set forth in Federal Rule of Civil Procedure 11.

**Severability**. **You and we agree to sever arbitrable Disputes (which shall be resolved in arbitration) from Disputes that are not arbitrable (which shall be resolved in court); you and we also agree that if any provision of this Arbitration Agreement is found unenforceable, then that portion of the Arbitration Agreement shall be severed and the remainder of the Arbitration Agreement shall continue to control.** Notwithstanding the foregoing, if the "Batch Arbitration" provision would otherwise apply to the Dispute, but a court of competent jurisdiction determines that the "Batch Arbitration" provision is unenforceable as to the Dispute or a portion of the Dispute (and all appeals have been exhausted or the ruling is otherwise final) or JAMS or a JAMS arbitrator refuses to apply all of the provisions of the Batch Arbitration provision as written, then the affected Dispute or portion of the Dispute cannot proceed in arbitration and may proceed in a court of competent jurisdiction consistent with the other terms of the User Agreement unless the parties agree otherwise in writing.

**Confidentiality**. You and we agree that any information exchanged between us in an arbitration may be used solely for that arbitration. You and we agree that we may not, for example, use information you or we obtained from the other party in one arbitration proceeding in another arbitration proceeding. You and we also agree to keep any information exchanged between us in any arbitration proceeding confidential between us, you, your and our attorneys, and the arbitrator. To the extent additional persons require access to information exchanged for purposes of the arbitration, you and we agree to negotiate in good faith for the entry of a protective order that will impose similar confidentiality obligations.

**Arbitrator Appointment**. Any arbitrator appointed under the Arbitration Agreement will be selected by the parties from the AAA or JAMS's roster of arbitrators. If the matter is proceeding before JAMS, then you and we agree that the arbitrator shall be appointed in accordance with JAMS's strike and rank process set forth in Rule 15 of the Comprehensive Arbitration Rules & Procedures. If the matter is proceeding before AAA, you and we agree that the arbitrator will be appointed through a strike and rank process consistent with the approach taken by JAMS in Rule 15 of the Comprehensive Arbitration Rules & Procedures.

**Attorneys' Fees and Costs**. The parties shall bear their own attorneys' fees and costs in arbitration unless the arbitrator finds that either the substance of the Dispute or the relief sought in the Dispute was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). If you or Coinbase need to invoke the authority of a court of competent jurisdiction to compel arbitration, then the party that obtains an order compelling arbitration in such action shall have the right to collect from the other party its reasonable costs, necessary disbursements, and reasonable attorneys' fees incurred in securing an order compelling arbitration. The prevailing party in any court action relating to whether either party has satisfied any condition precedent to arbitration, including the Formal Complaint Process, is entitled to recover their reasonable costs, necessary disbursements, and reasonable attorneys' fees and costs.

**Waiver of Class, Collective, Representative, Mass Actions, and Other Non-Individualized Relief.** YOU AND COINBASE AGREE THAT, EXCEPT AS SPECIFIED IN THE BATCH ARBITRATION PROVISION SET FORTH BELOW, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS, AND THE PARTIES HEREBY WAIVE

ALL RIGHTS TO HAVE ANY DISPUTE BE BROUGHT, HEARD, ADMINISTERED, RESOLVED, LITIGATED, OR ARBITRATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR MASS ACTION (SUCH AS A MASS ARBITRATION) BASIS. ONLY INDIVIDUAL RELIEF IS AVAILABLE, AND DISPUTES OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED, LITIGATED, OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. Subject to this Arbitration Agreement, the arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by the party's individual claim. Notwithstanding anything to the contrary in this Arbitration Agreement, if a court decides by means of a final decision, not subject to any further appeal or recourse, that the limitations of this provision entitled "Waiver of Class and Other Non-Individualized Relief," are invalid or unenforceable as to a particular claim or request for relief (such as a request for public injunctive relief), you and Coinbase agree that that particular claim or

request for relief (and only that particular claim or request for relief) shall be severed from the arbitration and may be litigated in a court of competent jurisdiction consistent with the other terms of the User Agreement. This provision does not prevent you or Coinbase from participating in a class-wide settlement of claims.

**Batch Arbitration**. **You and we agree to abide by this Batch Arbitration provision in the event that: (a) there are twenty-five (25) or more individual arbitration demands of substantially similar nature filed by us against you and other customers or by you and others against us and (b) such arbitration demands are filed with the assistance of the same law firm, group of law firms, or organizations.** You and we agree that arbitration demands will not be deemed "substantially similar" if they involve claims seeking relief in connection with alleged losses of assets arising from different facts and circumstances. Arbitration demands that trigger the application of this Batch Arbitration provision can be administered in arbitration only pursuant to the provisions of this Batch Arbitration Provision. *See* Severability, above.

1. If this Batch Arbitration provision is triggered, then JAMS shall:

a. administer the arbitration demands in batches;

b. appoint a single, different arbitrator for each batch unless the parties agree otherwise; and

c. provide for the resolution of each batch as a single consolidated arbitration with one set of filing and administrative fees due per side per batch, one procedural calendar, one in-person or video hearing (if any) in a format to be determined by the arbitrator that shall be convenient for the parties. You and we agree that if the Dispute is subject to this Batch Arbitration process, you will personally appear at any hearing (with counsel, if you are represented).

2. The number of batches will depend on the number of arbitration demands that were filed. The batching methodology is set forth below:

a. If there are more than 25 but fewer than 2,000 arbitrations, then there will be 20 batches.

b. If there are 2,000 or more arbitrations, then they will be batched into batches of 100 arbitrations per batch.

c. In deciding which arbitration demands will go in which batch, JAMS shall make the batches as equal as possible in terms of cumulative amount demanded and number of arbitration demands.

3. You and Coinbase (and your and our counsel, if represented) agree to cooperate in good faith with JAMS to implement the Batch Arbitration process including the payment of single filing and administrative fees for each Batch, as well as any steps to minimize the burdens and costs of arbitration. You and Coinbase (and your and our counsel, if represented) agree to work together in good faith throughout the Batch Arbitration process to streamline procedures, modify the number of arbitrations to proceed per batch as appropriate, increase efficiencies, and seek to resolve Disputes.

4. You and we agree that arbitrations administered pursuant to this Batch Arbitration provision may be administered concurrently to the extent administratively feasible.

5. Arbitrators appointed pursuant to this Batch Arbitration provision shall issue separate awards for each Coinbase User involved in a batched proceeding.

6. This Batch Arbitration provision shall in no way be interpreted as authorizing a class, collective and/or mass arbitration or action of any kind, or arbitration involving joint or consolidated claims under any circumstances, except as expressly set forth in this provision.

# Coinbase Business User Agreement

*Last updated: May 13, 2025*

Welcome to Coinbase! This  User Agreement ("**Agreement**" or "**User Agreement**") between Coinbase, Inc. ("**Coinbase**," "we," "us," and "our") and the entity you represent ("**you**", "your", "your company", "user", or "customer") governs your use of the services provided by Coinbase described below and such other services that may be offered by Coinbase from time to time ("**Coinbase Services**" or "**Services**") to Coinbase Business customers. By signing up to use a "Business Account" (as defined below) through coinbase.com or the Coinbase mobile application (collectively the "**Coinbase Site**"), you agree that you have read, understand, and accept all of the terms and conditions contained in this Agreement including our Privacy Policy, Cookie Policy, Prohibited Use Policy and E-Sign Disclosure and Consent Policy in Appendix 2.  You may have to agree to additional terms and conditions to use certain Additional Services (as defined in relevant appendixes).

**Important Definitions:** As used throughout this Agreement, the following terms have the following

**Important Definitions.** As used throughout this Agreement, the following terms have the following meanings.

"**Digital Asset**" means any digital asset (including a virtual currency or virtual commodity) which is a digital representation of value based on (or built on top of) a cryptographic protocol of a computer network.

"**Supported Digital Asset**" means only those particular Digital Assets listed as available to trade or custody in your Digital Asset Wallet (as defined below). Services and supported assets may vary by jurisdiction.

"**Authorized Representative**" means the executive officer, senior manager or other individual applying for your Business Account with authority to transact and exercise control over your account.

<u>Amendment of these Terms</u>: We may amend or modify this Agreement at any time by posting the revised agreement on the Coinbase Site and/or providing a copy to you (a "**Revised Agreement**"). The Revised Agreement shall be effective as of the time it is posted but will not apply retroactively. Your continued use of the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement. If you do not agree with any such modification, your sole and exclusive remedy is to terminate your use of the Services and close your Business Account.

<u>Dispute Resolution</u>: PLEASE BE AWARE THAT SECTION 7 (CUSTOMER FEEDBACK, QUERIES, COMPLAINTS, AND DISPUTE RESOLUTION) CONTAINS PROVISIONS GOVERNING HOW TO RESOLVE DISPUTES BETWEEN YOU AND COINBASE. AMONG OTHER THINGS, SECTION 7.3 INCLUDES AN AGREEMENT TO ARBITRATE WHICH REQUIRES, WITH LIMITED EXCEPTIONS, THAT ALL DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY BINDING AND FINAL ARBITRATION.  PLEASE READ SECTION 7 CAREFULLY.

<u>No Investment Advice or Brokerage</u>: For the avoidance of doubt, Coinbase does not provide investment, tax, or legal advice, and you are solely responsible for determining whether any investment, investment strategy or related transaction is appropriate for you based on your investment objectives, financial circumstances, and risk tolerance. Coinbase may provide educational information about Supported Digital Assets, as well as Digital Assets not supported by Coinbase, in order to assist users in learning more about such Digital Assets. Information may include, but is not limited to, blog posts, articles, links to third-party content, news feeds, tutorials, and videos. The information provided on the Coinbase Site or any such third-party sites does not constitute investment advice, financial advice, trading advice, or any other sort of advice, and you should not treat any of the website's content as such. Coinbase does not recommend that any Digital Asset should be bought, earned, sold, or held by you. Coinbase will not be held responsible for the decisions you make to buy, sell, or hold Digital Assets based on the information provided by Coinbase.

Coinbase does not broker trades on your behalf unless otherwise specified. All Coinbase trades are executed automatically, based on the parameters of your order instructions and in accordance with posted trade execution procedures.

<u>Acknowledgement of Risk</u>: As with any asset, the value of Digital Assets can increase or decrease and there can be a substantial risk that you lose money buying, selling, holding, or investing in Digital Assets. You should consult your financial advisor, legal, or tax professional regarding your specific situation and financial condition and carefully consider whether trading or holding Digital Assets is suitable for you.

Coinbase is not registered with the U.S. Securities and Exchange Commission and does not offer securities services in the United States or to U.S. persons or entities.  You acknowledge that Digital Assets are not subject to protections or insurance provided by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation.

# 1. Account Setup

**1.1. Eligibility.** To be eligible to use the Coinbase Services, your company must be (i) a C-corporation, a multi-member LLC or such other entity as Coinbase in its sole discretion offer the Services to from time to time; (ii)  incorporated or otherwise formed in the United States; and (ii) located in the United States with a verifiable address. The Authorized Representative must (i) be at least 18 years old; (ii) be authorized to perform legally-binding actions on behalf of your company, including contractual formation and transaction execution; (iii) have the full power, authority and capacity to access and use the Services; and (iv) have the appropriate sophistication, expertise, and knowledge necessary to understand the nature and risks, and make informed decisions, in respect of Digital Assets and the Services.There are certain Coinbase Services that may or may not be available to you depending on your location and other criteria.

**1.2. Registration of Business Account.** You must register for a Business Account to use the Coinbase Services (a "**Business Account**"  or "**your account**"). As a regulated financial service company operating in the US we are required to identify users on our platform. You will need to complete certain verification procedures before you are permitted to use the Coinbase Services. This ensures we remain in compliance with applicable anti-money laundering ("**AML**") and governmental sanctions laws in the jurisdictions in which we operate, something that is necessary for us to be able to continue to offer Digital Asset exchange services to our customers. Coinbase collects and verifies information about you and individuals at your company in order to: (i) protect Coinbase and the community from fraudulent users, and (ii) to keep appropriate records of Coinbase's customers. You consent to promptly providing

users; and (ii) to keep appropriate records of Coinbase's customers. You consent to promptly providing such information as Coinbase may reasonably request from time to time regarding: (a) Your company's policies, procedures, and activities which relate to the Services, in each case to the extent reasonably necessary for Coinbase to comply with any applicable laws, rules, and regulations (including money laundering statutes, regulations and conventions of the United States or other jurisdictions), or the guidance or direction of, or request from, any regulatory authority or financial institution.

By registering or using a Business Account you agree and represent that your Authorized Representative has created your Business Account and your company will use your Business Account only for your company's purposes, and not on behalf of any third party, unless you have obtained prior written approval from Coinbase. You are fully responsible for all activity that occurs under your Business Account. We may, in our sole discretion, refuse to open a Business Account, suspend or terminate any Business Account, suspend or terminate the sending of Digital Assets from your account, or suspend or terminate the trading of Digital Assets in your account. Please see Section 6 below for more information.

**1.3. Consent to Access, Processing and Storage of Your Personal Data & Identity Verification.** During registration for your Business Account, or at any other time deemed necessary by Coinbase, you agree to provide us with the information we request for the purposes of identity / company verification, providing Coinbase Services to you, and the detection of money laundering, terrorist financing, fraud, or any other financial crimes and permit us to keep a record of such information.

The information we request may include certain information about your company including, but not limited to, incorporation documents, taxpayer identification, place of business, finances including bank account information (such as the name of the bank, the account type, routing number, and account number), and company ownership. We may also request personal information about your Authorized Representative and owners of your company, including, but not limited to, name, residential address, telephone number, e-mail address, date of birth, social security number, government identification, and in some cases (where permitted by law), special categories of personal data, such as biometric information.

You, your Authorized Representative, and your company's owners consent to us accessing, processing and retaining any business and personal information you provide to us for the purpose of us providing Coinbase Services to you. This consent is not related to, and does not affect, any rights or obligations we or you have in accordance with data protection laws, privacy laws and regulations. You can withdraw your consent at any time by closing your account with us. However, we may retain and continue to process the business and personal information you have provided if we reasonably believe it is necessary in order to comply with laws or regulations. In providing us with this or any other information that may be required, you and your Authorized Representative confirm that the information is accurate and authentic. You and your Authorized Representative agree to keep us updated if any of the information you provide changes. **You and your Authorized Representative authorize us to make inquiries, whether directly or through third parties, that we consider necessary to verify the business or personal information you provided or protect you and/or us against fraud or other financial crime, and to take action we reasonably deem necessary based on the results of such inquiries.** When we carry out these inquiries, you and your Authorized Representative acknowledge and agree that the business and personal information you provided may be disclosed to credit reference and fraud prevention or financial crime agencies and that these agencies may respond to our inquiries in full. This is an identity check only and should have no adverse effect on your Authorized Representative or your company's credit ratings. We reserve the right at all times to monitor, review, retain and/or disclose any information you provided as necessary to satisfy any applicable law, regulation, sanctions programs, legal process or governmental request. Further, you authorize your wireless carrier and/or your Authorized Representative's wireless carrier to use or disclose information about your account and your wireless devices, if available, to Coinbase or its service provider for as long as you have a Business Account, solely to help them identify you or your wireless devices and to prevent fraud. See our Privacy Policy and Cookie Policy for more information on how we process the business and personal data you have provided and the rights you have in respect of this.

**1.4. Access.** The Coinbase Services can be accessed directly using the Coinbase Site. Access to Coinbase Services may become degraded or unavailable during times of significant volatility or volume. This could result in significant support response time delays. Although we strive to provide you with excellent service, we do not represent that the Coinbase Site or other Coinbase Services will be available without interruption and we do not guarantee that any order will be executed, accepted, recorded, or remain open. Coinbase shall not be liable for any losses resulting from or arising out of delays in processing transactions, inability to execute transactions, or lack of timely response from Coinbase customer support. For example, if you are locked out of your Business Account, it is possible that the value or price of the Digital Assets in your account might go down before your access is restored. Coinbase shall not be liable for any alleged losses that you suffer from a drop in Digital Asset values or prices.

## 2. Hosted Wallet and Custodial Services

**2.1. Hosted Wallet Services.** As part of your Business Account, Coinbase will provide qualifying users: (i) hosted Digital Asset wallet(s), each of which is an account for holding Supported Digital Assets ("**Digital Asset Wallet**"), and (ii) a hosted US Dollars ("**USD**") wallet, which is an account for holding USD (a "**USD Wallet**"). You may also elect to use other products and services; additional rules associated with such product(s) and services(s) may apply.

**2.2. Hosted Digital Asset Wallet.** Your Digital Asset Wallet allows you to store, track, transfer, and manage your balances of Supported Digital Assets. We securely store Digital Asset private keys, which are used to process transactions, in a combination of online and offline storage. As a result of our security protocols, it may be necessary for us to retrieve private keys or related information from offline storage in order to facilitate Digital Asset Transfers (as defined below) in accordance with your

instructions, and you acknowledge that this may delay the initiation or crediting of such Digital Asset Transfers.

**2.3. Supported Digital Assets**. Your Digital Asset Wallet is intended solely for proper use of Supported Digital Assets as designated on the Coinbase Site. *Under no circumstances should you attempt to use your Digital Asset Wallet to store, send, request, or receive any assets other than Supported Digital Assets. Coinbase assumes no responsibility in connection with any attempt to use your Digital Asset Wallet with Digital Assets that we do not support. You acknowledge and agree that Coinbase is not liable for any unsupported Digital Asset that is sent to a wallet associated with your Business Account. Coinbase may in its sole discretion terminate support for any particular Digital Asset. If you do not sell or send such Digital Asset off platform before Coinbase terminates its support for such Digital Asset, then Coinbase may, in its discretion, remove such Digital Asset from your Digital Asset Wallet and credit your Digital Asset Wallet or USD Wallet the equivalent market value of a Supported Digital Asset or fiat currency minus transaction costs. If you have any questions about our current list of Supported Digital Assets, please visit* **https://help.coinbase.com**.

**2.4. Supplemental Protocols Excluded**. Unless otherwise specifically announced on the Coinbase Site or as set forth in this Agreement, Supported Digital Assets excludes all other protocols and/or functionality which supplement or interact with the Supported Digital Asset. This exclusion includes but is not limited to: metacoins, colored coins, side chains, or other derivative, enhanced, or forked protocols, tokens, or coins or other functionality, such as staking, protocol governance, and/or any smart contract functionality, which may supplement or interact with a Supported Digital Asset. Do not use your Business Account to attempt to receive, request, send, store, or engage in any other type of transaction or functionality involving any such protocol as the Coinbase Site is not configured to detect, secure, or process these transactions and functionality. Any attempted transactions in such items will result in loss of the item. *You acknowledge and agree that other than as set forth in this Agreement supplemental protocols are excluded from Supported Digital Assets and that Coinbase has no liability for any losses related to supplemental protocols.*

**2.5. Fungibility of Certain Digital Assets**. You acknowledge and agree that Coinbase may hold Supported Digital Assets in your Digital Asset Wallets in a variety of different ways, including across multiple blockchain protocols, such as layer two networks, alternative layer one networks, or side chains. In connection with its holding of Supported Digital Assets in your Digital Asset Wallets, Coinbase may transfer such Digital Assets off of the primary blockchain protocol and hold such Digital Assets on shared blockchain addresses, controlled by Coinbase, on alternative blockchain protocols in forms compatible with such protocols. You agree that all forms of the same Digital Asset that are held and made available across multiple blockchain protocols may be treated as fungible and the equivalent of each other, without regard to (a) whether any form of such Digital Asset is wrapped or (b) the blockchain protocol on which any form of such Digital Asset is stored.

**2.6. Operation of Digital Asset Protocols**. Coinbase does not own or control the underlying software protocols which govern the operation of Digital Assets. Generally, the underlying protocols are open source, and anyone can use, copy, modify, and distribute them. We assume no responsibility for the operation of the underlying protocols and do not guarantee the functionality or security of network operations. In particular, the underlying protocols may be subject to sudden changes in operating rules (including "forks"). Any such operating changes may materially affect the availability, value, functionality, and/or the name of the Digital Assets in your Digital Asset Wallet or other wallet. Coinbase does not control the timing and features of these operating changes. It is your responsibility to make yourself aware of upcoming operating changes and you must carefully consider publicly available information and information that may be provided by Coinbase in determining whether to continue to use a Business Account for the affected Digital Asset. In the event of any such operational change, Coinbase reserves the right to take such steps as may be necessary to protect the security and safety of assets held on the Coinbase Site, including without limitation, temporarily suspending operations for the involved Digital Asset(s); Coinbase will endeavor to provide you notice of its response to any material operating change; however, such changes are outside of Coinbase's control and may occur without notice to Coinbase. Coinbase's response to any operating change is subject to its sole discretion and may include deciding not to support any new Digital Asset, fork, or other actions. *You acknowledge and accept the risks of operating changes to Digital Asset protocols and agree that Coinbase is not responsible for such operating changes and not liable for any loss of value you may experience as a result of such changes in operating rules. You acknowledge and accept that Coinbase has sole discretion to determine its response to any operating change and that we have no responsibility to assist you with unsupported currencies or protocols. You further acknowledge and accept that Coinbase has no responsibility to support new Digital Asset forks or operating changes for Digital Assets.*

**2.7. Digital Asset Custody and Title**. All Supported Digital Assets held in your Digital Asset Wallet are custodial assets held by Coinbase for your benefit, as described in further detail below.

**2.7.1. Ownership**. Title to Supported Digital Assets shall at all times remain with you and shall not transfer to Coinbase. All interests in Digital Assets we hold for Digital Asset Wallets are held for customers, are not property of Coinbase, and are not subject to claims of Coinbase's creditors. As owner of the Supported Digital Assets in your Digital Asset Wallet, you shall bear all risk of loss of such Supported Digital Assets. Coinbase shall have no liability for Supported Digital Asset fluctuations or loss. None of the Supported Digital Assets in your Digital Asset Wallet are the property of, or shall or may be loaned to, Coinbase; Coinbase does not represent or treat assets in User's Digital Assets as belonging to Coinbase. Coinbase may not grant a security interest in the Supported Digital Assets held in your Digital Asset Wallet. Except as required by law, or except as provided herein, Coinbase will not sell, transfer, loan, hypothecate, or otherwise alienate Supported Digital Assets in your Digital Asset Wallet unless instructed by you.

**2.7.2 Application of the Uniform Commercial Code**. Supported Digital Assets in the Digital Asset Wallet will be treated as "financial assets" under Division 8 of the California Uniform Commercial Code ("Division 8"). Coinbase is a "securities intermediary" as used in Division 8 with respect to Supported

Digital Assets, and your Digital Asset Wallet is a "securities account" as used in Division 8. As stated in Division 8, "the characterization of a person, business, or transaction for purposes of this division does not determine the characterization of the person, business, or transaction for purposes of any other law, regulation, or rule," including the United States Commodity Exchange Act and any federal, state, or foreign securities law or regulation. Coinbase will comply with your instructions with respect to your Supported Digital Assets, subject to the terms of this User Agreement.

**2.7.3. Control and Customer Instructions.** You control the Digital Assets held in your Digital Asset Wallet. At any time, subject to outages, downtime, protocol requirements, time to conduct blockchain operations to fulfill your request, and other applicable policies, you may withdraw your Supported Digital Assets by instructing Coinbase to debit the applicable Supported Digital Asset from your Digital Asset Wallet and transfer the Digital Assets to a different blockchain address. As long as you continue to hold Supported Digital Assets with Coinbase, Coinbase shall retain control over electronic private keys associated with blockchain addresses operated by Coinbase, including the blockchain addresses used to hold the Supported Digital Assets credited to your Digital Asset Wallet.

**2.7.4. Omnibus Accounts.** In order to more securely and effectively custody assets, Coinbase may use shared blockchain addresses, controlled by Coinbase, to hold Supported Digital Assets for Digital Asset Wallets on behalf of customers and/or held on behalf of Coinbase. Although we maintain separate ledgers for customers' accounts and accounts held by Coinbase for its own benefit, Coinbase shall have no obligation to create a segregated blockchain address for your Supported Digital Assets.

**2.7.5. Governance and Voting.** For certain Digital Assets, the underlying protocols offer stakers the ability to vote on matters related to the governance of protocol-level issues. Coinbase may or may not support voting for such assets, and may cease supporting voting at any time in its discretion. Coinbase will comply with your instruction to vote your Supported Digital Assets to the extent Coinbase or its affiliate supports voting for such Supported Digital Assets. In certain cases, Coinbase may vote on your behalf where Coinbase or the applicable protocol does not support delegated voting; in those instances, Coinbase will vote with the protocol's recommendation.

**2.8. USD Wallet.** Your USD Wallet allows you to hold and transfer USD with your Business Account as described in Section 3 below. To the extent your USD is held as cash, the balance of your USD Wallet is maintained in pooled custodial accounts at one or more financial institutions insured by the Federal Deposit Insurance Corporation ("**FDIC**") or the National Credit Union Share Insurance Fund ("**NCUSIF**"). Coinbase may also place your funds in liquid investments, which may include but are not limited to U.S. treasuries or U.S. government money market funds, in accordance with state money transmitter laws. Your funds may be held in any one of these manners. Our custodial cash accounts have been established in a manner to make available pass-through FDIC or NCUSIF insurance available up to the per-depositor coverage limit then in place (currently $250,000 per account holder). Availability of pass-through insurance is contingent upon factors including Coinbase having correct information about you as a customer and maintaining accurate records, and on the determination by the relevant federal regulator as receiver, at the time of a receivership of a bank or credit union holding a custodial account. The current list of the insured depository institutions at which Coinbase may deposit customer funds is located here. Coinbase is not an FDIC-insured bank or NCUSIF-insured credit union. Coinbase owns the interest or other earnings on these investments. Coinbase will not use customer funds for its operating expenses or any other corporate purposes. You agree that Coinbase, acting in good faith and in the regular course of business, is the custodian of depository records for your cash held at financial institutions.

**2.9. USDC Wallets.** You may elect to buy USD Coin ("**USDC**") from Coinbase, a Digital Asset issued by Circle Internet Financial ("**Circle**") and supported by Coinbase. You are the owner of the balance of your USDC Wallet. Coinbase is not the issuer of USDC, does not hold reserves for USDC, and has no obligation to repurchase your USDC for USD. You can redeem your USDC with Circle, and Coinbase may also elect to repurchase your USDC in exchange for USD. You agree to be bound by the terms of the Circle USDC User Agreement (located at https://www.circle.com/legal/usdc-terms), which provides additional obligations, undertakings, and limitations with respect to USDC.

# 3. Payment Services, Purchase & Sale Transactions, and Credit Transactions

**3.1. USD Funds.** You can load funds into your USD Wallet from a valid bank account held by your company via wire transfer. Your USD balance is in a pending state and will not be credited to your USD Wallet until after the bank transfer has cleared, usually within five (5) business days. We may debit your linked bank account as soon as you initiate payment. The company name on your Payment Method must match the company name verified on your Business Account. Coinbase may elect to make automated clearing house (ACH) transfers or other payment methods available to you at our discretion.

**3.2. Transactions on the Coinbase Site.** When you buy or sell Supported Digital Assets on the Coinbase Site (which, for clarity, does not include transactions with Third Party Services (as defined below)), you are not buying Supported Digital Assets from Coinbase or selling Supported Digital Assets to Coinbase. Coinbase acts as the agent, transacting on your behalf, to facilitate that purchase or sale between you and other Coinbase customers. You can purchase Supported Digital Assets on the Coinbase Site using: (i) funds in your USD Wallet; or (ii) Supported Digital Assets held in certain Digital Asset Wallets, as permitted by Coinbase; or (iii) other payment methods Coinbase may make available to you at our discretion (each a "**Payment Method**"). Your purchase must follow the relevant instructions on the Coinbase Site. Coinbase reserves the right to cancel any transaction not confirmed by you within five (5) seconds after Coinbase quotes a transaction price. A purchase of Supported Digital Assets using a Payment Method generally will initiate on the business day we receive your instructions. Purchased Supported Digital Assets will usually be deposited in your Digital Asset Wallet instantly and can be exchanged for other Digital Assets. You will be able to sell or send Purchased Digital Assets as soon as

funds have settled to Coinbase, which in the case of a bank account usually takes up to five (5) business days. You can sell Supported Digital Assets and instruct Coinbase to deposit funds into your Coinbase USD Wallet or, where supported, a Digital Asset Wallet. Supported Digital Asset purchases and sales on the Coinbase Site are collectively referred to herein as "**Digital Asset Transactions**". If Coinbase cannot complete your Digital Asset Transaction for any reason (such as price movement, market latency, inability to find a counterparty for your transaction, or order size), Coinbase will reject the order and you will not be charged for a rejected transaction.

**3.3. Fees.** In general, Coinbase makes money when you purchase or sell Supported Digital Assets on the Coinbase Site. A description of the way fees are calculated can be found on our Pricing and Fees Disclosures Page. By using Coinbase Services you agree to pay all fees and, if applicable based on the service, a spread. While Coinbase reserves the right to adjust its pricing and fees and any applicable waivers at any time, we may provide at least 30 days' prior notice of certain changes to our pricing schedule, or terms, conditions and policies to users in some states where required by applicable law. We will also notify you of the final price of each transaction, inclusive of pricing and fees, when you authorize the transaction and in each receipt we issue to you. We may charge network fees (miner fees) to process a Digital Asset Transaction on your behalf. We will calculate the network fee at our discretion, and notify you of the network fee at or before the time you authorize the Digital Asset Transaction. Bank fees charged to Coinbase are netted out of transfers to or from Coinbase. You are responsible for paying any additional fees charged by your financial service provider. We will not process a transfer if associated bank fees exceed the value of the transfer. You may be required to deposit additional USD to cover bank fees if you desire to complete such a transfer.

**3.4. Recurring Digital Asset Transactions.** Coinbase may elect to make recurring Digital Asset Transactions available to you at our discretion.  If you initiate recurring Digital Asset Transactions, you authorize us to initiate recurring electronic payments in accordance with your selected Digital Asset Transaction and any corresponding Payment Method. This authorization will remain in full force and effect until you change your recurring transaction settings at https://www.coinbase.com/transactions or otherwise on the Coinbase Site. Your recurring transactions will occur in periodic installments,

based on your period selection (e.g., daily, weekly, monthly), until either you or Coinbase cancels the recurring order. Recurring transactions scheduled for the 29th, 30th, or 31st day of a month will be processed the earlier of the date scheduled or on the last day of the applicable month. For example, recurring transactions scheduled for the 31st will be processed on the 30th in April, June, September, and November. Your recurring transaction will be executed within the 24-hour day on the transaction date. Transaction times may vary.

If you select a U.S. Bank Account as your Payment Method for a recurring transaction, and such transaction falls on a weekend or holiday, or after bank business hours, the ACH credit or debit will be executed on the next business day, although the Digital Asset fees at the time of the regularly-scheduled transaction will apply. If your Bank is unable to process any electronic ACH debit entry, we will notify you of cancellation of the transaction and may use the remedies set forth in this User Agreement to recover any amount owed to Coinbase. You agree to notify Coinbase of any changes in your linked bank account information prior to a recurring transaction. Coinbase may, at any time, suspend or delay recurring transactions without notice or terminate recurring transactions by providing notice to you.

**3.5. Revocation.** When you give us instructions to purchase Supported Digital Assets, you cannot withdraw your consent to that purchase unless the purchase is not scheduled to occur until a future date e.g. you set up a recurring purchase of Supported Digital Assets (a "**Future Transaction**"). In the case of a Future Transaction, you may withdraw your consent up until the end of the business day before the date that the Future Transaction is scheduled to take place. To withdraw your consent to a Future Transaction, you must follow the instructions on the Coinbase Site.

**3.6. Unauthorized and Incorrect Transactions.** When a Digital Asset Transaction or USD transaction occurs using your Authorized Representative's credentials, we will assume that you authorized such transaction, unless you notify us otherwise. If you believe you did not authorize a particular transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible via our help page at https://help.coinbase.com or by phone at (888) 908-7930 (international call charges may apply). It is important that you regularly check your USD Wallet, Digital Asset Wallet, and any other wallets accessible through the Coinbase Site and your transaction history to ensure you notify us as soon as possible of any unauthorized or incorrect transactions. Reporting an unauthorized transaction does not guarantee Coinbase will be able to reverse the transaction or reimburse you for the transaction.

**3.7. Account Information.** You will be able to see your USD Wallet and Digital Asset Wallet balances using the Coinbase Site. You can also see your transaction history using the Coinbase Site, including (i) the amount (and currency) of each Digital Asset Transaction; (ii) a reference to the identity of the payer and/or payee (as appropriate); (iii) any fees charged (excluding any spread, or margin, over the prevailing market rate on Coinbase's trading platform); (iv) if applicable, the rate of exchange, and the amount (in the new currency) after exchange (where you are the payer) or the amount (in the original currency) before the exchange (where you are the payee); and (v) the date of each Digital Asset Transaction.

**3.8. Reversals & Cancellations.** You cannot cancel, reverse, or change any transaction marked as complete or pending. If your payment is not successful, if your Payment Method has insufficient funds, or if you reverse a payment made from funds in your bank account, you authorize Coinbase, in its sole discretion, either to cancel the transaction or to debit your other Payment Methods, including your USD Wallet or Digital Asset Wallet balances or other linked accounts, in any amount necessary to complete the transaction. You are responsible for maintaining an adequate balance to avoid overdraft, non-sufficient funds (NSF), or similar fees charged by your payment provider. We reserve the right to refuse to process, or to cancel, correct, clawback, or reverse, any Digital Asset Transaction or Transfers in our sole discretion, even after funds have been debited from your Account, in response to a subpoena, court order, or other government order; or if we suspect the transaction may: involve money laundering, terrorist financing, fraud, or any other type of financial crime; be erroneous; or relate to a Prohibited Use or a Prohibited Business as set forth in the Prohibited Use Policy. In such instances, Coinbase will

reverse the transaction and we are under no obligation to reinstate a purchase or sale order at the same price or on the same terms as the canceled transaction.

**3.9. Payment Services Partners.** Coinbase may use a third party payment processor to process any USD payment between you and Coinbase, including but not limited to payments in relation to your use of the Digital Asset Wallet or deposits or withdrawals from your USD Wallet, including your Business Account.

# 4. Digital Asset Transfers

**4.1. In General.** Your Digital Asset Wallet enables you to send Supported Digital Assets to, and request, receive, and store Supported Digital Assets from, third parties by giving instructions through the Coinbase Site. Your transfer of Supported Digital Assets between your other Digital Asset wallets (including wallets off the Coinbase Site) and to and from third parties is a "Digital Asset Transfer". We recommend you send a small amount of Supported Digital Assets as a test before sending a significant amount of Supported Digital Assets.

**4.2. Pending Transactions.** Once a Digital Asset Transfer is submitted to a Digital Asset network, the transaction will be unconfirmed and remain in a pending state for a period of time sufficient to allow confirmation of the transaction by the Digital Asset network. A Digital Asset Transfer is not complete while it is in a pending state. Pending Digital Asset Transfers that are initiated from a Business Account will reflect a pending transaction status and are not available to you for use on the Coinbase Site or otherwise while the transaction is pending.

**4.3. Inbound Digital Asset Transfers.** When you or a third party sends Digital Assets to a Coinbase Wallet from an external wallet not hosted on Coinbase ("**Inbound Transfers**"), the party initiating the transaction is solely responsible for executing the transaction properly, which includes ensuring that the Digital Asset being sent is a Supported Digital Asset that conforms to the particular wallet address to which funds are directed, including any required Destination Tag/Memo. **By initiating an Inbound Transfer, you attest that you are transacting in a Supported Digital Asset that conforms to the particular wallet address to which funds are directed. For example:**

- **If you select an Ethereum wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Ethereum alone, and not any other Digital Asset such as Bitcoin or Ethereum Classic.**

- **If you select a Bitcoin wallet address to receive funds, you attest that you are initiating an Inbound Transfer of Bitcoin alone, and not any other Digital Asset such as Bitcoin Cash or Ethereum.**

**Coinbase incurs no obligation whatsoever with regard to unsupported Digital Assets sent to a Business Account or with regard to Supported Digital Assets sent to an incompatible Digital Asset wallet address. If you send unsupported Digital Assets to a Business Account or Supported Digital Assets to an incompatible Digital Asset wallet address, then you will lose those Digital Assets.** For some lost Digital Assets, Coinbase may in its sole discretion offer you the option to attempt a recovery. We may charge fees to process the recovery attempt on your behalf. We will calculate all fees at our discretion, and notify you of the applicable fees at or before the time you authorize the recovery attempt. For more information, see our Pricing and Fees Disclosures Page. The actual amount recovered may differ from the estimated recovery amount. Coinbase does not evaluate the authenticity, safety, or security of unsupported Digital Assets. You acknowledge and agree that Coinbase is not liable for any loss incurred during the recovery attempt or subsequent use of the recovered Digital Asset.

Coinbase may from time to time determine types of Digital Assets that will be supported or cease to be supported. You acknowledge and agree that you may be required to pay network or miner's fees in order for an Inbound Transfer transaction to be successful. Insufficient network fees may cause an Inbound Transfer to remain in a pending state on a decentralized network outside of Coinbase's control, and we are not responsible for delays or loss incurred as a result of an error in the initiation of the transaction

and cannot reverse such transactions.

**4.4. Outbound Digital Asset Transfers.** When you send Supported Digital Assets from your Business Account to an external wallet ("Outbound Transfers"), such transfers are executed at your instruction by Coinbase. You should verify all transaction information prior to submitting instructions to us. Coinbase shall bear no liability or responsibility in the event you enter an incorrect blockchain destination address, incorrect Destination Tag/Memo, or if you send your Supported Digital Assets to an incompatible wallet. We do not guarantee the identity or value received by a recipient of an Outbound Transfer. Digital Asset Transfers cannot be reversed once they have been broadcast to the relevant Digital Asset network, although they may be in a pending state, and designated accordingly, while the transaction is processed by network operators. Coinbase does not control the Digital Asset network and makes no guarantees that a Digital Asset Transfer will be confirmed by the network. We may cancel or refuse to process any pending Outbound Digital Asset Transfers as required by law or any court or other authority to which Coinbase is subject in any jurisdiction. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**4.5. Transfers to a Recipient Email Address.** Coinbase allows you to initiate a Digital Asset Transfer to a Coinbase customer by designating that customer's email address. If you initiate a Digital Asset Transfer to an email address, and the recipient does not have an existing Business Account (or other type of Coinbase account), we will invite the recipient to open a Coinbase account. If the recipient does not open a Coinbase account within thirty (30) days, we will return the relevant Supported Digital Asset to your Digital Asset Wallet.

to your Digital Asset Wallet.

**4.6. Debts.** In the event that there are outstanding amounts owed to us hereunder, including in your Business Account, Coinbase reserves the right to debit your Business Account accordingly and/or to withhold amounts from funds you may transfer between your Business Accounts.

# 5. Data Protection and Security

**5.1. Business & Personal Data.** You acknowledge that we may process the business and personal data that you have provided or in the future provide to us in relation to your Authorized Representative and other individuals associated with your company, in connection with this Agreement, or the Coinbase Services. Accordingly, you represent and warrant that: (i) your disclosure to us of any personal data relating to individuals was or will be made in accordance with all applicable data protection and data privacy laws, and such data is accurate, up to date and relevant when disclosed; (ii) before providing any such personal data to us, you have read and understood our Privacy Policy, and have (or will at the time of disclosure have) provided a copy of that Privacy Policy (as amended from time to time), to any individual to whom you have shared their data with Coinbase; and (iii) if from time to time we provide you with a replacement version of the Privacy Policy, you will promptly read that notice and provide a copy to any individual whose personal data you have provided to us.

**5.2. Security Breach.** If you suspect that your Business Account or any of your security details have been compromised or if you become aware of any fraud or attempted fraud or any other security incident (including a cyber-security attack) affecting you and/or Coinbase (collectively a "Security Breach"), you must notify Coinbase Support immediately at https://help.coinbase.com or (888) 908-7930 and provide accurate and up to date information throughout the duration of the Security Breach. You must take any steps that we reasonably require to reduce or manage any Security Breach. Prompt reporting of a Security Breach does not guarantee that Coinbase will reimburse you for any losses suffered or be liable to you for any losses suffered as a result of the Security Breach.

**5.3. Computer Viruses.** We shall not bear any liability, whatsoever, for any damage or interruptions caused by any computer viruses or other malicious code that may affect your computer or other equipment, or any phishing, spoofing or other attack. We advise the regular use of a reputable and readily available virus screening and prevention software. You should also be aware that SMS and email services are vulnerable to spoofing and phishing attacks and should use care in reviewing messages purporting to originate from Coinbase. Always log into your Business Account through the Coinbase Site to review any transactions or required actions if you have any uncertainty regarding the authenticity of any communication or notice.

# 6. General Obligations, Taxes, Updating an Authorized Representative and Termination

**6.1. Limited License.** All content included in or made available through the Coinbase Services, Coinbase Site or any related content, materials and information such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software (collectively, the "Content") is the property of Coinbase or its affiliates or its content providers and protected by United States and international copyright laws. We grant you a limited, nonexclusive, nontransferable license, subject to the terms of this Agreement, to access and use the Coinbase Services, Coinbase Site, and Content solely for purposes approved by Coinbase from time to time. Any other use of the Coinbase Services, Coinbase Site or Content is expressly prohibited and all other right, title, and interest in the Coinbase Services, Coinbase Site or Content is exclusively the property of Coinbase and its licensors. You agree you will not copy, transmit, distribute, sell, license, reverse engineer, modify, publish, or participate in the transfer or sale of, create derivative works from, or in any other way exploit any of the Content, in whole or in part without the prior written consent of Coinbase.

"**Coinbase.com**", and the following non-exhaustive list, including COINBASE, COINBASE Logo, C Logo, COINBASE EXCHANGE, ROSETTA, COSTA, SKEW, TOSHI, COINBASE ONE, and BISON TRAILS; and without limitation, any graphics, logos, button icons, and service names included in or made available through any Content, and all logos related to the Coinbase Services or displayed on the Coinbase Site are either trademarks or trade dress of Coinbase or its licensors in the United States and other countries. You may not copy, imitate or use them without Coinbase's prior written consent for any purpose, including without limitation, in: connection with any product or service that is not authorized by Coinbase; any manner that is likely to cause confusion among customers; or a way that disparages or discredits Coinbase.

**6.2. Website Accuracy.** Although we intend to provide accurate and timely information on the Coinbase Site, the Coinbase Site (including, without limitation, the Content) may not always be entirely accurate, complete or current and may also include technical inaccuracies or typographical errors. In an effort to continue to provide you with as complete and accurate information as possible, information may be changed or updated from time to time without notice, including without limitation information regarding our policies, products and services. Accordingly, you should verify all information before relying on it, and all decisions based on information contained on the Coinbase Site are your sole responsibility and we shall have no liability for such decisions. Information provided by third parties, including historical price and supply data for Digital Assets, is for informational purposes only and Coinbase makes no representations or warranties to its accuracy. Links to third-party materials (including without limitation websites) may be provided as a convenience but are not controlled by us. You acknowledge and agree that we are not responsible for any aspect of the information, content, or services contained in any third-party materials or on any third-party sites accessible or linked to the Coinbase Site.

**6.3. Third-Party Applications.** If, to the extent permitted by Coinbase from time to time, you grant express permission to a third party to access or connect to your Business Account, either through the third party's product or service or through the Coinbase Site, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. You are fully responsible for all acts or omissions of any third party with access to your Business Account. Further, you acknowledge and agree that you will not hold Coinbase responsible for, and will indemnify Coinbase from, any liability arising out of or related to any act or omission of any third party with access to your Business Account. You may change or remove permissions granted by you to third parties with respect to your Business Account at any time through the tabs on the Account Settings page on the Coinbase Site.

**6.4. Your Content.** Some Coinbase Services let you share your company's content (for example text, images, video, graphics, audio or other materials, "**Your Content**"). Before sharing Your Content through the Services, you promise and attest that you own and control all of the intellectual property rights to Your Content (or that you have the necessary license rights to the content) and that Your Content is lawful. We reserve the right to remove Your Content at our discretion, without notice and without liability.

**6.4.1. License to use Your Content.** When you share Your Content through the Services, you retain your intellectual property rights in Your Content and you provide us with the following license to use Your Content: by using our Services you grant us a worldwide, non-exclusive, royalty-free, sublicensable, perpetual, and transferable license to host, publish, display, perform, reproduce, copy, distribute, communicate, modify, reformat, translate, or otherwise use Your Content (including your text, images, video, graphics, audio, files, communications, and any other content you provide) to operate, improve, develop, and promote our Services.

**6.5. Transaction Limits.** The use of all Coinbase Services may be subject to a limit on the amount of volume, stated in USD terms, you may transact or transfer in a given period (e.g., daily). To view your limits, login to your Business Account and visit https://www.coinbase.com/settings/account-levels . Your transaction limits may vary depending on your Payment Method, verification steps you have completed, and other factors. Coinbase, in our sole discretion, may adjust your limits or provide opportunities for you to request adjustments to your limits..

**6.6. Unclaimed Property.** If Coinbase is holding funds (whether fiat currency or Supported Digital Assets) in your account, and has no record of you accessing the Services for several years and is unable to contact you, applicable law may require Coinbase to deliver any such funds to the applicable state or jurisdiction as unclaimed property.

**6.7. Password Security; Contact Information.** You are responsible for creating a strong password and maintaining security and control of any and all electronic devices, IDs, email addresses, passwords, hints, personal identification numbers (PINs), API keys or any other codes that you use to access the Coinbase Services. In addition, you may choose to nominate two or more trusted contacts ("**Trusted Contacts**") to verify your identity when you take certain actions on your account, such as account recovery. You are responsible for ensuring that any Trusted Contacts you appoint are individuals that you know personally and trust, that you are able to contact them if and when you need to take certain actions, and that you keep your designated Trusted Contacts up to date. Any loss or compromise of the foregoing information, any personal information, and/or actions taken by your Trusted Contacts may result in unauthorized access to your Business Account by third-parties and the loss or theft of any Digital Assets and/or funds held in your Business Account and any associated accounts, including your linked bank account(s) and credit card(s). You are responsible for keeping your email address and telephone number up to date in your Business Account in order to receive any notices or alerts that we may send you. **You should never allow remote access or share your computer and/or computer screen with someone else when you are logged on to your Business Account. Coinbase will never under any circumstances ask you or your Trusted Contacts for your passwords, 2-factor authentication codes, or to screen share or otherwise seek to access your computer or account. Coinbase is not liable for any loss that you may sustain due to the compromise of your account login credentials (including passwordless credentials such as Passkeys and any other means of authentication) or resulting from your use of the Trusted Contacts feature. Coinbase is also not liable for your failure to follow or act on any notices or alerts that we may send to you.** In the event you believe your Business Account information has been compromised, contact Coinbase Support immediately at https://help.coinbase.com or (888) 908-7930.

**6.8. Taxes.** The tax treatment of Digital Asset transactions is uncertain, and it is your responsibility to determine what taxes, if any, arise from transactions using Coinbase Services under this Agreement. Users are solely responsible for reporting and paying any applicable taxes arising from transactions using Coinbase Services, and acknowledge that Coinbase does not provide investment, legal, or tax advice governing these transactions. You understand that Coinbase shall report information with respect to your transactions, payments, transfers, or distributions made by or to you with respect to your activities using Coinbase Services to a tax or governmental authority to the extent such reporting is required by applicable law. Coinbase also shall withhold taxes applicable to your transactions or to payments or distributions made or deemed made to you to the extent such withholding is required by applicable law. From time to time, Coinbase shall ask you for tax documentation or certification of your taxpayer status as required by applicable law, and any failure by you to comply with this request in the time frame identified may result in withholding and/or remission of taxes to a tax authority as required by applicable law. You should conduct your own due diligence and consult your own tax advisors before making any decisions with respect to Digital Asset transactions.

**6.9. Updating Authorized Representative.** For security reasons, if we receive legal documentation confirming your Authorized Representative is no longer entitled to access your Business Account, we will freeze your Business Account and during this time, no transactions may be completed until: (i) a new Authorized Representative has been identified by you; and (ii) we have received proof in a form satisfactory to us that the new Authorized Representative is entitled to access your Account.

**6.10. Suspension, Termination, and Cancellation.** Coinbase may suspend, restrict, or terminate your

access to any or all of the Coinbase Services, and/or deactivate or cancel your Business Account, with immediate effect for any reason at its sole discretion and is under no obligation to disclose the details of its decision to take such action with you. You acknowledge that Coinbase's decision to take certain actions, including limiting access to, suspending, or closing your account for any reason in our sole discretion, may be based on confidential criteria that are essential to Coinbase's risk management and security protocols. You agree that Coinbase is under no obligation to disclose the details of its risk management and security procedures to you.

You will be permitted to transfer Supported Digital Assets or funds associated with your hosted Digital Asset Wallet(s) and/or your USD Wallet(s) for ninety (90) days after Account deactivation or cancellation unless such transfer is otherwise prohibited (i) under applicable law, including but not limited to applicable sanctions programs; or (ii) by a facially valid subpoena or court order. You may close your Business Account at any time by visiting https://accounts.coinbase.com/profile/close. You will not be

charged for closing your Business Account, although you will be required to pay any outstanding amounts owed to Coinbase. You authorize us to cancel or suspend any pending transactions at the time of account closure.

Coinbase may discontinue or change any product, service, or feature, in its sole discretion, at any time. You agree that we may transfer you to a product or service that is reasonably similar to the discontinued or changed product or service, to the extent such product or service exists. We will provide you with prior notice of material changes, discontinuation, or the transfer related to a product, service, or feature, to the extent required or applicable.

**6.11. Export Controls and Sanctions**. Your use of the Coinbase Services and the Site is subject to applicable law including but not limited to export restrictions, end-user restrictions, antiterrorism laws, and economic sanctions. By sending, receiving, buying, selling, trading, or storing Digital Assets through the Site or Coinbase Services, you agree that you will comply with all applicable laws. You are not permitted to acquire Digital Assets or use any of the Coinbase Services through the Site if doing so would violate applicable laws and regulations, including but not limited to those of the United Nations Security Council, the United States (including prohibiting dealings with sanctioned persons identified by the U.S. Department of the Treasury's Office of Foreign Assets Control Specially Designated Nationals and Blocked Persons ("**SDN**"), or other U.S. non-SDN restricted or prohibited parties lists, and those prohibiting dealings with persons organized, resident, or located in comprehensively sanctioned jurisdictions), and/or any other applicable federal, state, municipal or local laws and regulations (each as amended from time to time).

**6.12 Consent to Receive Text Messages**. By opting in to receive text messages from Coinbase, you verify that the mobile number provided to Coinbase is true and accurate and that your Authorized Representative is the current subscriber or owner or primary user of any telephone number that you provide. By voluntarily providing your telephone number(s) and opting in to receiving text messages from Coinbase, you expressly agree to receive recurring automated text messages (such as SMS, MMS, or successor protocols or technologies) from Coinbase and understand that consent is not required to make any purchase. Message and data rates may apply and the frequency of messages varies. Your consent to receive automated texts is completely voluntary. You may opt-out at any time by replying STOP or receive support by replying HELP to any mobile message from us. Coinbase, carriers and other service providers which support Coinbase in delivering text messages are not responsible for any delayed or undelivered text messages. You acknowledge and agree to accept a final text message confirming your opt-out. We may use different numbers for different messaging purposes, so texting STOP to one number will not effectuate a stop request for all text messaging programs to which you are subscribed. If you would like to stop messages from multiple numbers, text STOP to each number to which you would like to unsubscribe. You agree to indemnify, defend, and hold harmless Coinbase for any claims, losses, liability, costs and expenses (including reasonable attorneys' fees) arising from any privacy, tort or other claims, including claims under the Federal Telephone Consumer Protection Act or any state law equivalents, including claims relating to your voluntary provision of a telephone number that is not owned by you. You can contact us via our help page at https://help.coinbase.com or by phone at (888) 908-7930 (international call charges may apply). Opt-in consent for text messages is not shared with any third party, except telecommunication technology providers (e.g. aggregators and providers of text message services) as defined in our Privacy Policy.

**6.13 Representations**. You agree that your Company is not a resident in or organized under the laws of any country with which transactions or dealings are prohibited by governmental sanctions imposed by the U.S., the United Nations, the European Union, the United Kingdom, or any other applicable jurisdiction (collectively, "Sanctions Regimes"), nor is it owned or controlled by a person, entity or government prohibited under an applicable Sanctions Regime.  You further agree that your company shall remain in full compliance with all applicable laws, rules, and regulations in each jurisdiction in which your company operates or otherwise uses the Services, including U.S. securities laws and regulations, as well as any applicable state and federal laws, including with applicable AML, anti-terrorist, anti-bribery/corruption, and Sanctions Regime laws and regulations, including, but not limited to, the Bank Secrecy Act, as amended by the USA PATRIOT Act (collectively, "AML and Sanctions Laws and Regulations"), and that your Company shall remain in good standing with all relevant government agencies, departments, regulatory, and supervisory bodies in all relevant jurisdictions in which your company does business, and you will immediately notify Coinbase if you cease to be in good standing with any regulatory authority.. You further agree that your Company has implemented ongoing customer sanctions screening against applicable Sanctions Regimes lists and that your Company will not instruct or otherwise cause Coinbase to hold any assets or engage in any transaction that would cause Coinbase to violate applicable AML and Sanctions Laws and Regulations.)  You further agree to provide Coinbase with information upon request required by Coinbase to satisfy its AML and Sanctions Regime obligations and that by executing this Agreement, your Company provides written consent to allow Coinbase to request and obtain any and all beneficial owner information regarding your Company that is maintained on any national beneficial ownership registry, including, but not limited to, the Beneficial Ownership Information Registry maintained by the U.S. Financial Crimes Enforcement Network ("FinCEN"),  in order to assist the Coinbase Entities in complying with their anti-money laundering and customer due diligence obligations, with the understanding that the Coinbase Entities

will only use such information for those purposes and will maintain the information pursuant to the confidentiality provisions of this Agreement. Finally, your Company agrees that it shall use the Services for commercial, business purposes only, limited to activities disclosed in the due diligence information submitted to Coinbase, and shall not include any personal, family or household purposes, and that your Company will promptly notify Coinbase in writing in the event you intend to use the Services in connection with any business activities not previously disclosed to Coinbase.

# 7. Feedback, Queries, Complaints, and Dispute Resolution

**7.1. Contact Coinbase.** If you have feedback, or general questions, contact us via our Customer Support webpage at https://help.coinbase.com. Coinbase requires that all legal documents (including civil subpoenas and complaints) be served on our registered agent for service of process. Current contact information for our registered agent in each state can be found here.

Please note that our registered agent will accept service only if the entity identified as the recipient of the document identically matches the name of the entity registered with the Secretary of State and for which our registered agent is authorized to accept service (Coinbase, Inc.). By accepting service of a legal document, Coinbase does not waive any objections we may have and may raise in response to such document.

**7.2. Formal Complaint Process.** If you have a complaint with Coinbase, you agree to first contact Coinbase through our support team to attempt to resolve any such dispute amicably. If we cannot resolve the dispute through Coinbase Support, you agree to use the Formal Complaint Process set forth below before filing any arbitration claim as described further in section 7.3 below. You must complete the Formal Complaint Process before filing any arbitration. If you do not complete it, then you agree that your claim or action must be dismissed from arbitration.

**7.2.1. Procedural Steps.** In the event that the dispute is not resolved through your contact with Coinbase Support, you agree to use our complaint form to describe your dispute, how you would like us to resolve the complaint, and any other relevant information. The complaint form can be found here or can be requested from Coinbase Customer Support. If you prefer to send a written complaint via mail, please include as much information as possible in describing your complaint and how you would like us to resolve the complaint, including your support case number and any other relevant information to Coinbase, Inc., 1350 Ave of the Americas, Fl 2 #1143, New York, NY 10019. We will acknowledge receipt of your complaint form after you submit it. A Coinbase customer relations agent will review and evaluate your complaint based on the information you have provided and information in the possession of Coinbase. The Formal Complaint Process is completed when Coinbase responds to your complaint or forty-five (45) business days after the date we receive your complaint, whichever occurs first.

**7.3. Arbitration.** Any Claim arising out of or relating to this Agreement, or the breach, termination, enforcement, interpretation or validity thereof, including any determination of the scope or applicability of the agreement to arbitrate as set forth in this Section 7.3, shall be determined by arbitration in the state of California or another mutually agreeable location, before one neutral arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures, and the award of the arbitrator (the **"Award"**) shall be accompanied by a reasoned opinion. Judgment on the Award may be entered in any court having jurisdiction. This Agreement shall not preclude the Parties from seeking provisional relief, including injunctive relief, in any court of competent jurisdiction. Seeking any such provisional relief shall not be deemed to be a waiver of such party's right to compel arbitration. The Parties expressly waive their right to a jury trial to the extent permitted by applicable law. Neither party has the right to arbitrate on a class or representative basis any dispute, controversy, or claim arising out of relating to this Agreement.

**7.3.1. Arbitration Fees.** In any arbitration arising out of or related to this Agreement, the arbitrator shall award to the prevailing party, if any, as determined by the arbitrator, all of its costs and fees. "Costs and fees" mean all reasonable pre-award expenses of the arbitration, including the arbitrator's fees, administrative fees, travel expenses, out-of-pocket expenses such as copying and telephone, court costs, witness fees, and attorneys' fees.

**7.3.2. Choice of Law.** The Parties acknowledge that this Coinbase Agreement evidences a transaction involving interstate commerce. Notwithstanding the provision herein with respect to applicable substantive law, any arbitration conducted pursuant to the terms of this Agreement shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16).

# 8. Liabilities & Indemnification

**8.1. Release of Coinbase; Indemnification.** If you have a dispute with one or more users of the Coinbase Services, you release Coinbase, its affiliates and service providers, and each of their respective officers, directors, agents, joint venturers, employees and representatives from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. You agree to indemnify and hold Coinbase, its affiliates and service providers, and each of its or their respective officers, directors, agents, joint venturers, employees and representatives, harmless from any claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any regulatory authority) arising out of or related to your breach of this Agreement or your violation of any law, rule or regulation, or the rights of any third party.

**8.2. Limitation of Liability; No Warranty.** IN NO EVENT SHALL COINBASE, ITS AFFILIATES AND SERVICE PROVIDERS, OR ANY OF THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES OR REPRESENTATIVES, BE LIABLE (I) FOR ANY AMOUNT GREATER THAN THE VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET AT THE TIME OF THE

EVENT OR CIRCUMSTANCE GIVING RISE TO YOUR CLAIM OR (II) FOR ANY LOST PROFITS, LOSS OF GOODWILL OR REPUTATION, LOSS OF DATA, DIMINUTION IN VALUE OR BUSINESS OPPORTUNITY, ANY LOSS, DAMAGE, CORRUPTION OR BREACH OF DATA OR ANY OTHER INTANGIBLE PROPERTY OR ANY SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, OR CONSEQUENTIAL DAMAGES, WHETHER BASED IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, ARISING OUT OF OR IN CONNECTION WITH ANY USE OF THE COINBASE SITE OR THE COINBASE SERVICES, OR THIS AGREEMENT, EVEN IF COINBASE HAS BEEN ADVISED OF OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE, EXCEPT TO THE EXTENT OF A FINAL JUDICIAL DETERMINATION THAT SUCH DAMAGES WERE A RESULT OF COINBASE'S GROSS NEGLIGENCE, FRAUD, WILLFUL MISCONDUCT OR INTENTIONAL VIOLATION OF LAW. THIS MEANS, BY WAY OF EXAMPLE ONLY (AND WITHOUT LIMITING THE SCOPE OF THE PRECEDING SENTENCE), THAT IF YOU CLAIM THAT COINBASE FAILED TO PROCESS A BUY OR SELL TRANSACTION PROPERLY, YOUR DAMAGES ARE LIMITED TO NO MORE THAN THE LESSER OF THE VALUE OF THE SUPPORTED DIGITAL ASSETS AT ISSUE IN THE TRANSACTION OR THE TOTAL VALUE OF THE SUPPORTED DIGITAL ASSETS ASSOCIATED WITH YOUR DIGITAL ASSET WALLET, AND THAT YOU MAY NOT RECOVER FOR LOST PROFITS, LOST BUSINESS OPPORTUNITIES, DIMINUTION IN VALUE OR OTHER TYPES OF SPECIAL, INCIDENTAL, INDIRECT, INTANGIBLE, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES ARISING OUT OF OR RELATING TO DIGITAL ASSETS THAT ARE NOT SUPPORTED DIGITAL ASSETS. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

THE COINBASE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, COINBASE SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND/OR NON-INFRINGEMENT. COINBASE DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO THE COINBASE SITE, ANY PART OF THE COINBASE SERVICES, OR ANY OF THE MATERIALS CONTAINED THEREIN, WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY, OR ERROR-FREE. COINBASE DOES NOT GUARANTEE THAT ANY ORDER WILL BE EXECUTED, ACCEPTED, RECORDED OR REMAIN OPEN. EXCEPT FOR THE EXPRESS STATEMENTS SET FORTH IN THIS AGREEMENT, YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU HAVE NOT RELIED UPON ANY OTHER STATEMENT OR UNDERSTANDING, WHETHER WRITTEN OR ORAL, WITH RESPECT TO YOUR USE AND ACCESS OF THE COINBASE SERVICES AND COINBASE SITE. WITHOUT LIMITING THE FOREGOING, YOU HEREBY UNDERSTAND AND AGREE THAT COINBASE WILL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO: (I) ANY INACCURACY, DEFECT OR OMISSION OF DIGITAL ASSET PRICE DATA, OR ANY ERROR, DELAY OR INTERRUPTION IN THE TRANSMISSION OF SUCH DATA; (II) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING OUR WEBSITES, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES OR ANY WEBSITE OR SERVICE LINKED TO OUR WEBSITE; (III) GLITCHES, BUGS, ERRORS, OR INACCURACIES OF ANY KIND IN OUR WEBSITES, SOFTWARE, SYSTEMS OPERATED BY US OR ON OUR BEHALF OR ANY OF THE COINBASE SERVICES; OR (IV) A SUSPENSION OR OTHER ACTION TAKEN WITH RESPECT TO YOUR BUSINESS ACCOUNT.

Coinbase will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts and check issuances are processed in a timely manner but Coinbase makes no representations or warranties regarding the amount of time needed to complete processing which is dependent upon many factors outside of our control.

The foregoing limitations of damages, liability and no warranty provisions set forth above in this Section 8.2 are fundamental elements of the basis of the bargain between Coinbase and you.

# 9. General Provisions

**9.1. Entire Agreement.** This Agreement, the Privacy Policy, E-Sign Disclosure and Consent Policy, Prohibited Use Policy, and Appendices incorporated by reference herein comprise the entire understanding and agreement between you and Coinbase as to the subject matter hereof, and supersedes any and all prior discussions, agreements and understandings of any kind (including without limitation any prior versions of this Agreement), between you and Coinbase. Section headings in this Agreement are for convenience only and shall not govern the meaning or interpretation of any provision of this Agreement. This Agreement is a legal, valid, and binding obligation, enforceable against your Company in accordance with its terms.

**9.2. Assignment.** We reserve the right to assign our rights without restriction, including without limitation to any Coinbase affiliates or subsidiaries, or to any successor in interest of any business associated with the Coinbase Services. In the event that Coinbase is acquired by or merged with a third party entity, we reserve the right, in any of these circumstances, to transfer or assign the information we have collected from you as part of such merger, acquisition, sale, or other change of control. You may not assign any rights and/or licenses granted under this Agreement. Any attempted transfer or assignment by you in violation hereof shall be null and void. Subject to the foregoing, this Agreement will bind and inure to the benefit of the parties, their successors and permitted assigns.

**9.3. Severability.** If any provision of this Agreement shall be determined to be invalid or unenforceable under any rule, law, or regulation of any local, state, or federal government agency, such provision will be changed and interpreted to accomplish the objectives of the provision to the greatest extent possible under any applicable law and the validity or enforceability of any other provision of this Agreement shall not be affected.

**9.4. Survival.** All provisions of this Agreement which by their nature extend beyond the expiration or termination of this Agreement, including, without limitation, sections pertaining to suspension or termination, Business Account cancellation, debts owed to Coinbase, general use of the Coinbase Site, disputes with Coinbase, and general provisions, shall survive the termination or expiration of this

Agreement.

**9.5. Governing Law.** You agree that the laws of the State of California, without regard to principles of conflict of laws, will govern this Agreement and any dispute, except to the extent governed by federal law.

**9.6. Force Majeure.** We shall not be liable for delays, failure in performance or interruption of service which result directly or indirectly from any cause or condition beyond our reasonable control, including but not limited to, significant market volatility, act of God, act of civil or military authorities, act of terrorists, civil disturbance, war, strike or other labor dispute, fire, interruption in telecommunications or Internet services or network provider services, failure of equipment and/or software, pandemic, other catastrophe or any other occurrence which is beyond our reasonable control and shall not affect the validity and enforceability of any remaining provisions.

**9.7. Non-Waiver of Rights.** This Agreement shall not be construed to waive rights that cannot be waived under applicable laws, including applicable state money transmission laws in the state where you are located. In addition, our failure to insist upon or enforce strict performance by you of any provision of this Agreement or to exercise any right under this Agreement will not be construed as a waiver or relinquishment to any extent of our right to assert or rely upon any such provision or right in that or any other instance.

**9.8. Relationship of the Parties.** Coinbase is an independent contractor for all purposes. Nothing in this Agreement is intended to or shall operate to create a partnership or joint venture between you and Coinbase, or authorize you to act as agent of Coinbase.

# APPENDIX 1: E-Sign Disclosure and Consent

This policy describes how Coinbase delivers communications to you electronically. We may amend this policy at any time by providing a revised version on our website. The revised version will be effective at the time we post it. We will provide you with prior notice of any material changes via our website.

**Electronic Delivery of Communications**

You agree and consent to receive electronically all communications, agreements, documents, notices and disclosures (collectively, "Communications") that we provide in connection with your Business Account and your use of Coinbase Services. Communications include:

- Terms of use and policies you agree to (e.g., the Coinbase Business User Agreement and Privacy Policy), including updates to these agreements or policies;

- Account details, history, transaction receipts, confirmations, and any other Account or transaction information;

- Legal, regulatory, and tax disclosures or statements we may be required to make available to you; and

- Responses to claims or customer support inquiries filed in connection with your Account.

You consent to the use of electronic signatures in connection with your use of the Services.You specifically agree, opt in and consent to Paperless Delivery of Tax Forms Agreement available at https://accounts.coinbase.com/taxes/settings. You may opt out at any time via the same link.

We will provide these Communications to you by posting them on the Coinbase Site, emailing them to you at the primary email address listed in your Business Account profile, communicating to you via instant chat, and/or through other electronic communication such as text message or mobile push notification.

**Hardware and Software Requirements**

In order to access and retain electronic Communications, you will need the following computer hardware and software:

- A device with an Internet connection;

- A current web browser that includes 128-bit encryption (e.g. Internet Explorer version 9.0 and above, Firefox version 3.6 and above, Chrome version 31.0 and above, or Safari 7.0 and above) with cookies enabled;

- A valid email address (your primary email address on file with Coinbase); and

- Sufficient storage space to save past Communications or an installed printer to print them.

**How to Withdraw Your Consent**

You may withdraw your consent to receive Communications electronically by contacting us at

You may withdraw your consent to receive Communications electronically by contacting us at https://help.coinbase.com. If you fail to provide or if you withdraw your consent to receive Communications electronically, Coinbase reserves the right to immediately close your Business Account or charge you additional fees for paper copies.

**Updating your Information**

It is your responsibility to provide us with a true, accurate and complete e-mail address and contact information for your company, and to keep such information up to date. You understand and agree that if Coinbase sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, Coinbase will be deemed to have provided the Communication to you.

You may update your information by logging into your account and visiting settings or by contacting our support team at https://help.coinbase.com.

# APPENDIX 2: State License Disclosures

Coinbase maintains licenses to engage in money transmission activities in many states, and these licenses may impact our provision and your use of certain Coinbase Services depending on where you live. Coinbase's licenses and corresponding required disclosures can be found on the Coinbase Licenses page, which is incorporated by reference.

If you live in the following jurisdictions, we are required to provide you with the following information:

**Alaska** If your issue is unresolved by Coinbase, Inc., 1-888-908-7930, please submit formal complaints with the State of Alaska, Division of Banking & Securities.

Please download the form here:

https://www.commerce.alaska.gov/web/portals/3/pub/DBSGeneralComplaintFormupdated.pdf

Submit formal complaint form with supporting documents: Division of Banking & Securities PO Box 110807 Juneau, AK 99811-0807

If you are an Alaska resident with questions regarding formal complaints, please email us at dbs.licensing@alaska.gov or call Nine Zero Seven Four Six Five Two Five Two One

**Arizona** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may complete an Online Complaint Form as stated on the File a Complaint against a Financial Institution or Enterprise page: https://difi.az.gov/complaint

Or the AZ e-Licensing Portal for filing a complaint: https://elicense.az.gov/ARDC_FileComplaint

Or you may call the AZ Financial Institutions Division: (602) 771-2800 | Toll-free: (800) 544-0708

**Arkansas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us.

If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file the completed complaint form by e-mailing to ASDInfo@securities.arkansas.gov or by mailing at:

1 COMMERCE WAY, SUITE 402 LITTLE ROCK, ARKANSAS 72202 TELEPHONE: (501) 324-9260 FACSIMILE: (501) 324-9268

**Colorado** MO7 Customer Notice - COLORADO MONEY TRANSMITTERS ACT

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Colorado Division of Banking.

The Complaint Process

All consumer complaints filed with the Colorado Division of Banking must be submitted in writing. All consumer complaints filed with the Division must be submitted in writing. You will not fill out the form online. Instead, you must download the file to your own device and edit that version. When completing the form, please provide detailed information and fill it out completely.

Complaint Form (PDF)

Send the complaint and supporting documentation by regular mail, facsimile, or electronic mail (e-mail) to the Colorado Division of Banking. NOTE: If filing electronically, scan and/or save the completed complaint form with related attachments to a PDF file, a Word doc, or Zip file, and attach to your E-mail.

Colorado Division of Banking 1560 Broadway, Suite 975, Denver, CO 80202 Phone: 303-894-7575 Fax: 303-

894-7570 E-mail: DORA_BankingWebsite@state.co.us

**District of Columbia** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Department at:

District of Columbia Department of Insurance, Securities and Banking 1050 First St., NE, Suite 801 Washington, DC 20002 Phone: (202) 727-8000 Fax: (202) 354-1085 E-mail: disbcomplaints@dc.gov

Consumer Complaint Form Mail-in Version

**Florida** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Florida Office of Financial Regulation at: Online: https://flofr.gov/sitePages/FileAComplaint.htm. To file your complaint, you will need to register electronically through Online Services. A valid email address is required.

Florida Office of Financial Regulation - Consumer Finance 200 E. Gaines Street, Tallahassee, FL 32399-0376 850-487-9687

FL Office of Financial Regulation Complaint Portal: https://flofr.gov/sitePages/FileAComplaint.htm

**Georgia** Licensed by The Georgia Department of Banking and Finance. (Lic. # 42796/ NMLS# 1163082).

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Georgia Department of Banking and Finance - Consumer Resources: https://consumer.georgia.gov/resolve-your-dispute/how-do-i-file-a-complaint

**Illinois** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Illinois Division of Banking at:

Illinois Department of Financial and Professional Regulation Online: https://www.idfpr.com/DFI/DFIComplaintForm.asp

Division of Financial Institutions: Fill In and Print Complaint Form for Currency Exchange and Title Insurance https://www.idfpr.com/admin/DFI/F1717DFICHI.pdf

**Kansas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of the State Bank Commissioner.

If submitting electronically, submit your complaint here: https://www.osbckansas.org/consumers/file-a-complaint/

Mail or fax the completed consumer assistance form and attachments to:

Kansas Office of the State Bank Commissioner: Attn: Consumer Affairs 700 SW Jackson St,

Suite 300 Topeka, KS 66603 Fax: (785) 371-1229 Email: complaints@osbckansas.org

**Louisiana** Please note the money transmission license issued to Coinbase, Inc. by the Louisiana Office of Financial Institutions does not cover the exchange or transmission of virtual currency.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Office of Financial Institutions.

All complaints must be submitted in writing. To file a complaint, please complete the complaint form and send to OFI by mail, email, or fax.

Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the value of virtual currency.

- Transaction in virtual currency may be irreversible, and accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

- Some virtual currency transactions may be immediately effective when recorded on a public ledger, which is not necessarily the date or time that the customer initiates the transaction.

- The value of virtual currency may be derived from the continued willingness of market participants to exchange legal tender for virtual currency, which may result in the potential for permanent and

to exchange legal tender for fiat currency, which may result in the potential for permanent and total loss of value of a particular virtual currency if the market for the virtual currency declines or collapses for an extended period of time.

- Any surety bond required by law for the benefit of customers may not be sufficient to cover all losses incurred by customers.

- Customers should perform research before purchasing or investing in virtual currency.

- Please see Coinbase's Global Privacy Policy, which describes how Coinbase collects, uses and discloses personal information.

**Maryland** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Maryland Department of Labor.

The Commissioner of Financial Regulation for the State of Maryland will accept all questions or complaints from Maryland residents regarding [License No. 12-1163082 and NMLS ID: 1163082] by contacting the Commissioner's office at: 500 North Calvert Street, Suite 402, Baltimore, Maryland 21202, or (888) 784-0136. Additional information about Coinbase, Inc. may be obtained at www.nmlsconsumeraccess.org

**Minnesota** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file it by contacting the Minnesota Department of Commerce.

To make a complaint, please make a call contacting the following:

Minnesota Department of Commerce 85 8th Place East, Suite 208 Saint Paul, MN 55101 (Local) 651-539-1500 (Complaints) 651-539-1600

Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Mississippi** The Mississippi Department of Banking & Consumer Finance recommends that you attempt to resolve your complaint with the financial institution first by contacting Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us to allow the opportunity to resolve the issue(s). If you still have an unresolved complaint regarding Coinbase, Inc.'s money transmission activity, you may file you complain online at https://dbcf.ms.gov/complaint-form/

**Nevada** Coinbase, Inc. is licensed by the Nevada Department of Business and Industry as a money transmitter. At this time, the Nevada Department of Business and Industry does not license or regulate services related to virtual currency, including but not limited to virtual currency transmission or exchange which may be conducted by Coinbase.

If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the Nevada Department of Business and Industry at (702) 486-4120.

**New York** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender, is not backed by the government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Legislative and regulatory changes or actions at the state, federal, or international level may adversely affect the use, transfer, exchange, and value of virtual currency.

- Transactions in virtual currency may be irreversible, and, accordingly, losses due to fraudulent or accidental transactions may not be recoverable.

- Some virtual currency transactions shall be deemed to be made when recorded on a public ledger, which is not necessarily the date or time that the customer initiates the transaction.

- The value of virtual currency may be derived from the continued willingness of market participants

to exchange fiat currency for virtual currency, which may result in the potential for permanent and total loss of value of a particular virtual currency should the market for that virtual currency disappear.

- There is no assurance that a person who accepts a virtual currency as payment today will continue to do so in the future.

- The volatility and unpredictability of the price of virtual currency relative to fiat currency may result in significant loss over a short period of time.

- The nature of virtual currency may lead to an increased risk of fraud or cyber attack.

- The nature of virtual currency means that any technological difficulties experienced by Coinbase may prevent the access or use of a customer's virtual currency.

- Any bond or trust account maintained by Coinbase for the benefit of its customers may not be sufficient to cover all losses incurred by customers.

Coinbase, Inc. is regulated and licensed as a money transmitter by the New York State Department of Financial Services. If you have a question or complaint, please first contact the retail assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019.

For unresolved/written complaints, you may mail a complaint to New York State Department of Financial Services, Consumer Services Division, One State Street, New York, NY 10004-1417, (800) 342-3736, email: consumers@dfs.ny.gov, website: www.dfs.ny.gov/complaint.

**North Dakota** Coinbase, Inc. is licensed by the North Dakota Department of Financial Institutions as a money transmitter. If you have a question or complaint, please first contact the consumer assistance division of Coinbase at https://help.coinbase.com or (888) 908-7930, or at its mailing address: 1350 Ave of the Americas, Fl 2 # 1143, New York, NY 10019. If you have an unresolved question or complaint regarding the money transmission services provided by Coinbase, you may contact the North Dakota Department of Financial Institutions at (701)

328-9933.

**Please note the following disclosures associated with virtual currency:**

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Rhode Island** Please note the following disclosures associated with virtual currency:

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

**Tennessee** Coinbase, Inc. is licensed by the Tennessee Department of Financial Institutions as a money transmitter.

The Tennessee Department of Financial Institutions does not regulate virtual currency. Please note that this license and the required surety bond do not cover the transmission of virtual currency. The Tennessee Department of Financial Institutions does not regulate virtual currency. Tennessee's Money Transmitter License and the required surety bond do not cover the transmission of virtual currency. However, any company that offers to exchange, administer, or maintain virtual currencies for sovereign currency may be subject to state regulation and licensing as well as federal regulation. To verify a licensed Tennessee Money Transmitter, please click HERE or visit the NMLS Consumer Access website HERE.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase,

Inc. money transmission activity, please direct your complaint to: https://www.tn.gov/tdfi/tdfi-how-do-i/file-a-complaint.html or call the Tennessee Department of Financial Institutions at 1-800-778-4215

**Texas** If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, please direct your complaint to: https://www.dob.texas.gov/money-services-businesses/how-file-complaint

**Virginia** Coinbase, Inc. is licensed by the Virginia State Corporation Commission as a money transmitter, but such license does not cover the transmission of virtual currency (Bitcoin).

Washington Please note the following disclosures associated with virtual currency:

- Coinbase charges a Coinbase Fee when you buy, sell, or convert cryptocurrencies. The Coinbase Fee may be discounted based on the payment method you select. For transactions involving cryptocurrency valued under $200, the Coinbase Fee will not exceed $10. For all other transactions, the Coinbase Fee will not exceed 6% of the USD value of the cryptocurrency. Despite these maximums, the Coinbase Fee you will actually pay (which will not exceed the maximum) is calculated and displayed to you at the time you place your order and may be determined by a combination of factors, like your selected payment method, the size of the order, market conditions, and/or jurisdictional location.

- Virtual currency is not legal tender in the United States, is not backed by the United States government, and accounts and value balances are not subject to Federal Deposit Insurance Corporation or Securities Investor Protection Corporation protections.

- Transactions in virtual currency may be irreversible, and, accordingly, losses due to fraudulent, mistaken or accidental transactions may not be recoverable.  If you believe you did not authorize a particular transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible. Reporting an unauthorized transaction does not guarantee Coinbase will be able to reverse the transaction or reimburse you for the transaction.

- The nature of virtual currency may lead to an increased risk of fraud or cyber attack.

If you have a complaint, please contact Coinbase, Inc. at 1-888-908-7930 or https://help.coinbase.com/en/contact-us. If you still have an unresolved complaint regarding Coinbase, Inc. money transmission activity, you may file it by contacting the Washington Department of Financial Institutions at https://dfi.wa.gov/consumers/money-services-complaint

# APPENDIX 3:  Additional Services

In addition to the Services described in the Agreement, the following services ("Additional Services") may be made available by Coinbase to Coinbase Business customers that fulfill certain eligibility criteria. The provisions for each Additional Service herein apply to your use of such Additional Service, in addition to the other applicable provisions of the Agreement. If you do not use any Additional Services, then this Appendix does not apply to you.

## 1. USDC Rewards

**USDC IS NOT LEGAL TENDER. USDC IS A SUPPORTED DIGITAL ASSET AND COINBASE HAS NO RIGHT TO USE ANY USDC IN YOUR BUSINESS ACCOUNT. COINBASE IS NOT A DEPOSITORY INSTITUTION, AND YOUR USDC WALLET IS NOT A DEPOSIT ACCOUNT.**

**1.1. Eligibility.** If you are eligible, you can earn rewards for holding USDC in your Business Account. So long as you hold at least $1 of USDC in your Business Account, you will automatically earn amounts of USDC as described below in the "Calculation" section (**"USDC Rewards"**). If at any time you do not hold at least $1 of USDC in your Business Account, your enrollment in USDC Rewards will be paused until such time that you do hold at least $1 of USDC in your Business Account. During such period you will retain all USDC Rewards previously accrued but not yet distributed. Such accrued rewards will be distributed as described below in the "Calculation" section. If at any time you are deemed ineligible, your enrollment in USDC Rewards will be similarly paused. You can opt-out of, or back into, USDC Rewards at any time by following the instructions here. If you opt-out of USDC Rewards or close your Business Account, you will forfeit the rewards you have accrued (that are not yet distributed for the current calendar month) up to that time.

**1.2. Calculation.** Rewards are earned on a daily basis in the form of USDC at the then current USDC Rewards Rate. Our current USDC Rewards Rate can be found here. Our current USDC Rewards Annual Percentage Yield, which includes the effect of monthly compounding, can be found here and here. Rewards earned in a particular month are airdropped into your Coinbase USDC wallet within five (5) business days after the start of the next calendar month. USDC Rewards distributed to you are rounded-down to the nearest sixth decimal place. We use the Daily Balance Method to determine the rewards you earn for a particular day, using your average balance of USDC on that specific day as that day's balance. The rate used to determine rewards earned for a particular day is the then current USDC Rewards Rate divided by 365.

**1.3. Changes.** We reserve the right to change the USDC Rewards Rate Annual Percentage Yield at any time by notification [here](#) and [here](#) and by other reasonable means of notice (including e-mail). Unless otherwise stated in the notice, no change will be effective until the first day of the calendar month after such notice is made. We reserve the right to add, change, or delete any provision of these terms and to terminate the USDC rewards program, or your participation in the program, at any time upon notice made in the same manner.

**1.4. Definitions.**

"**USDC Rewards Rate**" means the annual rate of rewards earned on a USDC wallet, which does not reflect compounding. The current USDC Rewards Rate can be found [here](#).

"**USDC Rewards Annual Percentage Yield**" or "**APY**" means the percentage rate reflecting the total amount of USDC Rewards earned, based on the then current USDC Rewards Rate and end of month compounding for a 365-day period. The current USDC Rewards Annual Percentage Yield can be found [here](#) and [here](#).

"**Daily Balance Method**" means the application of the daily periodic rate (derived from the APY) to the calendar day average of USDC held in your USDC wallet each day.

# 2. Staking Services

Staking Services are **not available** to Coinbase Business customers at this time. However when available the following conditions shall apply.

When you hold Supported Digital Assets on Coinbase you may be given the option to "stake" eligible assets in a third party proof of stake network via staking services provided by Coinbase or an affiliate (including a third party validator operator). Please visit our [staking information page](#) for further details on how proof of stake works.

**1.1. Staking Services Are Optional and Do Not Affect Ownership.** Staking services may be available for some or all of your Supported Digital Assets. YOU ARE NOT REQUIRED TO STAKE WITH COINBASE AND YOU <u>CAN REQUEST TO UNSTAKE</u> AT ANY TIME. FOR MORE INFORMATION VISIT THE [HELP CENTER](#). If you choose to stake, Coinbase will perform blockchain operations involving your digital assets as described below. This instruction to stake your digital assets does not affect the ownership of your digital assets in any way. For the avoidance of doubt, the provisions for Digital Asset Custody and Title described in Section 2.7 above apply whether or not a digital asset is staked.

**1.2. The Service; Rewards; Commission; Limitations.** If you stake your assets with us, Coinbase, or one of its affiliates, will facilitate the staking of those assets on your behalf by acting as a transaction validator on the applicable network for the Supported Digital Asset you stake. Depending on the protocol, there may be a delay before your assets are eligible to participate in the transaction validation process and earn rewards. If Coinbase or an affiliate successfully performs a validation task in that Supported Digital Asset, you may earn a reward granted by that Supported Digital Asset's network. Rewards are determined by the protocols of the [applicable network](#). If the applicable network distributes any rewards in unstaked form, Coinbase will use commercially reasonable efforts to restake those rewards. You may request to unstake your accrued rewards at any time as described in Section 1.4 below. Rewards will be credited to your account by taking into account the amount of your principal and previously accrued rewards that remain staked with Coinbase. Coinbase will credit your account for any earned rewards after receipt by Coinbase, minus a commission. The current commission for each staking asset can be found in the [Help Center](#). Coinbase may change these published commissions at any time, including after your assets have been staked. Coinbase may also offer lower commissions for certain assets on a promotional basis, and these promotional commissions may differ among Coinbase users. You will be notified if you receive a promotional commission offer.

**1.3. Slashing.** Some Digital Asset networks subject staked assets to "slashing" if the transaction validator representing those assets incorrectly validates a transaction. Coinbase will use commercially reasonable efforts to prevent any staked assets from slashing; however, in the event they are, Coinbase will replace your assets so long as such penalties are not a result of: (i) protocol-level failures caused by bugs, maintenance, upgrades, or general failure; (ii) your acts or omissions; (iii) acts or omissions of any third party service provider; (iv) a force majeure event as defined in Section 9.6 of the Coinbase Business User Agreement; (v) acts by a hacker or other malicious actor; or (vi) any other events outside of Coinbase's reasonable control.

**1.4. Protocol Lockups and Unstaking.** Some Digital Asset networks require that a certain amount of staked assets be locked (restricted from sale or transfer) for a period of time while staking.

You will need to request for your staked assets to be unstaked before they can be sold or transferred. When you request to unstake, Coinbase will take blockchain operations on your behalf to wind-down your assets' participation in the validation process of the relevant protocol. These blockchain operations may take up to 48 hours to complete, in addition to any applicable protocol unstaking period. Depending on the protocol, you may or may not receive staking rewards during the unstaking process. Expected unstaking periods are estimates only. We will notify you when the unstaking process is complete.

**1.5. No Guarantee of Rewards.** You have no right to a reward until it is received by Coinbase. Rewards will be distributed to your account promptly after they are received by Coinbase, except that Boosted Staking Rewards will be distributed in the month after they are received by Coinbase, within the first 5 business days of the month. Unless otherwise specified, the "staking rewards rate" disclosed by Coinbase for a particular Supported Digital Asset is an annualized historical rate based on the staking rewards generated by Coinbase in providing staking services to Coinbase customers for that Supported

Digital Asset, minus our commission. This rate is an estimate and may change over time. COINBASE DOES NOT GUARANTEE THAT YOU WILL RECEIVE ANY STAKING REWARDS, INCLUDING THE STAKING REWARDS RATES OR BOOSTED STAKING REWARDS.

**1.6. Eligibility.** Users who wish to stake through Coinbase must meet certain eligibility requirements, as set forth here.  These requirements are subject to change.

**1.7. Ethereum Staking and Wrapping.** In some jurisdictions, you may choose to obtain the ability to sell, send, spend, or otherwise use your staked ETH by selecting, at your sole discretion, to wrap into a token that represents the ETH that you have staked plus associated rewards. This service is not available everywhere, and additional eligibility requirements may apply. By electing to wrap your staked ETH plus any associated rewards balance into the Coinbase Wrapped Staked ETH known as "cbETH" you understand and agree that:

(a) Once wrapped, you cannot redeem your staked ETH or claim any associated rewards except as described in Section 1.8 below.

(b) cbETH represents ownership of ETH staked with Coinbase in accordance with this Appendix

(including any associated rewards and minus any Coinbase fees and slashing penalties). By wrapping staked ETH as cbETH, you remain entitled to all of the economic value, risk, and rewards of the staked ETH.

(c) Selling or otherwise transferring cbETH automatically transfers ownership of the staked ETH and the right to redeem described in Section 1.8 below, and entitles the recipient to the attendant economic value, risk, and rewards of the staked ETH, subject to the terms of this Agreement.

(d) Staked ETH and associated rewards that have been wrapped as cbETH are held by Coinbase on behalf of holders of cbETH, and ownership of these assets shall not transfer to Coinbase. Section 2.7 of this Agreement shall apply to staked ETH and associated rewards held on behalf of cbETH holders to the same extent as staked ETH held by Coinbase on behalf of Coinbase customers.

(e) cbETH is an ERC-20 token and may be compatible with protocols or other software or technology provided by third parties.

(f) The staked ETH held by Coinbase on behalf of cbETH holders are subject to the risk of slashing described in 1.3 above. Depending on when you began staking ETH with Coinbase, you may lose certain slashing protection by wrapping your staked ETH.

In addition, you understand, agree and accept the following *risks* associated with electing to wrap into cbETH:

(g) Coinbase does not guarantee the value of your staked ETH principal or associated rewards.

(h) Coinbase is not responsible for any decrease in the value of your staked ETH principal or associated rewards.

(i) The price of cbETH could diverge from the price of ETH or staked ETH because of market fluctuations, which may be affected by the actions or inactions of market makers or other market participants who receive loans or other incentives to purchase cbETH.

(j) Coinbase does not guarantee that wrapping staked ETH will result in a successful exchange or sale of cbETH, and Coinbase will not backstop or otherwise intervene to guarantee cbETH liquidity.

(k) Coinbase does not guarantee the security or functionality of any third-party protocol, software or technology intended to be compatible with cbETH and is not responsible for any losses of cbETH due to the failure of third-party protocol, software or technology.

(l) As with the protocols for other Digital Assets, Coinbase does not own or control the underlying Ethereum protocol which governs the operation of cbETH.  Accordingly, cbETH is subject to Section 2.6 of this Coinbase Business User Agreement, like other Digital Assets.

(m) As with other Digital Assets, cbETH could be impacted by one or more regulatory actions, which could impede or limit the services we can provide with respect to cbETH.

**1.8. Unwrapping/Redemption of cbETH**

(a) If you hold cbETH in your Business Account and satisfy eligibility requirements, you may instruct Coinbase to "unwrap" your cbETH, thereby redeeming your cbETH for staked ETH plus any associated rewards and minus any Coinbase fees and slashing penalties. Staked ETH and any associated rewards will remain locked until you request unstaking and the protocol unstaking process is completed as described in Section 1.4 above.

(b) To unwrap cbETH, you will need to be a Coinbase customer with a Business Account in good standing and be eligible to stake ETH as described above. Additional geographic restrictions may apply, and eligibility is subject to change. Requests to unwrap cbETH may not be processed immediately.

# 3. Advanced Trading

Advanced Trading is **not available** to Coinbase Business customers at this time. However when available the following conditions shall apply.

If eligible, Coinbase Business users may access an order book for various Supported Digital Asset and Fiat Currency trading pairs (each an "**Order Book**") on the Coinbase Site ("**Advanced Trading**"). See your Business Account to see what Order Books are available within Advanced Trading. Coinbase does not offer Advanced Trading to customers in all jurisdictions. By accessing Advanced Trading or the Coinbase API for Advanced Trading, you accept and agree to be bound by the Trading Rules.

**1.1. Trading Fees.** By placing an order on Advanced Trading, you agree to pay all applicable fees and authorize Coinbase to automatically deduct fees directly from your account. Trading Fees are set forth in the Trading Rules and are available at https://www.coinbase.com/legal/trading_rules.

**1.2. Trading Account Use.** You may not sell, lease, furnish, or otherwise permit or provide access to your Trading Account to any other entity or to any individual that is not an employee or agent of your company. You accept full responsibility for your employees' or agents' use of Advanced Trading, whether such use is directly through Coinbase or by other means, such as those facilitated through API keys, and/or applications which you may authorize. You understand and agree that you are responsible for any and all orders, trades, and other instructions entered into Advanced Trading including identifiers, permissions, passwords, and security codes associated with your Business Account.

**1.3. Suspension and Cancellation.** In the event that your Business Account is suspended or terminated, we will immediately cancel all open orders associated with your account, block all withdrawals and bar the placing of further orders until resolution or account cancellation.

## Company

About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

## Learn

Explore
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

## Individuals

Buy & sell
Earn free crypto
Wallet
Card
Coinbase One

## Businesses

Asset Listings
Commerce

## Institutions

Prime
Staking
Exchange
International Exchange
Derivatives Exchange
Verified Pools

## Developers

Developer Platform
Base
Staking
Onramp
Wallets
Wallet SDK
Coinbase App
Exchange API
Prime API
Base Node
OnchainKit

## Support

Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access

Supported crypto
Status