# Exhibit B

| User | Action | Device ID | Resolution | IP | Location | Source | When |
|---|---|---|---|---|---|---|---|
| Julian Okuyiga | accepted_user_agreement | | -- | | | api | 2/17/2022, 11:10 AM PST |

```
⊖ {
  country : "US"
  version : "united_states"
}
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Julian Okuyiga | accepted_user_agreement | | -- | | | web | 5/10/2015, 02:27 PM PDT |

```
⊖ {
  country : "US"
  version : "united_states"
}
```