# Exhibit D

| User | Action | Device ID | Resolution | IP | Location | Source | When | Hide All Params |
|---|---|---|---|---|---|---|---|---|
| Michael Gonzalez | accepted_user_agreement | | -- | ▇▇▇▇▇ | | api | 2/6/2022, 06:04 PM PST | |

```
{
  country : "US"
  version : "united_states"
}
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michael Gonzalez | accepted_user_agreement | | -- | ▇▇▇▇▇ | | web | 6/7/2017, 07:52 PM PDT | |

```
{
  country : "US"
  version : "united_states"
}
```