# Exhibit G

**Update to the Coinbase User Agreement**
Coinbase <info@cb.mail.coinbase.com>
to me

# coinbase



Next week we will be updating our User Agreement so you know what to expect when you use our services. You'll be asked to accept our updated terms and conditions at that time, when you log into your Coinbase Account.

You can read the entire agreement here. However at a glance, here's what this update means for you:

- **Easier to Understand:** We've reorganized and modified our user agreement to make it more understandable to you and in line with our culture of clear communications.

- **Clarity on Dispute Resolution:** We've revised our arbitration agreement to streamline the process for resolving problems you may experience.

- **Transparent Product Terms:** We've consolidated the terms relating to many of our new products in a single appendix to make them easier to find.

- **Restrictions on Use of Services:** We've created a standalone policy to make it easy for you to understand how you may use our services.

- **Response to Regulatory and Legal Changes:** We've updated our tax language and some of our definitions to reflect the fact that crypto and crypto law is always on the move!

Please make sure you read the updated User Agreement and check out our help center article if you have any questions.

Thank you for being part of the crypto economy!

Team Coinbase

**Read more**

{{{ snippet "intl_footer_without_unsub" country_code }}}