# Exhibit H

# coinbase

# Updated User Agreement

**We're updating your User Agreement with Coinbase**

Please review and accept your updated terms and conditions to continue using your Coinbase account. For a summary of changes or if you have any questions, you can read more here.

**Coinbase User Agreement**

Last Updated: January 31, 2022

Welcome to Coinbase! This is a User Agreement between you (also referred to herein as "**User**," or "customer") and Coinbase Inc. ("**Coinbase**," "we," "us," and "our"). This User Agreement ("**Agreement**" or "**User Agreement**") governs your use of the services provided by Coinbase described below and such other services that may be offered by Coinbase from time to time ("**Coinbase Services**" or "**Services**"). By signing up to use a Coinbase account or service through coinbase.com, Coinbase's APIs, the Coinbase mobile application, or any other Coinbase website (collectively the "Coinbase Site"), you agree that you have read, understand, and accept all of the terms and conditions contained in this Agreement including our Privacy Policy, Cookie Policy, Prohibited Use

**Accept terms**

You can also sign out and review this at a later date.