# Exhibit I

## 3:57
✕     **Review terms**

### We're updating our User Agreement

Please review and accept your updated terms and conditions to continue using your Coinbase account. For a summary of changes or if you have any questions, you can read more here.

### Coinbase User Agreement

Last Updated: January 31, 2022

Welcome to Coinbase! This is a User Agreement between you (also referred to herein as "**User**," or "customer") and Coinbase Inc. ("**Coinbase**," "we," "us," and "our"). This User Agreement ("**Agreement**" or "**User Agreement**") governs your use of the services provided by Coinbase described below and such other services that may be offered by Coinbase from time to time ("**Coinbase Services**" or "**Services**"). By signing up to use a Coinbase account or service through

**Accept terms**



### Please accept your updated terms to continue using Coinbase

You can access your updated terms at any time but you won't be able to continue using your Coinbase account until you accept the terms.

**Sign out**     **Review terms**