# Exhibit J

From: Coinbase <notice@mail.coinbase.com>
Sent: Monday, April 14, 2025 1:54:24 AM
To:
Subject: Updates to the Coinbase User Agreement and Arbitration Agreement

**coinbase**       **coinbase**                                    4/14/2025

# Update to the Coinbase User Agreement

We are emailing you about an important upcoming update to the Coinbase User Agreement. This update will revise our Arbitration Agreement with you. We made these updates to streamline the process for resolving disputes.

You can read the entire agreement here. The revised terms are in sections 9.9, 9.10 and Appendix 6.

These terms apply only to disputes that you or we initiate after May 15, 2025. The current terms will continue to apply until May 15.

Please make sure you read the updated User Agreement.

Thank you for being part of the crypto economy!

Team Coinbase





© Coinbase 2025 | Coinbase Inc.

248 3rd St #434 | Oakland CA 94607 | US
Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.
www.coinbase.com
Get in touch