# Exhibit K

# growth.250408_cb_tos_update_us_no_bounce

EMAIL Notification ID
██████████████████████████5e0a33

| Opened | Thu, Apr 10, 2025, 6:59 AM (317 days ago) |
| Delivered | Thu, Apr 10, 2025, 1:25 AM (317 days ago) |
| Sent | Thu, Apr 10, 2025, 1:25 AM (317 days ago) |
| Enqueued | Thu, Apr 10, 2025, 1:05 AM (317 days ago) |

Close

```
{
                                                         5e0a33",


  "notification_type": "ACCOUNT_ACTIVITY",
  "channel": "EMAIL",
  "template": "growth.250408_cb_tos_update_us_no_bounce",
  "priority": "LOW",
  "status": "DELIVERED",
  "reason": "",
  "endpoint_address": "okuyigaj
  "received_at": "2025-04-10T01:05:10.953Z",
  "completed_at": "2025-04-10T01:05:11.820Z",
  "event_created_at": "2025-04-10T01:25:53.417Z",
  "source": "guts-cohort-250408_cb_tos_update_us_no_bounce_cohort",
  "product": "RETAIL",
  "locale": "en",
  "version": 0
}
```