# Exhibit L

## growth.250408_cb_tos_update_us_no_bounce

**EMAIL Notification ID**

███████████████████████████b72071

| | | |
|---|---|---|
| `Delivered` | Fri, Apr 11, 2025, 2:33 PM (315 days ago) | ⌄ |
| `Sent` | Fri, Apr 11, 2025, 2:33 PM (315 days ago) | ⌄ |
| `Enqueued` | Fri, Apr 11, 2025, 2:33 PM (315 days ago) | ⌄ |

Close

Delivered  Fri, Apr 11, 2025, 2:33 PM (315 days ago)

```
{
  ████████████████████████████████████████b72071",
  ████████████████████████████████████
  ████████████████████████████
  "notification_type": "ACCOUNT_ACTIVITY",
  "channel": "EMAIL",
  "template": "growth.250408_cb_tos_update_us_no_bounce",
  "priority": "LOW",
  "status": "DELIVERED",
  "reason": "",
  "endpoint_address": "michaelgnz████████████",
  "received_at": "2025-04-11T14:33:32.884Z",
  "completed_at": "2025-04-11T14:33:33.684Z",
  "event_created_at": "2025-04-11T14:33:33.790Z",
  "source": "guts-cohort-250408_cb_tos_update_us_no_bounce_cohort",
  "product": "RETAIL",
  "locale": "en",
  "version": 0
}
```