# Exhibit N



| User | Action | Device ID | Resolution | IP | Location | Source | When |
|---|---|---|---|---|---|---|---|
| Susan Byrns | accepted_user_agreement | | -- | ███████ | US | intl/consents | 4/18/2025, 02:06 PM PDT |

```
{
  agreement_version : "united_states"
  country : "US"
  ip_address : ""
  ip_country : ""
  source : "intl/consents"
}
```