# GREENBAUM OLBRANTZ LLP

**Carter Greenbaum**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
carter@greenbaumolbrantz.com
212-732-6837 (Direct)

March 17, 2026

**Via ECF**

Hon. Edgardo Ramos
United States District Court
For the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***In re Coinbase Customer Data Security Breach Litigation***
***Case No. 1:25-md-03153 (S.D.N.Y.)***

Dear Judge Ramos,

I write on behalf of Plaintiffs to respectfully request that the pre-motion conference recently scheduled for April 8, 2026 (Dkt. 88) be conducted telephonically to accommodate Plaintiffs' counsel's pre-arranged travel for a hearing in California immediately following the April 8 conference as well as the Passover holiday immediately before that makes us unavailable for an in-person conference on April 8.

In the alternative, we request that the conference be adjourned and rescheduled for a date soon thereafter that Plaintiffs' counsel may appear in person. We have reached out to Defendants' counsel and confirmed that all parties are available for an in-person conference on April 16th and April 17th. If the Court is unavailable on those dates, we can identify other dates of availability.

Additionally, because the purpose of the pre-motion conference is to address Plaintiffs' request for discovery necessary to oppose Defendants' motion to compel arbitration (Dkt. 86)—and the conference is currently scheduled after Plaintiffs' opposition is due—Plaintiffs respectfully request that the Court extend the deadline for their opposition until two weeks after the conference. Defendants have stated that they oppose the requested extension and intend to submit a response on that issue.

Respectfully Submitted,

*Carter E. Greenbaum*

Carter E. Greenbaum